53 65

FILED

AUG 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3    Name GARCIA    DANNY

4        (Last)        (First)      (Initial)

5    Prisoner Number MCSP CH13- 142 P.O. Box 409060    # V-30568

6    Institutional Address Ione CA 95640

7    _____

8    ====================================================

9    UNITED STATES DISTRICT COURT
10    NORTHERN DISTRICT OF CALIFORNIA
    CV 08    4039    SI
11    DANNY GARCIA
    (Enter the full name of plaintiff in this action.)

12          vs.                   (To be provided by the clerk of court)

13    _____ )

14    _____ )    **COMPLAINT UNDER THE (PR)**
    **CIVIL RIGHTS ACT,**
15                         )    **42 U.S.C §§ 1983**

16    _____ )

    (Enter the full name of the defendant(s) in this action))    E-filing

17                         )

18    *[All questions on this complaint form must be answered in order for your action to proceed..]*

19    I.    Exhaustion of Administrative Remedies

20        [**Note:** You must exhaust your administrative remedies before your claim can go

21        forward. The court will dismiss any unexhausted claims.]

22        A.    Place of present confinement Mule Creek State Prison

23        B.    Is there a grievance procedure in this institution?

24                YES (X)    NO ( )

25        C.    Did you present the facts in your complaint for review through the grievance

26        procedure?

27                YES (X)    NO ( )

28        D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT          - 1 -

1        appeal at each level of review. If you did not pursue a certain level of appeal,

2        explain why.

3        1. Informal appeal _Medical And Segregation_

4    _Hearing And Rights And Responsibity Statement_

5    _Neted: 'Nel Log Net._        2. First

6    formal level _Medical : And Safety Need Susp-S-ct-_

7    _CoS13 Segregation Hearings Neted:_

8

9        3. Second formal level _Medical Salinas Valley State_

10    _Prison Staff Reviewer CTC. Susp Log N8lt_

11    _Susp-0-08-004c3: noted_        4 Third

12    formal level _Medical at Salinas Valley State Prison_

13    _Assigned staff Reviewer: CTC Appeal Issues_

14    _March 15, 2006: 'No' Log net neted._

15    E.    Is the last level to which you appealed the highest level of appeal available to

16        you?

17              YES (✗)    NO ( )

18    F.    If you did not present your claim for review through the grievance procedure,

19  explain why. _I have went through all the proper Relief into_

20 _the C.D.C. Procedure with zero Result but have all_

21 _the Exhibits to back up my claim into this Action._

22  II.    Parties

23    A.    Write your name and your present address. Do the same for additional plaintiffs,

24        if any.

25 _All of California State Prison dealing with California_

26 _Rules of the CDC with the Citizens Complaint_

27 _9/16/02: Superica Court of Butte County 12/17/02:_

28    B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT        - 2 -

1  place of employment.

2  All of the defendants work throughout California

3  Department of Corrections here in CDC. this is all

4  fall under The Title #15 under Local Rules of the

5  California Case law with the Penal Code Section

6  that can proof of all the information.    III.

7  Statement of Claim

8      State here as briefly as possible the facts of your case. Be sure to describe how each

9  defendant is involved and to include dates, when possible. Do not give any legal arguments or

10  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11  separate numbered paragraph.

12  Responsibility of Employees: Every Employee regardless

13  of his or her Assignment, is Responsible for the safe

14  custody of the inmates confined in the institutions of

15  the the department. They the defendant has (602) in

16  All Angels (d) To Transfer Appeals here at Mule Creek

17  state Prison. A decision for transfer to Another institution

18  may be appealed by the affected inmate after Endorsement

19  by the classification staff representative. (1) Filing of an

20  Appeal of a transfer decision shall not normally be cause

21  to stay or delay a transfer. (2) Regular transfer appeals

22  (A) Informal And First level of appeal shall be waived

23  (E) Second level review shall be conducted by the institution

24  head. The board's decision.

25  IV.    Relief

26      Your complaint cannot go forward unless you request specific relief. State briefly exactly

27  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28  (3) If the inmate believes any act of Reprisal Resulted from

COMPLAINT                    - 3 -

1  the grievance an appeal of the alleged reprisal may be
2  filed through the departments normal process (2) If an
3  Appeal is Not received prior to the end of the 15 day of
4  An Appellant's receipt of written notice of the
5  Recommendation to exclude, all prepared documentation
6  shall be forward to the commiting court.

7      I declare under penalty of perjury that the foregoing is true and correct.

8

9      Signed this ___18th___ day of ___August___ , 20 08

10

11                      /S/ ___Danny Baron___

12                          (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                            - 4 -

Danny Garcia V30568
M.C.S.P. C13 142 P.O. Box – 409060
Ione Ca 95640

United States District Court

Northern District Of California

Danny Garcia )
    Plaintiff, )
       )
       )
v. )
       )
       )
_____ )
    Defendant )
       )
_____)

Complaint For Declartory Relief & Montary

Damages 42 U.S.C. 1983) Civil Rights Action

Northern District Of California
450 Golden Gate Ave Box 36060
San Francisco Ca 94102

Danny Garcia V30568
M.C.S.P. C13 142 P.o. Box – 409060
Ione Ca 95640

United States District Court

Northern District Of California

Danny Garcia        )
        Plaintiff,  )
                    )
v.                  )
                    )
_____       )
        Defendant   )
_____       )

Complaint Under The Civil Rights Act 42 U.S.C. 1983

Northern District Of California
450 Golden Gate Ave Box 36060
San Francisco Ca 94102

Danny Garcia V30568
M.C.S.P. C13 142 P.O. Box - 409060
Ione Ca 95640

United States District Court

Northern District Of California

Danny Garcia          )
      Plaintiff,      )        **Complaint For Declaratory Relief And Montetary**
                      )        **Dameges (42 U.S.C. 1983 Civil Rights Action**
v.                    )
                      )
                      )
      Defendant       )
_____)

Plaintiff, **Danny Garcia;** allege as follows:

I.

Introduction

This is a Civil Rights Complaint for Declartory Relief and Montetary
Damages brougt over the use of unreasonble, unnecessary and excessive
force in violation of the legal rights of plaintiff Danny Garcia while
he is incarcerated at The California State Prison.

II.

Jurisdiction And Venue

1. This is a civil Rights Action under 42 U.S.C. 1983 to redress
the deprivation under color of state law of rights, privileges an immunt-
ies guaranted by the 8th Amendment of the United States Constitution.

This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343.

2. This Court has jurisdiction over plaintiff Dany Garcia action
for declartory relief pursuant to 28 U.S.C. 2201. and Rules 57, of the
Federal Rules of Civil Procedure.

3. Venue is proper in the Northern District of California under 28
U.S.C. 1391(b)-(2) because a substantial part of the events giving rise
to the claim occured throughout the CDC State Peison in the Northern
District Of California.

III
Parties

Plaintiff, Danny Garcia: At DVI May 24, 2004:

Pleasant Valley State Prison July 28. 2005;

Inmate Appeal Routh Slip May16. 2008; Log NO SVSP- D-08-02109; T.

Variz Correctional Counseler - II Appeals Coordinator Salinas Valley State

Prison Oct 12, 2008; Gernal Chrono C.D.C 7219 ( Rev 11/05;

Informed Consent For Mental Health Care Dated 3/1108; Inmate Appeals

Asssigment Notice Log No SVSP- D- 080043; 1/28/08;

To CTC Salinas Valley State Prison 1/28/2008;

Dated  *0 8*  /  *1 8*  /  *0 8*  ;                     Respectfully Submitted

/s/  *Danny Garcia*
                     Danny Garcia

## Conclusion

As a direct  and foreseable result of the defendant violations of the 8th Amendments, plaintiff, physical injuries in the form of damage of his right on the side leg car accident.

C.D.C. Department Of Corrections and Rehabilations Memorandum July 14. 2008;

That the Memorandum states " NO " Medical indication that a lower bunk, lower tier by K. Mclean Agpa Health Care Appeals Corrinator.

Moradum Suspended Appeal:

Dated _08_ / _15_ / _08_ ;                     Respectfully Submitted


                                        /s/ _Danny Garcia_
                                            Danny Garcia


_ Complaint For
Declaratory Relief And
Monetary Damages



U. S. POSTAGE
PAID
1ONE-CR
96040
AUG 20 '08
AMOUNT
$0.00
0002127

94102

UNITED STATES
POSTAL SERVICE

0000



PRIORITY
MAIL

www.usps.com

Label 10/R February 2008

Proof Of Service By Mail

**State of California**                    **Department of Corrections and Rehabilitation**

**Memorandum**

**Date**     : July 14, 2008

**To**       : GARCIA, DANNY (V30568)
              C13-142

**From**     : Mule Creek State Prison

**Subject**  : FIRST LEVEL APPEAL RESPONSE
              MCSP-C-08-01579

Mr. Garcia's ADA Appeal was suspended on July 14, 2008, pending the issue of his ortho
shoes, insoles and soft shoes.

The appeal was partially granted for ortho shoes, insoles and soft shoes. No medical
indication that a low bunk, low tier, extra mattress and pillow are necessary.

August 8, 2008 - Checked with the Specialty Clinic. The ortho shoes have not yet arrived.


K. McLean, AGPA
Health Care Appeals Coordinator



Mule Creek State Prison

State of California                                                    Department of Corrections

# Memorandum

Date    :    August 11, 2008

To    :    GARCIA, V30568
           C 1300000000142L

           Log Number: MCSP-C-08-01579

Subject:    **SUSPENDED APPEAL**

This memorandum is to inform you that the above referenced CDC Form 1824, Reasonable
Accommodation or Modification Request has been suspended pending specialty testing. The
Armstrong Remedial Plan states:

> Upon determination that expert consultant is required, medical staff shall inform
> the Appeals Coordinator of the referral and the appeal time frames shall be
> suspended until the expert consultants report is received by health care staff.

You will need to be seen by contract medical personnel before the institution medical staff can
respond to the issues raised in your appeal.  When documentation is received, your CDC
Form 1824 shall be processed accordingly.  The original due date is no longer valid for this
appeal and will be recalculated after your consultation takes place.

You are expected to cooperate with all efforts to verify your claimed disability.  Your failure to
cooperate will result in your appeal being cancelled.

Appeals Coordinator

ADDENDUM: Add-a-Page; Insert-a-Page    N / C / S  Region,  Service Area = ____, Institution = PVSP

| Additional Page and/or Update Page Use with Assessments, Data Base, Treatment Plan |
| --- |

☐ Insert as Additional Information:  Behind Page # ____, Form ____ Date: __/__/__ completed.

☐ Add toTop as Update or Correction: Top Form # 1, Regarding Page # ____, Date: 5/19/0 0 completed.

| Page | Section | Narrative: | Sign, Name Stamp, Date |
| --- | --- | --- | --- |
| 7-26-04 | | THIS IS A MH 4 UPDATE. THE MH 7 IS COMPLETE. 41 YO HISP, BUTTE CO. 288 COMMITTMENT, CLAIMS A LIFE SENTENCE DUE TO 4 COUNTS OF STATUTORY RAPE (SEX W/ A MINOR). | |
| | | M/S WNL — EXPRESSES ANXIETY FROM HIS INCARCERATION. HE HAS NO PRIOR JAIL EXPERIENCE. HAS ENEMIES FROM SKIN-HEADS IN BUTT CO. WHO KNOW ABOUT HIS CHARGES. NO PRIOR MH PROBLEMS. | |
| | | DX: AXIS I: 309. 28 ADJ. DIS W/ ANXIETY AND DEPRESSED MOOD. | |
| | | AXIS II — 799. 9 Deferred | |
| | | GAF: 70. | |
| | | PLAN: CONTINUE 3CMS ON MED. NECESSITY LIKES CURRENT 4 MEDS. | |
| | | M. Macomber PhD | |

Melvin Macomber, Ph.D.
~~Clinical Psychologist~~

| MENTAL HEALTH ASSESSMENT: MENTAL HEALTH DATA BASE Part One - History Section Part Two - Diagnostic Section + Placement Addendum: Add-a-Page / Insert-a-Page MH 1 [3/19/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Last Name: GARCIA, First Name: DANNY MI: CDC # V30568 DOB __/__/__ |
| --- | --- | --- |

Butte Co.                    EPRD Life

State of California, Department of Corrections: Region N    288A    Institution = **DVI**

**RECEPTION CENTER MENTAL HEALTH EVALUATION: Page 1 of 3;** Date _5/14/04_ Critical Issue ✓☐

**I. IDENTIFYING INFORMATION**    54YV - White power/ Knows his charges -

| Arrival date this RC: | _4/14/04_ | Ethnicity: _____ ☐Non-English | ☑English ☐ |

Data Source (s):    ☑ Interview    ☐Central File ☑Unit Health Record    ☐ Outside

**II. BASIS OF REFERRAL/PRESENTING PROBLEM**

**Screening Report:**    ☐ Possible Thought Disorder    ☐ Possible Mood Disorder    ☑ Possible Major Depression
☐ Possible Suicidality

**Staff Referral:** ☐    ☐ History of Mental Illness    ☐ Medication Review    ☐ Danger to self

**Self Referral:** ☐ (State reason)    _notes addressing chg/actions_

☐ Other Behavioral Signs or issues. Describe (include self referral detail): _multiple depression issue_
_childhood_

Bern. Son Law Clayton    _a brothers_    _1 sister_    _divorced parents_

**III. MENTAL HEALTH HISTORY:** (If it is normal, check normal or none, if a deviation, check yes and explain.)

A. Developmental Problem ☑ Normal ☐ Abnormal    _Carried Com College of Business - regular course_
_completion_

B. Marital: circle: S / M ⓓ W    19 yo — 29 yo divorced    4 sons
    2 older sons live w/ exwife - no restriction

C. Work History: ☐None ☐Some ☐Erratic ☑Extensive _bonded alarm agent_    ☐ pw/in

D. Mental Health History: ☐ None known ☑Yes _Butte Co. jail end of 2001_ _H/v depression_
_d/ depression_

E. Issues and Problems

1. Psychiatric Hospitalizations ....... ☑None OR ☐Yes _____
2. Psychotropic Medication
    in the last 2 years ........ ☐None ☑Yes _Vicodin - pain    see H/v section_
3. Outpatient Treatment .......... ☑None OR ☐Yes _____
4. MH Treatment while
    incarcerated/paroled:... ☐None OR ☑Yes _____
5. History of Substance Abuse....... ☑None OR ☐Yes _denies substance abuse_
6. Release of information requested ........ ☐ Yes _____ ☑ No

F. Suicidal Behavior ☑None ☑Present _after divorce - Considered OD - did not do it_
1. History ........ ☑None ☑Present _after life sentence Considered hanging - did no_
    ☐Describe _____ _do it_

G. Violent Behavior ...... ☑None ☐Present    2 misdemeanor assaults
1. History ........ ☑None ☐Present _per T/v_    on suicide
    ☐Describe _____    later acknowledged
    — first time —    statutory rape
    per T/v    have appeal

| **MENTAL HEALTH ASSESSMENT:** **RECEPTION CENTER** | **LEVEL OF CARE** | Last Name: | First Name: | MI: |

---

| DATE | TIME | |
|------|------|---|
| 3/4/04 | 0845 | S: Pt ct less _weakness_ & H/v (14 appmt to Lv. Pt ct chronic sx ... response ... to correct |

| DATE | TIME | |
|------|------|---|
| 2/4/04 | 0845 | S: Pt c/o wt loss & weakness & N/V. Appear to be... |
| | | Pt c/o chronic symptoms referring to current... |
| | | steroid used syms & years. & night sweats. |
| | | O: NAD - Euthym. Never got wt... pt breathing & pulse |
| | | by B/L CTA. |

*(vitals block, left margin)*
TEMP 99.1  Resp 18
PO 2  Pulse 71
135/85  Wt
O2 SAT  158

A: Chronic Symptoms — referring to C onsel. Sur.,
         X-Ray - Sures
         F/u 3 weeks Sur. surgt.

P: Rx:

+ pt wt loss → (H) Blood chemistry
    a & significant wt loss documented →
P/u pt that Evaluer not med...

| INSTITUTION | HOUSING UNIT | | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|---|---|
| SVSP | D3-214 | | V 305268 |
| | | | Garcia, Danny |

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|---|---|---|---|
| 2/8/08 | 1300 | | MED : GD |
| | | | motrin 600 mg for Bid x 3 days |
| | | | med line 10 days for stapler (2) |
| | | | Removal |
| | | | Dr. Jorgensen |
| | | | NOTED 2/8/08 @ 1417 Weigenbach RN |

ALLERGIES: NKDA     INSTITUTION: SVSP     ROOM/BED: B2 205

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Garcia, Danny

V30568

2/13/63

**PHYSICIAN'S ORDERS**

CDC 7221 (2-86)
STATE OF CALIFORNIA     ---   SP 05  90e11     DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2-08-08 | 1110 | | Transfer to ETA Re repair of Lacerah, Wound Care |
| | | | |
| | | | X-rays: Skull Views, Facial bone views, Nasal bone Views, CXR R R ribs, R. Lung, R. elbow. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 2/8/08 | 1140 | | Noted H. Morten RN Faxed |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES:     INSTITUTION  S VSP     ROOM/WING  B 3 205

CDC NUMBER, NAME (LAST, FIRST, MI)

Garcia, Danny

V30568

DOB 2-13-65

Confidential
client information
See W & I Code, Sections 4514 and
5328
RECEIVED FEB 08 2008

**PHYSICIAN'S ORDERS**

CDC 7221-2 (89)
STATE OF CALIFORNIA     OSP 05 90611     DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2/1/08 | 08-45 | | X-Ray ___ sinus, |
| | | | For 3 weeks Sinusitis chronic |
| | | | ✓ CBC, ✓ chem 25 . |
| | | | Naproxen 500 mg po BID 24 |
| | | | Acetaminophen 500 mg po TID PRN for HA x 180 days. |
| | | | Tolnaftate 1% cream TAA as dir. x 180 days. |
| | | | ___ LIN |

ALLERGIES **NKDA**    INSTITUTION **SVSP**    ROOM/WING **D3-216**

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

**V 30568**

**Garcia, Danny**

**2/13/63**

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 05 90611    DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2/25/08 | 1100 | | Contidine 10mg po qD x 90days |
| | | | H2sauer 1 spray to effect/ host x 90days |
| | | | X-Ry |
| | | | 1tog0days for neck pain |
| | | | Noted 2/25/08 1110 ___ i VN |
| | | | |

ALLERGIES:

INSTITUTION: SVSP

ROOM/WING: D1-302

CDC NUMBER, NAME (LAST, FIRST, MI)

V 305 68

Garcia, Danny

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05 90611          DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4-16-08 | | | ① X-Ray Lt wrist & Rt hand |
| | | | R/o Fx - Routine |
| | | | ② Ibuprofen 600ᵐᵍ Si ⊤ po tᵢₙ |
| | | | PRN - Pain |
| | | | ③ Sch. MD line p̄ X-Ray done |
| | | | |
| | | | |
| | Nurse D. Wilson 4-16-08 1420 | | |
| | | | |

**ALLERGIES:**

INSTITUTION  SuSP

ROOM/WING  D1-202

CDC NUMBER, NAME (LAST, FIRST, MI)

GARcia, DaNNY
V 30568

Confidential
client information
See W & I Code, Sections 4514 and
5328

## PHYSICIAN'S ORDERS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED

| Order Date | Time | Problem # | Physician's Order and Medication (Order must be dated, timed and signed) |
|---|---|---|---|
| 5/7/08 | 1745 | | 3CMS MENTAL HEALTH EVAL W/I 14 DAYS |
| | | | POC DR. FRENCH/A.KETTELHAKE R.N. |
| | | | MD LINE W/I 14 DAYS F/U HTN DYSLIPIDEMIA |
| | | | CHRONIC BACK PAIN |
| | | | ATENOLOL 50MG PO Q DAY |
| | | | ENALAPRIL 10MG PO Q DAY |
| | | | ASA EC 81MG PO Q DAY |
| | | | CAL POLYCARBOPHIL TAB PO Q DAY |
| | | | PRILOSEC 20MG PO Q DAY |
| | | | SIMVASATIN 20MG PO Q HS |
| | | | RANITIDINE 150MG PO BID |
| | | | TYLENOL 500MG PO TID PRN HEADACHE |
| | | | TOLFANATE CREAM 1 PER CENT AS DIRECTED |
| | | | MOMETASONE NASAL SPRAY TO AFFECTED NOSTRIL Q D |
| | | | IBUPROFEN 600MG PO TID PRN PAIN |
| | | | POC DR. GALLAWAY/A.KETTELHAKE R.N. |

| Allergies: NKDA | Institutions: MCSP | Room/Wing: 13 J 207C |
|---|---|---|

Confidential
client information
See W & I Code, Section 4514
and 5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
State of California        DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI)

CDC:        V30568

NAME:      GARCIA DANNY

DOB:        2/13/1963

STATE OF CALIFORNIA

**EMERGENCY CARE FLOW SHEET**

DEPARTMENT OF CORRECTIONS

DATE: _____

| TIME IN | TIME OUT |
|---|---|
| 1100 | 1230 |

PATIENT NAME (LAST, FIRST): _Garcia, Manny_    CDC NUMBER: V30568    HOUSING: B2 205    DOB: 2/13/63

TIME OF INCIDENT: _____    LOCATION OF INCIDENT: _____    MODE OF ARRIVAL: Walk

STAFF NAME (LAST, FIRST): _____    OCCUPATION: _____    SEX _____ AGE _____ DOB _____

**CHIEF COMPLAINT:** _Laceration_    TB CODE: _____    DATE OF LAST TETANUS: _____

| MECHANISM OF INJURY | SKIN COLOR | SKIN TEMP | SKIN MOISTURE | CAPILLARY REFILL | GLASGOW COMA SCALE |
|---|---|---|---|---|---|

MECHANISM OF INJURY:
- [ ] STABBING
- [x] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INJURY
- [ ] OTHER _____

SKIN COLOR:
- [ ] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

SKIN TEMP:
- [ ] HOT
- [x] WARM
- [ ] COOL
- [ ] COLD

SKIN MOISTURE:
- [x] NORMAL
- [ ] DRY
- [ ] MOIST
- [ ] PROFUSE

CAPILLARY REFILL:
- [ ] < 2 SECONDS
- [ ] > 2 SECONDS
- [ ] NONE

GLASGOW COMA SCALE:
| | | 4 4 4 4 |
|---|---|---|
| EYE OPENING RESPONSE | SPONTANEOUS | 4 4 4 4 |
| | TO VOICE | 3 3 3 3 |
| | TO PAIN | 2 2 2 2 |
| | NONE | 1 1 1 1 |
| BEST VERBAL RESPONSE | ORIENTED | 5 5 5 5 |
| | CONFUSED | 4 4 4 4 |
| | INAPPROPRIATE WORDS | 3 3 3 3 |
| | INCOMPREHENSIBLE SOUNDS | 2 2 2 2 |
| | NONE | 1 1 1 1 |
| BEST MOTOR RESPONSE | OBEYS COMMAND | 6 6 6 6 |
| | LOCALIZES PN | 5 5 5 5 |
| | WITHDRAWS PN | 4 4 4 4 |
| | FLEXION PN | 3 3 3 3 |
| | EXTENSION PN | 2 2 2 2 |
| | NONE | 1 1 1 1 |

(15)

| LUNG SOUNDS | RESP. CHARACTER | EVIDENCE OF TRAUMA |
|---|---|---|

LUNG SOUNDS:
RT / LT
- [x] CLEAR
- [ ] WHEEZES
- [ ] RALES
- [ ] RHONCHI
- [ ] DIMINISHED
- [ ] ABSENT

RESP. CHARACTER:
- [ ] LABORED
- [x] UNLABORED
- [ ] PAINFUL
- [ ] SHALLOW
- [ ] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

EVIDENCE OF TRAUMA:
- [ ] CHEST
- [ ] ABDOMEN
- [ ] G/U
- [ ] PELVIS
- [ ] BACK SPINE
- [x] HEAD
- [ ] NECK
- [ ] EXTREMITIES
- [ ] OTHER

**VITALS**

| TIME | TEMP | PULSE | RESP | BP | SaO2 | CURRENT MEDICATION |
|---|---|---|---|---|---|---|
| 1122 | 98.3 | 84 | 20 | 140/90 | 96% | _____ |

| TIME | 1122 |
|---|---|
| PUPIL RESPONSE | (R) B3 (L) B3 |
| PUPIL SIZE | |

KEY C=CLOSED  B=BRISK  SL=SLUGGISH  F=FIXED

3   4   5   6   7   8

**IV**

| TIME | SOL | SITE | GAUGE | RATE |
|---|---|---|---|---|
| Ø | | | | |

MEDICATION ALLERGIES: _NKDA_

MEDICATION GIVEN IN ER

**O2 ADMIN**

| TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|
| Ø | | | |

ABBREVIATION CODE

| Ab | – Abrasion | E | – Edema |
|---|---|---|---|
| Amp | – Amputation | F | – Closed Susp. Fracture |
| Av | – Avulsion | H | – Hematoma |
| B | – Burn | L | – Laceration |
| % | – Percent | P | – Petechiae |
| CP | – Compound Frac. | R | – Rash |
| EC | – Ecchymosis | S | – Scar |
| EW | – Entrance Wound | Ex | – Exit Wound |
| SI | – Surgical Incision | | |

**SOAP NOTATIONS**

SUBJECTIVE: (PATIENT'S STATEMENTS, HISTORY) "I was punched in head"

OBJECTIVE: (PHYSICAL EVALUATION) _____

ASSESSMENT: (NURSING DIAGNOSIS) _____

PLAN: (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.) _____

| PRINT NAME | SIGNATURE | |
|---|---|---|
| | | RN/MTA/MD |
| | | RN/MTA/MD |
| | | RN/MTA/MD |

SUPERVISOR REVIEW

PATIENT DISPOSITION
- [ ] RETURN TO CUSTODY
- [ ] ADMIT TO INFIRMARY / HOSPITAL
- [ ] TRANSPORT TO COMM HOSPITAL VIA
  - [ ] AMBULANCE
  - [ ] STATE VEHICLE
- [ ] RELEASED TO CORONER

PATIENT CONDITION ON DISCHARGE
- [ ] STABLE
- [ ] UNSTABLE
- [ ] DECEASED   TIME _____

CDC 7403 (04/03)  EMERGENCY CARE FLOW SHEET

| DATE | TIME |
|------|------|

MGD : GO

2/8/08   S: 44 yo w/prox.? Blindsided punched on the
1707   (R) side of head and other smaller punched
him on the chest he fell to the grassy, gravel
ground and ran to get help; n/ L.O.C no visual
c/o, no hearing c/o, no blood from mouth, ear
or or c/o's

now only mild chest pain w/some c/ movement
no hemoptysis, w/ dyspnea w/t tachypnea
no abd pain some blood from nose in the
field not now; no blurred vision no dbl c/c
vision no stiff neck; no dysphagia no
no rubbery/crying of HE/co's no
Bowl/urinary incont.

O:
sitting / walking c/ no
pleasant conversing spontaneously
skin / eric/c of (R) temple at hair line &
above blood.

3cm slight induration (R) cheek/ at @ Ecchymosis
Ear Sym. no mid blood stain at (L) NARES
orifice no active bleeding; tongue mid oral clear
Eye & kyphosis & subconj hemorrhage.
PERRLA, EOMI  globe intact sup/inf/inter

INSTITUTION  SVSP   HOUSING UNIT  B 2 205  (continue)

CDC NUMBER, NAME (LAST, FIRST, MI), AND DATE OF BIRTH
Garcia, Danny
V30568
2/13/63

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

| DATE | · TIME | |
|---|---|---|
| 2/8/08 | | MED: EO. |
| | | Diff (continued) |
| | 13:2 | Orbital & tender & auscultation |
| | | Zygoma not tender, Sinus not tender. |
| | | in TM Clear & Slow membrane at |
| | | thigh shoulders MU/ Back not tender |
| | | & pine not tender & bench. |
| | | RM &M ; CTA & mild ; A&O × no edema. |
| | | Extr edema & Ecchymosis, Neuro & focal finding |
| | | A/(H/p Head rising          YR chest &/entr Ant/nt |
| | | from puncture      · R/b min & Bx |
| | | & wide use of intra oral  · @ dig./f/ elbow (-) |
| | | Iron & extra cranial soft problem. |
| | | Assess of R. in of Epidural / subdural Hemetoma |
| | | obtained the next 72° any weakness, mental |
| | | change; NIV, visual/hearing of the field & shift. |
| | | (2) Loc.- Tem @ Temp arm |
| | | 2 staples placed to close = Betadine |
| | | 3/u HUKP 2mm |
| | | for staple removed.          J. PROTONGER |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | PROB# | |
|------|------|-------|---|
| 2-8-08 | | | **S:** (history includes details pertinent to the patient's medical complaint) |

S: (history includes details pertinent to the patient's medical complaint)

ROS: ⊕ HTN ⊕ Dyslipidemia No hurt Allergies ⊖ on ASA

**O:** (physical assessment) T 99  P 100  R 18  B/P 106  Wt:

02/100%

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

1. Lac - R forehead
2. 
3. Contusion Chest
4. Dysrhythmia

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN – action to be taken by the RN so that the patient receives appropriate medical care.)

ⓟ Wound dressing
R. Xray + Repair of Laceration

**E:** (education provided)

| INSTITUTION | SVSP | ROOM / WING | B3-205 |

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

RECEIVED FEB 08 2009

CDC 7254 (8/89)

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME, (LAST, FIRST, MI)

Garcia, Danny
V 30568
DOB 2-13-65

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE GARCIA, V30568                    Date: March 15, 2006
Current Housing: B2-237

From: INMATE APPEALS OFFICE

Re: APPEAL

ASSIGNED STAFF REVIEWER: CTC
APPEAL ISSUE: MEDICAL

Inmate GARCIA, this acts as a notice to you that your appeal has been sent to the above
staff for INFORMAL response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal to this office for the FIRST level of review.


T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

No A03624

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Danny R. Garcia | V30568 | ADD SEG #215 |

PATIENT SIGNATURE

DATE

Danny R Garcia        08-10-04

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Bottom back crunch, Car accident, Oct, 2001, crushed foot (right) Pin's removed in march of 2002, Car accident in Oct, 1978, compound fracture, upper femer, right leg, torn ligaments, inside right knee, 4 pin's, bone's overlaped, need a heel lift, Extreme Pain in tot and leg after a day's use, Swelling in back of right knee after a day's use. Without heel lift I get a curvature in the spine wich give's me lower back ache's. Followup

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: 8/11/04 1000   Received by:

Date / Time Reviewed by RN: 8/11/04 1000   Reviewed by:

S:   Pain Scale: 1  2  3  4  5  6  7  8  9  10

"I need a bottom back chrono"

O:    T:    P:    R:    BP: Defered    WEIGHT:

A: Add to Next MD line

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
|---|---|---|---|
| REFERRED TO PCP: mo lic | | DATE OF APPOINTMENT: 8/11/04 | |
| COMPLETED BY | | NAME OF INSTITUTION PUSP | |

PRINT / STAMP NAME

M. Griffith

SIGNATURE / TITLE

DATE/TIME COMPLETED
8/11/04  1045

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| DATE | TIME | PROB# | |
|------|------|-------|---|
| 10/12/2004 | | | S: (history includes details pertinent to the patient's medical complaint) |
| | | | He has nasal allergy Chronic Back pain. |
| | | | |
| | | | |
| | | | |
| | | | O:(physical assessment) T 97. P: 67 R: 20 B/P: 125/77 Wt: 151 |
| | | | Nose: Very Congested. |
| | | | Back Very Good motility |
| | | | |
| | | | |
| | | | A: (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | (1) Allergic Rhinitis |
| | | | (2) Chronic Back Pain. |
| | | | P: (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | (1) (2) (3) (4) |
| | | | |
| | | | |
| | | | E: (education provided) |
| | | | Instructions Given -  ole ger M |
| INSTITUTION | | Pleasant Valley State Prison Community Office | ROOM / WING    DFB5T2000000206L |

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME. (LAST, FIRST, MI)

V30568

GARCIA, DANNY

2/13/1963

CDC 7254 (8/89)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

# MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION SVSP | FACILITY/UNIT B Yard | REASON FOR REPORT *(circle)* INJURY / USE OF FORCE / UNUSUAL OCCURRENCE | | ON THE JOB INJURY PRE AD/SEG ADMISSION | DATE 2/6/08 |
|---|---|---|---|---|---|
| THIS SECTION FOR INMATE ONLY | NAME LAST GARCIA | FIRST LANDY | CDC NUMBER V-30568 | HOUSING LOC. B8-205 | NEW HOUSING LOC. |
| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE BRAVO YARD | DATE/TIME OF OCCURRENCE 2/6/08 - 1032 | NAME OF WITNESS(ES) NONE | | | |
|---|---|---|---|---|---|
| TIME NOTIFIED 1055 | TIME SEEN 1036 | ESCORTED BY WILSON | MODE OF ARRIVAL *(circle)* AMBULATORY / LITTER / WHEELCHAIR / ON SITE | AGE 44 | RACE SPANISH SEX M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

*I dont know what happened it came out of nowhere*

| INJURIES FOUND? (YES / NO) | |
|---|---|
| Abrasion/Scratch | ① |
| Active Bleeding | ② |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | ⑨ |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other Reddened area | ⑰ |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED TIME 1035 PELICAN | PHYSICIAN NOTIFIED TIME 1055 JOY |
|---|---|

TIME/DISPOSITION
1036 B Clani C
1055 Dr. Joy Assessing I/m

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) MDiljini Lee | BADGE # 4688 | RDOs |
|---|---|---|

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

*[Body diagram annotations:]*
#9 (14cm x 0 scm)
#2 (1cm nose)
1'' x 5'' #17
1cm eye ld #9
upper lip #1
lip - #1
lower lip cut
inner lip cut #9
cut #9
#17
5¼'' 2¼'' #17
#17 1½'' 1'' 5'' x 3''
½'' x 2'' 3½'' x 2''
#17
2'' x 1''
#17
#
2nd #8
Finger #9

Encounter Form: Wound Care

Inst: __SVSP__

Name: Garcia Danny    CDC#: V 30568    DOB: 2/13/65    Date/Time 2/8/08 1100

Fill in the blanks and check all that apply

## SUBJECTIVE:

Chief Complaint: pt attacked by 3-4 inmates
Date and time of injury: 2/8/08    90 36
Precipitating event: Released by Adseg moved
back to Bravo yard

Pain: Scale of 0-10 (0=no pain 10=worst pain) 7/10
Area of pain: (R) fore head, chest
Quality of pain: unable to ask
What makes it better/worse? unknown
Associated injuries: ☐ Fractures ☐ Dislocations
☐ Weakness ☐ Paralysis ☐ Other: ____
Describe: See Back

Chronic Diseases: ☐ HIV ☐ Bleeding tendencies
☐ Peripheral Vascular Disease ☐ Diabetes
☐ Alcoholic Liver Disease ☐ Cancer
☐ Other HTN ____ Describe: ____

Last Meal (Time/type) Break fast
Allergies: NKDA
rrent medications: Ranitidine, Simvastatin.
omeprazole, calcium, ASA, Atenolol, Naproxen
Date of last tetanus: Less than 10 years ago

## OBJECTIVE:

☑ ABCs Present
☑ Awake, alert, oriented to person, place, time
VS: Temp 99.2 Pulse 100 Resp 18 B/P 157/102
Wound: (location, size, depth, foreign body, contamination, swelling.)
multiple wounds laceration (R) fore head
Scalp lin & black eye (R)eye
See attached    7219
Bleeding ☐ past ☑ current Describe:(location, amt, color)
moderate amount of blood (R) frontal
scalp nose both nostrils (B) hand
CSM distal to the wound: (Area) L/R Radial strong
pulse regular    cap refill <2

| Time | Color | Sensation | Movement | Strength |
|------|-------|-----------|----------|----------|
|      | unable to assess |  |  |  |
| assessed | by Dr Joy |  |  |  |
|      |       |           |          |          |
|      |       |           |          |          |

| Time | BP | Pulse | Resp. |
|------|-----|-------|-------|
| 1100 | 99 157/102 | 100 | 18 |
|      |    |       |       |
|      |    |       |       |

## ASSESSMENT:

☑ Risk for infection evidenced by/related to:
multiple laceration / Bruiss
☑ Impaired skin integrity evidenced by/related to:
multiple laceration / Bruise

## PLAN:

MD referral completed: (circle) NO/ YES If yes:

☐ STAT (Bite wounds, human or animal; puncture wounds to the feet; wounds containing foreign objects; contaminated wounds; lacerations involving the face, palms, soles of feet, joints, or genitals; superficial lacerations more than 6 hours old; and deep lacerations; avulsions)
☐ Urgent    ☐ Routine
Physician called (name / time) Dr Goy  1100
Physician responded (time) ____ 1100
☐ Patient NPO
☐ Wound irrigated with 500 -- 1000 ml Normal Saline until clear
☐ Affected area elevated
☑ Using a gauze sponge, continuous pressure applied to area to control bleeding
☐ Skin adjacent to wound cleaned with hibiclens
☐ Tetanus Prophylaxis given:    ☐ Td    ☐ TIG
(amount/site) ____

**Abrasion**
☐ 4% lidocaine gel applied to abrasion on (location) ____
____ for pain before cleansing.
☑ Antimicrobial ointment applied to abrasion (specify) ____

☑ Wound cleansed with sterile 4 x 4 soaked in normal saline solution.
☐ Wound left open and exposed to air.

**Avulsion**
☐ Soft tissue realigned over wound
☐ Wound covered with saline-soaked gauze and dry sterile 4x4s.

**Superficial laceration/Small open wound**
☐ Steri Strips applied to wound
☐ Dry sterile dressing applied to wound
☐ Instructed to keep extremity elevated for 24 hours.

**Puncture wound**
☐ Wood splinters removed before cleansing wound.
Describe: ____
Laceration to head cleaned and covered
ᴄ̄ 4x4 guaze
+ Kerlix
H Unation Rn
Signature Title

Assessed by Dr Joy

California Department of Corrections    Health Care Services Division

Inst: __SVSP__

**Encounter Form: Wound Care**

Name: __Garcia    Danny__    CDC#: __V 30568__    DOB: __2/13/65__    Date/Time:: __2/8/08    1100__

Fill in the blanks and check all that apply

Pt Sent to ER via ERV

Chest clear to Auscultation
performed by Dr Joyo

pt stated no loss of Consciousness

**EDUCATION:**

Patient instructed in:
☐ Use of medication
☐ Wound care:
  ☐ Instructed to keep extremity elevated for 24 hours
  ☐ Watch for signs of infection including redness,
    warmth, fever, swelling, drainage, and increased
    pain. Notify health care staff if present
  ☐ Keep dressing clean and dry
  ☐ Dressing changes:
☐ Follow up in RN clinic in 3 days if not improved
☐ Other:
☐ Resubmit Health Care Service Request Form
  (CDC 7362) if redness, warmth, fever, swelling,
  drainage or increased pain at the wound site.
☐ Patient verbalized understanding of instructions
☑ Education deferred due to patient condition

**DISPOSITION**

Time released: __1115__
☑ Condition on release: Stable    ERV - gurney
  Returned to housing Unit
☐ Housing reassignment to:_____
☐ Referred for follow-up
  ☐ Physician clinic    ☐ RN clinic
☑ Referred to higher level of care: (specify) __C T C__
  __ER__

Person/time contacted: __Lorico    1100__
☑ Records faxed to facility
Time/Mode of transfer: __ERV    1115 gurney__
ERV contacted (time)_____    __1100__
ERV arrived (time)____ __ERV__

Additional Comments: __Laceration ® forehead__
__Scalp line, ® eye blackened,__
__head, nose, chest ® hand__
__cleaned c̄ N/S ● head actively__
__bleeding cleaned N/S & head wrapped__
__c̄ gauze ● Lip cleaned c̄ N/S ●__
__wound to ® hand cleaned antibiotic__
__ointment applied & covered c̄__
__dressing ● Multiple bruises__
__to chest, back, head, ●__
__xray of skull, facial bone,__
__nasal bone, ribs ® elbow__

List name of RN Protocol used: __Wound__

_[signature] R.N._

Signature/Title

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME
*Danny Garcia*

CDC NUMBER
*V-30568*

HOUSING
*D-1 #209*

PATIENT SIGNATURE
*Danny Garcia*

DATE
*02-18-08*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *a doctor at CTC put in a few staples on a cut on my head and stated that someone here at AD SEG would remove them. Please remove these staples. I still seem to be having sinus problems, can you check me to see what the problem is. Thank you*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

Date / Time Received: 02/17/08   2010     Received by: [signature]

Date / Time Reviewed by RN: 2-18-08   1200     Reviewed by: [signature]

S: *Had 2 staples put into*
*R scalp on 2/8/08 @ CTC, an fell out yesterday*
*R showering. MD ordered staple removal 2/18/08*

Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T/98°  P: 62  R: 16  BP: 114/73  WEIGHT: 155
*NAD, A+x3, skin p/w to. exam, cooperative*
*Scalp well healed, approx,*

A: S/P Scalp Laceration

P: (1) Remove Staple from Scalp (2) Advised to TTP flr dr
☐ See Nursing Encounter Form (3) Departed clinic @ 1215 Stable,
*+ ambulating.*

E: *Last meal breakfast today*

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY

NAME OF INSTITUTION
*→ VSP*

PRINT / STAMP NAME

SIGNATURE / TITLE
*RN*

DATE/TIME COMPLETED
*2/2-/08  1155*

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

**HEALTH CARE SERVICES REQUEST FORM**

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Garcia, Danny | V30568 | D1-201 |

| PATIENT SIGNATURE | DATE |
|---|---|
| pt ident. 5 is problem clup usp line | 3/25/08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*" my neck hurts sure a cr  ..
pop's sometimes piecase navy now.
feel 2 f*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                          Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:   T:        P:        R:        BP:              WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

E:

X. Ray c → place,

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | 3/25/08 | NAME OF INSTITUTION SVSP | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

**REQUEST FOR:** MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Danny Garcia | V-30568 | D-1  FF 202 |
| PATIENT SIGNATURE | | DATE |
| Danny Garcia | | 0-1-14-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Since the incident on 02-08-08, my left wrist has not stoped hurting. & my right index finger is hurting, it's more swollen than my left, I bumped it and it reminded me that it needs to be checked, a small bump hurts it alot.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

**Date / Time Received:** 4/14/08 2000    **Received by:** [signature]

**Date / Time Reviewed by RN:** 4/15/08 0700    **Reviewed by:** [signature]

**S:**    Pain Scale:  1  2  3  4  5  6  7  8  9  10

**O:** T: 97.8  P: 68  R: 12  BP: 114/72  WEIGHT: 162  0980

**A:**

**P:**

☒ **See Nursing Encounter Form**  Muscle - Skeletal -

**E:**

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION  SVSP | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| [signature] | [signature] | 4-16-08  0945 |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

California Department of Corrections

Health Care Services Division

## Encounter Form: Musculoskeletal Complaint (Non-Traumatic)

Name: Oakria, DanN   CDC# √ 30568   DOB: _____   Date/Time 4-16-08
0930

Fill in the blanks and check all that apply

### SUBJECTIVE:

Chief Complaint: _____
Date and time of onset: 5 mts
Pain: Scale of 0-10 (bene pain  10=worst pain) 5/10
Area of pain: Rt index finger, Lt wrist
Quality of pain: sharp
What makes it better? _____
History of prior pain / duration: _____
MT swe whet heppened

□ Low back pain  □ Flank pain
Urinary symptoms: □ Urinary frequency □ Dysuria
  □ Burning on urination □ Hematuria
Accompanying symptoms: □ Muscle spasms
  □ Numbness ☑ Tingling □ Other: _____

History of chronic illness: □ Arthritis □ Cancer
  □ Diabetes □ Blood dyscrasias □ Renal Disease
  □ Other: _____
History of: □ Fever ☑ Chills □ Headache
  □ Nausea/Vomiting □ Diarrhea □ Fatigue
  □ Recent Trauma
  □ Other: _____
Allergies: NKDA
Current medications: none

### OBJECTIVE:

Vital signs: BP: 114/99  Pulse: 68  Resp: 12
Temp: 97.8
□ Urine dipstick analysis: _____
Assess areas involved:
Extremity: ☑ Upper □ Lower ☑ Right ☑ Left □ Both
Describe: Color: _____
  □ Warmth _____   ☑ Tenderness: Cphesslale
  □ Swelling: _____   □ Deformity: _____
  □ Circulation: _____   □ Sensation: _____
  ROM: _____
Muscle: □ Atrophy □ Hypertrophy □ Weakness
  □ Tremors
□ Back Pain, Gait, Stance (describe): _____

### ASSESSMENT:

□ Impaired physical mobility related to: _____

☑ Pain related to, evidenced _____
  is sprain

### PLAN:

MD referral completed: (circle)  NO / YES  If yes:
  □ STAT  □ Urgent  □ Routine
Refer to MD STAT for:
- Positive urine dipstick and patient has signs and
  symptoms consistent with a UTI.
- Alterations in circulation or sensation, new deformity
  or discoloration, or patient appears ill or has history of
  fever, chills, headache, nausea, vomiting, or diarrhea.
- Severe muscle cramps; muscle weakness with or
  without fever.
- Warm or acutely swollen, joints:
Physician notified (name / time) _____
Physician Responded (time) _____

MUSCLE CRAMPS / LOW BACK PAIN
  □ ASA 325 mg. 2 tabs. P.O. QID PRN pain X 7 days;
    or
  □ Tylenol 325 mg, 2 tabs. P.O. QID PRN pain X 7
    days; or
  □ Ibuprofen 200 mg 3 tabs. P.O. QID PRN pain X 7
    days; or
  □ Naprosyn 250 mg 2 tabs. P.O. BID PRN X 7 days.
  □ Activity as tolerated.

EXTREMITY PAIN OR STIFFNESS / JOINT PAIN
  □ Apply (circle one) ice or heat as appropriate.
  □ ASA 325 mg, 2 tabs, P.O. QID PRN pain X 7 days;
    or
  □ Tylenol 325 mg, 2 tabs, P.O. QID PRN pain X 7
    days; or
  □ Ibuprofen 200 mg 3 tabs. P.O. QID PRN pain X 7
    days; or
  □ Naprosyn 250 mg 2 tabs. P.O. BID PRN X 7 days.
  ☑ Activity as tolerated.
  □ Schedule patient for RN follow-up in clinic in 72
    hours and refer patient to a physician if symptoms
    persist
  □ Treatment given per RN Protocol: _____

_____

W. Eichberg RN

Signature  Title

California Department of Corrections and Rehabilita.                    Division of Correctional Health Care Services

Inst: **SVSP**    Encounter Form: Musculoskeletal Complaint (Non-Traumatic)

Name: **GARCia, DANNY**  CDC# **V 30568**  DOB: _____  Date/Time **4-16-08**
Fill in the blanks and check all that apply                                              0930

**DISPOSITION:**

✓ : released ____ 0945
    condition on release: ___ Stabl - a rb.
□ Returned to housing unit
□ Housing reassignment to: _____
□ Referred for follow-up
    □ Physician clinic    □ RN clinic
□ Referred to higher level of care: (specify) _____

Person/time contacted: _____
Time/Mode of transfer: _____
ERV contacted (time) _____
ERV arrived (time) _____

To Hu c YARd

MD

Ordered X Rays

Of wrist L

& RT finger,

List name(s) of RN Protocols used: _Muscle_
_Skeletal_
D. Guberzek RN
Signature / Title

ENCOUNTER FORM: MUSCULOSKELETAL COMPLAINTS (NON-TRAUMATIC
CDC XXXX                                                                    8/05

State of California                                                    Department of Corrections and Rehabilitation

## INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: __Garcia__   CDC #: __V 30568__   CDC HOUSING: __BS·214__

**THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR**

**RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.**

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

[ ] Requested Action Already Taken               [ ] Requested Appeal Withdrawn
[ ] Duplicate Appeal; Same Issue                 [ ] Appeal Previously Received and Processed
[ ] Appealing Action Not Yet Taken               [ ] Incomplete 602 – Complete Next Appropriate Section
[ ] Incomplete Appeal – Documents Not Attached   [ ] Incomplete 602 – Sign and Date Appropriate Section
[ ] Time Constraints Not Met                     [ ] Limit of One Continuation Page May Be Attached
[ ] Cannot Submit On Behalf Of another Inmate    [X] Incomplete Disciplinary Appeal – Missing Documents*
[ ] Appeal Process Abuse – Inappropriate Statements  [ ] Incomplete Property Appeal – Missing Documents*
[ ] No Significant Adverse Effect Demonstrated    [ ] Failed to Provide Necessary Copies of Chrono(s)*
[ ] Action / Decision Not Taken By CDCR          [ ] Appeal Process Abuse – Pointless Verbiage
[ ] Action Sought Is Under Sentencing Court Jurisdiction  [ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Submit Issue to Assigned Parole Office        [ ] Attempting to Change Original Appeal Issue
[ ] Appeal Matter to VCGCB                        [ ] Not Authorized to Bypass Any Level
[ ] DRB Decisions Are Not Appealable              [ ] Appeal Issue & Reasonable Accommodation Not 1824
[ ] Request for Interview; Not an Appeal          [ ] Do Not Combine Staff Complaints with Other Issues
[ ] More than one issue –one issue per appeal
[ ] NO ATTEMPT AT INFORMAL RESOLVE                [ ] Emergency Not Warranted-CCR 3084.7

[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health
Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

### PLEASE ATTACH AS NOTED BELOW:

[✓] CDC 115/Hearing Officer's Results        [ ] CDC 128C Medical Chrono
[✓] CDC 115 with IE/DA information           [ ] CDC 1819 Denied Publications
[✓] Supplemental Reports to CDC 115          [ ] CDC 128 A
[ ] CDC 1030 Confidential Disclosure         [ ] CDC 128 B
[ ] CDC 114D Lockup Order                    [ ] CDC 143 Property Transfer Receipt
[ ] CDC 128G ICC/UCC                         [ ] Cell Search Slip
[ ] CDC 128G CSR Endorsement Chrono          [ ] Receipts
[ ] CDC 839/840 Class/Reclass Score Sheet    [ ] Qtr. Pkg. Inventory Slip
[ ] CDC 7219 Medical Report                  [ ] Trust Account Statement
[ ] **Other: SEE COMMENTS BELOW**            [ ] Property Inventory Receipt

**Comments:  You may write on back of this form to clarify or respond to the above.**

_Attach the entire completed 115._

RET'D OCT 1 8 2007

**T. Variz, Correctional Counselor-II**
**Appeals Coordinator**              RET'D OCT 1 2 2007
**Salinas Valley State Prison**                          Date: __10-6-07__

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on
a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself*.
Please return this form to the Appeals Coordinator with the necessary information attached.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region        Log No.                    Category

1. ——————————        1. ——————————

2. ——————————        2. ——————————

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Danny Garcia | V-30568 | N/A | B-5 # 214 |

A. Describe Problem: On 08-26-07 I was found guilty for a mutual combat in wich I had
stated that I defended myself wich I guess was the wrong thing to say for I had
restrained Rodea twice to keep him from striking me wich he had only done twice
and bit me twice, I never hit him, I never even made a fist, I was doing the best
I could to keep him from striking me, I thought that was self defense, I guess I
was wrong, bottom line, it was not mutual combat. This is the second 602 I've sent in
on this subject, I've gotten no response, this is the last 602 before I contact the Inspector
General and Internal affairs so please respond this time. other 602 sent in at 09-16-07

RECD OCT 04 2007

If you need more space, attach one additional sheet.

B. Action Requested: change the guilty verdict to innocent and notify me ASAP
to let me know.

Inmate/Parolee Signature: Danny Garcia          RET'D OCT 12 2007          Date Submitted: 09-25-07

C. INFORMAL LEVEL (Date Received: ——————— )       RECEIVED OCT 16 2007       RET'D OCT 18 2007

Staff Response: ——————————————————————————

——————————————————————————————————

——————————————————————————————————

——————————————————————————————————

Staff Signature: ————————————            Date Returned to Inmate: —————————

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

——————————————————————————————————

——————————————————————————————————

——————————————————————————————————

——————————————————————————————————

Signature: ————————————              Date Submitted: —————— ——

Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ _____ _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved:    Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

**NAME and NUMBER**     GARCIA     V-30568     B5-214L     CDC-128-B (Rev. 4/74)

On August 4, 2007, at approximately 0720 hours, Inmates GARCIA, V-30568, B5-214L, and RODEA, P-13739, B5-215U, were involved in a mutual combat in Facility 'B' Building #5, within their assigned cell. Both inmates were medically evaluated and noted neither inmate sustained serious injuries as a result of the mutual combat. I proceeded to interview both inmates and they indicated that the altercation was due to a misunderstanding and that the issue had been resolved. Inmates GARCIA and RODEA further stated that they hold no animosity towards one another and could safely co-exist on the same facility with no further hostility. Subsequently, the inmates were housed in separate cells.

Orig: C-File
  cc: Correctional Counselor I
    Program Sergeant
    Inmate

Inmate GARCIA, V-30568    Inmate/RODEA, P-13739

R. Holland, Correctional Sergeant
Facility 'B' Sergeant
Salinas Valley State Prison

**DATE:**     08/04/07     (Compatibility Chrono)     **GENERAL CHRONO**

---

**NAME and NUMBER**     RODEA     P-13739     B5-214U     CDC-128-B (Rev. 4/74)

On August 4, 2007, at approximately 0720 hours, Inmates GARCIA, V-30568, B5-214L, and RODEA, P-13739, B5-215U, were involved in a mutual combat in Facility 'B' Building #5, within their assigned cell. Both inmates were medically evaluated and noted neither inmate sustained serious injuries as a result of the mutual combat. I proceeded to interview both inmates and they indicated that the altercation was due to a misunderstanding and that the issue had been resolved. Inmates GARCIA and RODEA further stated that they hold no animosity towards one another and could safely co-exist on the same facility with no further hostility. Subsequently, the inmates were housed in separate cells.

Orig: C-File
  cc: Correctional Counselor I
    Program Sergeant
    Inmate

Inmate GARCIA, V-30568    Inmate RODEA, P-13739

R. Holland, Correctional Sergeant
Facility 'B' Sergeant
Salinas Valley State Prison

**DATE:**     08/04/07     (Compatibility Chrono)     **GENERAL CHRONO**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION SVSP | FACILITY/UNIT Brava | REASON FOR REPORT (circle) USE OF FORCE | (INJURY) UNUSUAL OCCURRENCE | ON THE JOB INJURY PRE AD/SEG ADMISSION | DATE 8-4-07 |

| THIS SECTION FOR INMATE ONLY | NAME LAST Rodva | FIRST | CDC NUMBER P13739 | HOUSING LOC. r5 J1c | NEW HOUSING LOC. |

| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |

| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE P5 | DATE/TIME OF OCCURRENCE 8-4-07 0925 | NAME OF WITNESS(ES) |

| TIME NOTIFIED 0925 | TIME SEEN 0805 | ESCORTED BY | MODE OF ARRIVAL (circle) LITTER WHEELCHAIR AMBULATORY ON SITE | AGE 30 | RACE Hispan | SEX M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

Nothing to Say.

| INJURIES FOUND? (YES)/NO | |
|---|---|
| Abrasion/Scratch | (1) |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

Rt middle finger 1.5cm

O.C. SPRAY EXPOSURE?  YES / NO
DECONTAMINATED?  YES / NO
Self-decontamination instructions given?  YES / NO
Refused decontamination?  YES / NO
2 15 min. checks
Staff issued exposure packet?  YES / NO

| RN NOTIFIED/TIME -eslie RN 0915 | PHYSICIAN NOTIFIED/TIME |

| TIME/DISPOSITION RTC 0815 | REPORT COMPLETED BY/TITLE (PRINT AND SIGN) Washington RN | BADGE # 43329 | RDO |

(Medical data is to be included in progress note or emergency

CDCR 7219 (Rev. 11/05)    DISTRIBUTION:    ORIGINAL - Custody    CANARY - Inmate/Employee

STATE OF CALIFORNIA
MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME OF INSTITUTION SVSP | FACILITY/UNIT Bravo | REASON FOR REPORT *(circle)*  USE OF FORCE   INJURY   UNUSUAL OCCURRENCE | ON THE JOB INJURY  PRE AD/SEG ADMISSION | DATE 8-4-07 |
|---|---|---|---|---|

| THIS SECTION FOR INMATE ONLY | NAME   LAST  Garcia | FIRST | CDC NUMBER V30568 | HOUSING LOC. B5-214 | NEW HOUSING LOC. |
|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME   LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME   LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE B5 | DATE/TIME OF OCCURRENCE 8-4-07 0725 | NAME OF WITNESS(ES) | | | | | |
|---|---|---|---|---|---|---|---|
| TIME NOTIFIED 0735 | TIME SEEN 0805 | ESCORTED BY | MODE OF ARRIVAL *(circle)*  LITTER   WHEELCHAIR  AMBULATORY   ON SITE | AGE 41 | RACE Hisp | SEX M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

Drinking myself

| INJURIES FOUND? | YES / NO |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

RN NOTIFIED/TIME  Leslie RN / 0815

PHYSICIAN NOTIFIED/TIME

TIME/DISPOSITION
RTC 0815

| REPORT COMPLETED BY/TITLE   (PRINT AND SIGN)  Washington, LVN Division | BADGE # 4328 | RDOs |
|---|---|---|

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDCR 7219 (Rev. 11/05)    DISTRIBUTION:   ORIGINAL - Custody    CANARY - Inmate/Employee    PINK - Health and Safety / RTW Coordinator (only work related injury)

STATE OF CALIFORNIA　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| V-30568 | GARCIA | | | S.V.S.P. | P5-214L | B07-08-0002 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR §3005(c) | MUTUAL COMBAT | P5-214 | 08/04/07 | 0730 HRS |

**CIRCUMSTANCES**

On 08/04/07, at approximately 0730 hours, while performing my duties as Facility "P", Building 5, Floor Officer 1, during the morning meal, I was called back to Building 5 via my state issued radio by Officer S. Lopez, the Facility "P" Control Booth Officer. Officer Lopez informed me that there were banging noises coming from the "A" Section area. I immediately proceeded to conduct a security check of "A" Section and observed both inmates in P5-214, facing each other and breathing heavy. Cell P5-214 is occupied by inmate BOTA (P-13739) and GARCIA (V-30568). I noticed a television was on the cell floor by the desk area and that stuff was strewn about the cell. I observed what appeared to be blood on the shorts of inmate BOTA. I pressed my personal alarm. I then placed both inmates in mechanical restraints (handcuffs) through the cell door food port.

**INMATE GARCIA IS A PARTICIPANT IN THE DEPARTMENT'S MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS), AT THE CCCMS LEVEL OF CARE.**

**INMATE GARCIA'S READING TABE SCORE IS ABOVE 4.0.**

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| ▶ P. McClellan, Correctional Officer | | 7/16/07 | FB, P5, Flr 1 | Mon/Tues |

| REVIEWING SUPERVISOR'S SIGNATURE | | DATE | ☐ INMATE SEGREGATED PENDING HEARING | N/A |
|---|---|---|---|---|
| ▶ | | | DATE | LOC |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | D-3 D | 8/10/07 | | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |

| COPIES GIVEN INMATE BEFORE HEARING | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ CDC 115 B07-08-0002 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | TITLE OF SUPPLEMENT CDC 7219 × 2 Confidential Information × 2 | | | |
| ☐ INCIDENT REPORT LOG NUMBER: N/A | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ (1) (2) | | DATE | TIME |

**HEARING**

REFERRED TO ☐ CLASSIFICATION　　☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | | SIGNATURE ▶ | | DATE | TIME |
|---|---|---|---|---|---|
| REVIEWED BY: (SIGNATURE) ▶ | | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ | | DATE | |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | BY: (STAFF'S SIGNATURE) ▶ | | DATE | TIME |

CDC 115 (7/88)

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| V-37569 | GARCIA | CCR 3005(c) | 09/04/07 | C.V.S.P. | |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ► N/A | |
| I REQUEST my hearing be postponed pending outcome of referral for prosecution. | ► N/A | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| I REVOKE my request for postponement. | ► N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED ☐ WAIVED BY INMATE | ► | |
| ☐ ASSIGNED | DATE | NAME OF STAFF |
| ☒ NOT ASSIGNED | REASON | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED ☐ WAIVED BY INMATE | ► | |
| ☐ ASSIGNED | DATE | NAME OF STAFF |
| ☒ NOT ASSIGNED | REASON | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE ☐ STAFF ASSISTANT ☐ INVESTIGATIVE EMPLOYEE ☐ OTHER _____ ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | | DATE |
|---|---|---|---|
| | ► | | |

| ☒ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ► | TIME | DATE |
|---|---|---|---|

CDC 115-A (7/88)    *— If additional space is required use supplemental pages —*

## RULES VIOLATION REPORT - PART C

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| V-30569 | GARCIA | 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 | S.V.S.P. | 09/04/07 |

☒ SUPPLEMENTAL ☐ CONTINUATION OF: ☒ 115 CIRCUMSTANCES ☐ HEARING ☐ IE REPORT ☐ OTHER _____

On 09/04/07, at approximately 0725 hours, while performing my duties as Facility 'D', Building 5, Control Booth Officer, I heard loud banging noises eminating from Building 5, "A" Section area. I called Officer McClellan that someone was banging on the cell door in the "A" Section area of the building. Officer McClellan conducted a security check of "A" Section and stopped at cell D5-214. Officer McClellan activated his personal alarm. Officer McClellan and responding staff then placed both inmates in handcuffs. Sergeant Holland then instructed me to open cell D5-214, which housed inmate ROTEA (D-13739) and inmate GARCIA (V-30569) and both inmates were taken to the 'D' Facility Health Annex for 7219 medical evaluations by medical staff.

| | SIGNATURE OF WRITER S. LOPEZ, CORRECTIONAL OFFICER | | DATE SIGNED |
|---|---|---|---|
| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | | | |

CDC 115-C (5/95)                                                                    OSP 99 25082

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
**RULES VIOLATION· REPORT - PART C**                                                  PAGE __?__ OF __?__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| V-30568 | GARCIA | S07-08-0002 | S.V.S.P. | 08/04/07 |

| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☒ 115 CIRCUMSTANCES | ☐ HEARING | ☐ IE REPORT | ☐ OTHER_____ |
|---|---|---|---|---|---|

Sergeant Holland then ordered the cell opened and both inmates were then taken to Facility 'D' Health Annex by responding staff for 7219 medical evaluations and placed them both in holding cells. No force was used. I advised inmate BTFA and inmate GARCIA that they were in violation of CCR 3305(c), 'MUTUAL COMBAT' and they will be receiving a CCR-115 Rules Violation Report. I also informed both inmates that any further violations of this nature will result in progressive disciplinary action. Both inmates are aware of this report.

(CONTINUED ON RVR PART-C)

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| P. McClellan, Correctional Officer | | 8/11/07 |
| | **GIVEN BY:** (Staff's Signature) | DATE SIGNED | **TIME SIGNED** |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | | | |

CDC 115-C (5/95)                                                                    OSP 99 25082

STATE OR CALIFORNIA
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
**CDC 114-D (Rev 10/98)**

DEPARTMENT OF CORRECTIONS

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| | |

## REASON(S) FOR PLACEMENT *(PART A)*

- [ ] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [X] ENDANGERS INSTITUTION SECURITY   [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

| [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / / | | |
|---|---|---|---|
| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | | CDC NUMBER |

## ADMINISTRATIVE REVIEW *(PART B)*
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

**IS THIS INMATE:**

| | | | |
|---|---|---|---|
| LITERATE? | [ ] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] YES [ ] NO |
| FLUENT IN ENGLISH? | [ ] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [ ] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | |

Any "NO" requires SA assignment
[ ] NOT ASSIGNED

Any "NO" may require IE assignment
[ ] NOT ASSIGNED

## INMATE WAIVERS

- [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
- [ ] NO WITNESSES REQUESTED BY INMATE

| INMATE SIGNATURE | DATE |
|---|---|

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:**   [ ] RELEASE TO UNIT/FACILITY_____   [ ] RETAIN PENDING ICC REVIEW   [ ] DOUBLE CELL   [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

**See Chronological Classification Review document (CDC 128-G) for specific hearing information**

| Mon | Tue | Wed | Thurs | | | Clothing exchange |
|-----|-----|-----|-------|---|---|---|
| 14 | | | | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 Committee | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 Committee | | | Monday - Toilet Paper |

| Mon | Tue | Wed | Thurs | Fri Seargent | Sat 2 | Sun 3 |
|-----|-----|-----|-------|------|-----|-----|
| 4 | 5 | ITT 6 | 7 Back Yard | 8 Back AOPE | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |

Thursday
cup's 9 scrubber
toothpaste - Brush
disinfectant
Pencil & Paper

Saturday
Puzzles

On 01-29-08 I was weighed 154 Lb. a loss of 6Lb in 12 days
On 01-31-08 I weighed 152 ½

Bough
Mrs Couch
Committee
Gough
Gough
Lieutenant
Pain

once
once
on
once
ounce

property officer
mendez.
psych Dr.
Dr. Zagich
(CO. ORTEGA) #

Cup or and bowl ?
Box of letters (personal letters-family)
All carry meds
1 cinnamon spice (opened)
6 Soups
1 Deck cards
1 wash cloth
2× legal envelopes (Important Papers inside)

Dental floss (picks)
Tomb Pain
Box of envelopes
Cough drops
glasses
Bible

1 shampoo used always
1 soap opened already
Sugar Sub.
Beenie
Thermo top white
Thermo Bottoms Grey
Headphones
T V

Things it not broken opened

Thurs   Fri   Sat   Sun

STATE OF CALIFORNIA
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

TO: D1-201    FROM: ___

| INMATE'S NAME | CDC NUMBER |
|---|---|
| TABITA | ___ |

## REASON(S) FOR PLACEMENT (PART A)

☐ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☒ ENDANGERS INSTITUTION SECURITY    ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

That, TABITA, V-30___, on 01/17/08, you are being placed into Administrative Segregation (Ad-Seg) for (staff information). Based on this, your continued presence in the Facility "D" Ad-Seg unit would constitute an immediate threat to the safety and the security of this institution. You will remain in AD/Seg pending an investigation and ICC review of your future housing/program requirements. This placement will affect your Custody Level, Credit Earning, Privilege Group and Visiting Status. Your placement in AD/Seg is ordered by Lieutenant S. Parin.

NOTE: Inmate TABITA is a participant in the Mental Health Services Delivery System at the CCCMS Level of care.

☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    ☐ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:    /  /

| DATE OF ASU PLACEMENT 01/17/08 | SEGREGATION AUTHORITY'S PRINTED NAME S. Parin | SIGNATURE | TITLE LT ___ |
|---|---|---|---|

| DATE NOTICE SERVED 1 17 08 | TIME SERVED 1215 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE THOMAS, M | SIGNATURE Thomas M | STAFF'S TITLE SGT |
|---|---|---|---|---|

☐ INMATE REFUSED TO SIGN    INMATE SIGNATURE X Dany Marcia    CDC NUMBER X V-30568

## ADMINISTRATIVE REVIEW (PART B)

The following to be completed during the initial administrative review by Captain or higher by the first working day following placement

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME ASSIGNED | TITLE Counselor CCI | INVESTIGATIVE EMPLOYEE'S NAME N/A | TITLE |

**IS THIS INMATE:**

| | | | |
|---|---|---|---|
| LITERATE? | ☒ YES ☐ NO | EVIDENCE COLLECTION BY IE UNNECESSARY | ☐ YES ☐ NO |
| FLUENT IN ENGLISH? | ☒ YES ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☐ YES ☒ NO |
| ABLE TO COMPREHEND ISSUES? | ☒ YES ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES ☒ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ YES ☒ NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | |

Any "NO" requires SA assignment    Any "NO" may require IE assignment

☒ NOT ASSIGNED    ☒ NOT ASSIGNED

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

☐ NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE X    DATE

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY____    ☒ RETAIN PENDING ICC REVIEW    ☒ DOUBLE CELL    ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION: RETAIN ASU PENDING ICC 2X CELL

PT# CCCMS

INVESTIGATIVE INTO ALLEGATIONS

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE CPT | DATE OF REVIEW 1 18 08 | TIME 650 | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

**See Chronological Classification Review document (CDC 128-G) for specific hearing information**

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

FROM: B3-205L          TO: D2-117L

DISTRIBUTION:
WHITE - CENTRAL FILE          CANARY - WARDEN
BLUE - INMATE (2ND COPY)      PINK - HEALTH CARE MGR
GREEN - ASU                   GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GARCIA | V-30568 |

## REASON(S) FOR PLACEMENT (PART A)

☐ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☒ ENDANGERS INSTITUTION SECURITY     ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

Inmate GARCIA, V-30568, on 02/08/08, you are being placed into Administrative Segregation due to your being the "Victim Of A Battery." Specifically, on this date, you were the victim of a battery by an unknown assailant within the Facility B recreation yard. Based on this, your presence in the Facility B SNY-General Population is deemed a threat to your safety and the security of this institution. You will remain in Ad/Seg on Single Cell Status pending an investigation by Correctional Sergeant K. Johnson and I.C.C. review of your future housing/program requirements. This placement will affect your Custody Level, Credit Earning, Privilege Group and Visiting Status. Your placement in Ad/Seg is ordered by Lieutenant R. Parin.

NOTE: Inmate GARCIA is a participant in the Mental Health Services Delivery System at the CCMS level of care.

☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)     IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 02/08/08 | R. Parin | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 2/8/08 | 1642 HRS | K. HERNANDEZ | | C/O |

| INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER |
|---|---|---|
| | Danny Garcia | V-30568 |

## ADMINISTRATIVE REVIEW (PART B)

The following to be completed during the initial administrative review by Captain or higher by the first working day following placement

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME ...JOHNFO | TITLE ACT | INVESTIGATIVE EMPLOYEE'S NAME | TITLE N/A |

IS THIS INMATE:

| | | EVIDENCE COLLECTION BY IE UNNECESSARY | ☒ YES ☐ NO |
|---|---|---|---|
| LITERATE? | ☒ YES ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☐ YES ☒ NO |
| FLUENT IN ENGLISH? | ☒ YES | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES ☒ NO |
| ABLE TO COMPREHEND ISSUES? | ☒ YES | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ YES ☒ NO | | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | |

Any "NO" requires SA assignment     Any "NO" may require IE assignment

☐ NOT ASSIGNED          ☐ NOT ASSIGNED

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER     ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| ☐ NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |
|---|---|---|

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

DECISION:  ☐ RELEASE TO UNIT/FACILITY_____  ☒ RETAIN PENDING ICC REVIEW  ☐ DOUBLE CELL  ☒ SINGLE CELL PENDING ICC

REASON FOR DECISION: RETAIN ASU PENDING ICC I X CELL PENDING ICC. PSYCH C/C MS THREAT

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| N.L. NUNEZ | CAPT. | 2/11/08 | 1653 | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|

See Chronological Classification Review document (CDC 128-G) for specific hearing information

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

CDC 114-D (Rev 10/98)

**FROM:** P3-205L    **TO:**

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GARCIA | V-30568 |

## REASON(S) FOR PLACEMENT (PART A)

☐ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☒ ENDANGERS INSTITUTION SECURITY    ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

Inmate GARCIA, V-30568, on 02/08/08, you are being placed into Administrative Segregation due to your being the "Victim Of A Battery." Specifically, on this date, you were the victim of a battery by an unknown assailant within the Facility B recreation yard. Based on this, your presence in the Facility B SNY-General Population is deemed a threat to your safety and the security of this institution. You will remain in Ad/Seg on Single Cell Status pending an investigation by Correctional Sergeant K. Johnson and I.C.C. review of your future housing/program requirements. This placement will affect your Custody Level, Credit Earning, Privilege Group and Visiting Status. Your placement in Ad/Seg is ordered by Lieutenant R. Parin.

NOTE: Inmate GARCIA is a participant in the Mental Health Services Delivery System at the CCMS level of care.

| ☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | ☐ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / / |
|---|---|

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 02/08/08 | R. Parin | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE / |
|---|---|---|---|---|
| | | | | |

| ☐ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER |
|---|---|---|

## ADMINISTRATIVE REVIEW (PART B)

The following to be completed during the initial administrative review by Captain or higher by the first working day following placement

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | | EVIDENCE COLLECTION BY IE UNNECESSARY | ☐ YES ☐ NO |
|---|---|---|---|
| LITERATE? | ☐ YES ☐ NO | | |
| FLUENT IN ENGLISH? | ☐ YES ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☐ YES ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☐ YES ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES ☐ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ YES ☐ NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | |

Any "NO" requires SA assignment

Any "NO" may require IE assignment

☐ NOT ASSIGNED    ☐ NOT ASSIGNED

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| ☐ NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |
|---|---|---|

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY____    ☐ RETAIN PENDING ICC REVIEW    ☐ DOUBLE CELL    ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|

See Chronological Classification Review document (CDC 128-G) for specific hearing information

State of California                 Department of Corrections and Rehabilitation
INFORMED CONSENT FOR MENTAL HEALTH CARE
CDCR 7448 (06/06)

<u>INFORMED CONSENT FOR MENTAL HEALTH CARE</u>

## Limits of Confidentiality and Record Keeping for Mental Health Services

- I understand that my mental health treatment is confidential and mental health staff will not disclose information about my treatment to anyone who is not involved in the mental health program without my permission, unless one of the following exceptions exist:
- Any proceeding where I raise the issue of my mental or emotional condition.
- If I enlist the services of a mental health professional to aid in the commission of a crime or tort or to escape detection after the commission of a crime or tort.
- If my clinician has reason to believe that I have been involved in, or have knowledge of neglect, physical, emotional, or sexual abuse of a child. This includes abuse perpetrated against me as a child, if the abuser may still have access to children and the abuse was not previously reported.
- If my clinician has reason to believe that I have been involved in, or have knowledge of financial exploitation, neglect, physical, emotional, or sexual abuse of an elder or dependent adult.
- When the clinician believes my mental or emotional condition may cause me to be: (a) unable to adequately care for myself; (b) a danger to myself, or (c) a danger to others, and the clinician believes that disclosure is necessary in order to prevent any of the above (such as threats to harm myself or threats to harm others).
- In this setting, it may be necessary for my clinician to disclose confidential information in order to ensure the security of the institution and the safety of the staff, other inmates and the public, and my health and safety (e.g., to prevent escape, to prevent riots or assaults, to prevent the admittance of contraband, in the case of over familiarity or romantic relationships with staff, indecent exposure, or in the case of sexual assault regardless of whether I am the perpetrator or the victim).
- In this setting, information from my Unit Health Record may be used to complete required evaluations, including, but not limited to the Board of Prison Terms Reports, Mentally Disordered Offender evaluations, Sexually Violent Predator evaluations, and evaluations for involuntary medications (Keyhea). In these cases, information from my Unit Health Record may be made available to the courts and to mental health professionals outside of the California Department of Corrections and Rehabilitation.
- I understand that while I am under the supervision of the California Department of Corrections and Rehabilitation, the Mental Health Treatment Team may include correctional counselors, parole officers, and other correctional staff.
- I understand that my treatment will be documented in my Unit Health Record and placement chronos will be placed in my Central File.
- I understand that the Unit Health Record is confidential and can only be read by staff authorized to view it which includes mental health, medical, and dental staff members.
- I understand that my Unit Health Record is confidential and information in the record cannot be released to anyone outside the California Department of Corrections and Rehabilitation without my written consent, except as noted above.

I have read and/or discussed and understand the above statements about confidentiality and record keeping and I have been given the opportunity to ask questions about it.

*Read to I/m I/m refused to sign*
*3/11/08 RR*

_____
Inmate's Signature/CDCR Number

_3/11/08_
Date

{X} I have discussed with the inmate the information on this form regarding confidentiality and record keeping for psychological services. It is my opinion he has the capacity to understand this information.

{ } I have discussed with the inmate the information on this form regarding confidentiality and record keeping for psychological services. It is my opinion that he lacks the capacity to understand based on the following evidence:

_____
Clinician's Signature

_3/11/08_
Date

Last Name,
Garcia

First Name:
Daniels

CDC#:
V30568

DOB:
2/13/63

Revised 10-11-07

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE GARCIA, V30568
Current Housing: D1/201

Date: January 28, 2008

## From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: SVSP-D-08-00403

ASSIGNED STAFF REVIEWER: **CTC**
APPEAL ISSUE: MEDICAL

### DUE DATE: 03/11/2008

Inmate GARCIA, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

| DISTRIBUTION | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME  GARCIA | CDC NUMBER  V-30568 |
|---|---|

## REASON(S) FOR PLACEMENT *(PART A)*

| | |
|---|---|
| ☐ | PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS |
| ☐ | JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY |
| ☑ | ENDANGERS INSTITUTION SECURITY    ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION |

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

Inmate GARCIA, V-30568, you were originally placed in Administrative Segregation on 02/08/08, due to your being the "Victim Of A Battery." The investigation into your battery has been completed. Therefore, due to potential enemies on Facility "B" you are being retained in Ad/Seg "Pending Transfer". Based on this your presence in the Facility B SNY-General Population is deemed a threat to your safety and the security of this institution. You will remain in Ad/Seg pending transfer. This retention will affect your Custody Level, Credit Earning, Privilege Group and Visiting Status. Your retention in Ad/Seg is ordered by Lieutenant R.A. Kessler.

NOTE: Inmate GARCIA **is** a participant in the Mental Health Services Delivery System at the CCCMS level of care.

| ☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | ☐ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: | / / |
|---|---|---|

| DATE OF ASU PLACEMENT 03/06/08 | SEGREGATION AUTHORITY'S PRINTED NAME R.A. Kessler | SIGNATURE | TITLE Lieutenant |
|---|---|---|---|

| DATE NOTICE SERVED 3/6/08 | TIME SERVED 1020 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE S.E. ASENJO | SIGNATURE | STAFF'S TITLE 9D |
|---|---|---|---|---|

INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER

I/M refused to sign

## ADMINISTRATIVE REVIEW *(PART B)*
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME  ASSIGNED | TITLE  CASE WORKER  CCI | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

**IS THIS INMATE:**

| | | |
|---|---|---|
| LITERATE? | ☑ YES ☐ NO | EVIDENCE COLLECTION BY IE UNNECESSARY | ☑ YES ☐ NO |
| FLUENT IN ENGLISH? | ☑ YES ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☑ YES ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☑ YES ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☑ YES ☐ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ YES ☑ NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | |

| Any "NO" requires SA assignment | | Any "NO" may require IE assignment |
|---|---|---|
| ☐ NOT ASSIGNED | ☒ NOT ASSIGNED | |

## INMATE WAIVERS

| ☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER | ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME | |
|---|---|---|
| ☒ NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE  RTS | DATE 3-7-08 |

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:**  ☐ RELEASE TO UNIT/FACILITY _____   ☒ RETAIN PENDING ICC REVIEW   ☒ DOUBLE CELL   ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:
Retain ASU Pend. ICC
Endangers Inst. Security

| ADMINISTRATIVE REVIEWER'S PRINTED NAME  D.C. FLETCHER | TITLE  Capt (A) | DATE OF REVIEW 3-7-08 | TIME 1930 | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME  (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

**See Chronological Classification Review document (CDC 128-G) for specific hearing information**

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE - CENTRAL FILE
BLUE - INMATE (2ND COPY)
GREEN - ASU

CANARY - WARDEN
PINK - HEALTH CARE MGR
GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GARCIA | V-39769 |

## REASON(S) FOR PLACEMENT (PART A)

☐ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY     ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

Inmate GARCIA, V-39769, you were originally placed in Administrative Segregation on 02/05/05, due to your being the "Victim Of A Battery." The investigation into your battery has been completed. Therefore, due to potential enemies on Facility 'B' you are being retained in Ad/Seg "Pending Transfer". Based on this your presence in the Facility B SNY-General Population is deemed a threat to your safety and the security of this institution. You will remain in Ad/Seg pending transfer.   This retention will affect your Custody Level, Credit Earning, Privilege Group and Visiting Status. Your retention in Ad/Seg is ordered by Lieutenant R.A. Kessler.

NOTE: Inmate GARCIA is a participant in the Mental Health Services Delivery System at the CCMS level of care.

| ☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | | IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / / |
|---|---|---|

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 02/05/05 | R.A. Kessler | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

| ☐ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER |
|---|---|---|

## ADMINISTRATIVE REVIEW (PART B)

The following to be completed during the initial administrative review by Captain or higher by the first working day following placement

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
| | | | |

IS THIS INMATE:

| | | | | |
|---|---|---|---|---|
| LITERATE? | ☐ YES ☐ NO | EVIDENCE COLLECTION BY IE UNNECESSARY | ☐ YES | ☐ NO |
| FLUENT IN ENGLISH? | ☐ YES ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☐ YES | ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☐ YES ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES | ☐ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ YES ☐ NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | | |

| Any "NO" requires SA assignment | | Any "NO" may require IE assignment |
|---|---|---|
| ☐ NOT ASSIGNED | ☐ NOT ASSIGNED | |

## INMATE WAIVERS

| ☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER | ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME |
|---|---|

| ☐ NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |
|---|---|---|

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY : _____   ☐ RETAIN PENDING ICC REVIEW   ☐ DOUBLE CELL   ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|---|
| | | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12-87)

| Location | Institution/Parc - Region | Log No | Category |
|---|---|---|---|
| 1. _____ | 1. _____ | |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classific committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the suppo documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUM |
|---|---|---|---|
| Danny Garcia | V-30568 | N/A | D-1 #209 |

A. Describe Problem: on 9-17-08 I was put in AD SEG for my own safety from staff & inmates, oh 02-07-08 after an investigation, I was deemed a liar and was put back on B-yard, approx. 10-15 minutes after being back on the yard, 4 unknown inmate's snuck up behind me and hit me then all of them attacked me, the attack was sever, I have cut's & bruisis, a bloody nose and stitche's on my head or more precise, staple's. I imediatly put back in AD SEG again for my own #safety, On 02-13-08 (my birthday) I went to a psych psych hearing (ITT) and a Mrs. Gouch noticed me and ask me if I like being here in AD SEG asuming I was a trouble maker and that it was my fault for being hear in AD SEG, I am severly Dep- -pressed because nobody took me seriously, I've just been attacked, I was asked if I wish to attend this

If you need more space, attach one additional sheet.                                                    Next Page - ->

B. Action Requested: Remove Mrs. Gouch from the Committee board, as head of the committee She is showing the other spych student's the wrong way to help people, she has never helped me once and now she's hurt me, I don't know if I can trust those people, I definatly don't want to go back to be accused of somthing I have no control over

Inmate/Parolee Signature: Danny Garcia                          Date Submitted: 02-13-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) a submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

I read Mrs. Gouch show's no sensitivity for my condition and assume's I'm a trouble maker, ask's a dumb and hurtful question (DO I LIKE BEING HEAR IN AD SEG), I was just put back in B-Yard, no one listend to me, I was basicaly accused of liying, how do you think that made me feel, then with this feeling on top of being scared, I'm attacked and I didn't even realy know what was happening because they came from behind, I managed to take a glimps in between punches to see their was at least 3-4 of them, next thing I know I'm getting up off the ground, blood is gushing from my head, it looked like a water faucet was on, I knew I was hurt bad so I walked over to a Co. who called it in and the Yard went down, I was sent to CTC and the doctor's put staple's instead of stitche's, the whole time my clothe's are covered with blood. I'm sent back to B-yard and the whole time my heart's pumping fast, scared to go back to the yard but when I got there the Yard was empty so I felt relieved. I was put in a cage in Annex and left to stand In there with just my boxer short's on, freezing, I'm thinking, will this never end, I've just been attacked, I have staple's in my head, I'm still bleeding with a spliting headache and I'm in a cage, more insensitivity. So I'm there for hour's while their trying to find the guy's who did it, then finaly late afternoon they take me to AD SEG, I'm put in my cell and once I settle in I looked around the cell and noticed that it was set up. New mattress, instead of 1 bar of soap ten, extra toilet paper, all new clothing and blanket's, a stack of paper and some envelopes wich they do not provide, disenfectant, and the Co. even came and brought me some book's wich they don't usualy do, they'll tell you this when you first get here, but I believe it was Lieutenant PARIN who had this done for me and when it all sank in I cryed, I was thinking what a bad world we live in, that GOD should destroy it and start all over again and then Lieutenant Parin & these Co's show the first sign of compassion and it overwellmed me, I'm telling you this so you can put your feet in my shoe's to know how I felt and was feeling when I was on my way to the spych committee. I needed their help so I went and Mrs. Gouch say's: back again huh, how long were you gone (approx 10-15 min). You were only here for 15 minutes and your back again, do you like it here mr. Garcia? again the feeling of hoplessness is back and the feeling of betrayal, who do I go to for help? or am I to ever trust those people again?

I comend and thank Lieutenant Parin
nd These Co's here in AD SEG for being the
rst to show real compassion and concern

Danny Garcia 02-13-08

It's the little thing's in life that count.

Institution: M C S f    Clinician:    Robert Landry, Ph.D.    Date: 5-27-06

Staff Psychologist

**II. HISTORY** (Continued)

H. Medical History:    ☐ None reported or documented

Significant head trauma  Car  acc, dou t. Attacked on Yard,  Allergies

Coma / Loss of Consciousness

Seizures

Other Relevant Medical Problems: High blood pressure. Lleg shoter.

I. Mental Health History: ☐ None reported or documented

Outpatient Care

Inpatient Care

While Incarcerated

At POC  First M.H treatment in County

J. Psychotropic Medication: ☐ None

Current Psychotropic Medications:  Benadryl.

Past Psychotropic Medications and outcomes:  Wellbutrin, remeron, paxil.

Other Current Medications: Medication for blood pressure.

Inmate's Name (Last, First, MI), CDCR Number, DOB

Garcia    Danny

**MENTAL HEALTH EVALUATION**
CDCR 7386 (06/06)
Confidential Client / Patient Information
Page 5 of 14

V30569    2-13-63

Institution: MCSP        Clinician:                                    Date: 5-22-08

## III. MENTAL STATUS EXAMINATION

A. Appearance:

B. Behavior/Cooperation:

C. Orientation:        ☑ WNL

D. Speech:   ☐ WNL  Loquasious,

E. Affect:    ☑ WNL

F. Mood:    ☐ WNL    mild anxiety

G. Sleep/Appetite:   ☐ WNL    7 hrs,

H. Cognition:
   Fund of Information      ☑ WNL
   Intellectual Functioning ☑ WNL
   Concentration           ☑ WNL
   Attention               ☑ WNL
   Memory                  ☐ WNL

   100 93 86, 77, 70, LA, Sac, SF, SJose SD,
   Bush, Clinton, Bush,

I. Thought Processes:   ☑ WNL        ☐ Tangential    ☐ Circumstantial    ☐ Loose

J. Perception:
   Hallucinations    ☑ None

K. Thought Content:
   Delusions          ☐ None
   Ideas of Reference ☑ None
   Obsessions         ☑ None
   Magical Thinking   ☑ None

L. Insight    ☑ WNL
   Judgment   ☑ WNL

**MENTAL HEALTH EVALUATION**
CDCR 7386 (06/06)
Confidential Client / Patient Information
Page 7 of 14

Inmate's Name (Last, First, MI), CDCR Number, DOB

Garcia          Danny

V30568        2·13·63

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS AND REHABILITATION

Institution: MCSP    Clinician: Robert Landry, Ph.D.    Date: 5-22-08
Staff Psychologist

**III. MENTAL STATUS EXAMINATION (Continued)**

M. Sucide History: ☐ Ideation    ☐ Intent    ☐ Plan    ☐ Attempt    ☐ Gesture

☐ Suicide Risk Assessment Checklist Completed    Date: _____

Risk Factors: ☐ PC/SNY    ☐ Family History    ☐ CDCR History of Serious Attempt

Describe history, lethality, current risk and protective factors: Some ST in DVI, none recently. No Family h×.

N. Current Violence Risk Factors:

O. Inmate Strengths:

**IV. SUMMARY:    List DSM Criteria That Justify the Diagnosis.**
**List Differential Diagnoses and Rationale.**

|  |
|  |

Inmate's Name (Last, First, MI), CDCR Number, DOB

Garcia    Danny

**MENTAL HEALTH EVALUATION**
**CDCR 7386 (06/06)**
Confidential Client / Patient Information
Page 9 of 14

V30568    2-13-63

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS AND REHABILITATION

| Institution: M C S P | Clinician: | Robert Landry, Ph.D. Staff Psychologist | Date: 5-22-08 |
|---|---|---|---|

## V. FUNCTIONAL IMPAIRMENT    Specify:    1=Mild    2=Moderate    3=Severe

_____ Work/School    _____ Medical    _____ Behavioral Control

_____ ADL    _____ Interpersonal    _____ Mental Illness Symptoms

## VI. DSM IV DIAGNOSIS (Includes ICD-9 for inpatients)    IDTT Diagnosis Approval Date _____

| Axis I: | |
|---|---|
| Axis II: | |
| Axis III: | |
| Axis IV: | |
| Axis V: | GAF= |

## VII. RECOMMENDATION

A)  ☐ **Does Not Meet Criteria** for inclusion in the Mental Health Services Delivery System (MHSDS).

B)  ☐ **Meets Criteria** for inclusion in the MHSDS (Check Level of Care [LOC] Below).
    ☐ 1) Axis I disorder of _____ **or**
    ☐ 2) Inclusion is for **Medical Necessity** (obtain Chief Psychiatrist signature below. Check LOC)

C)  LOC:  ☐ Clinical Case Management (CCCMS)    ☐ Enhanced Outpatient Program (EOP)

    ☐ Crisis Bed (MHCB)    DMH:    ☐ APP    ☐ DTP    ☐ ICF

E)  Recommended Housing :  ☐ Single Cell    ☐ Double Cell    Rationalle: _____

    ☐ No Recommendation

## VIII. BEHAVIORAL ALERTS/RISKS

## IX. RECOMMENDED FOLLOW UP/INITIAL TREATMENT PLAN

Clinician's Signature:

Inmate's Name (Last, First, MI), CDCR Number, DOB

Garcia    Danny

**MENTAL HEALTH EVALUATION**
CDCR 7386 (06/06)
Confidential Client / Patient Information
Page 11 of 14

V30565    2-13-63

| Institution: | M C S P | Clinician: | Robert Landry, Ph.D. Staff Psychologist | Date: 5 -2 C -0 8 |

**ADDENDUM: Add-a-Page**

☐ Insert as Addtional Information: Behind Page_____ , Form _____

☐ Add to Top as an update or correction: top form_____ , regarding page _____

| PAGE | SECTION | NARRATIVE |
|------|---------|-----------|
| | | IM reports the COs at Salinas Valley set him up because he told on them about assaulting another IM, & was assaulted he 3 IMCX put the infirmary. |
| | | Goals: Someone to talk to. Doesn't want to attend groups. |
| | | Reports he helps people by tending them to programs. |
| | | 13 First & only Alcohol |
| | | 13 4ot6. Cannabis |
| | | tried, 29 Meth. |
| | | got sick. |

Clinician's Signature:

**MENTAL HEALTH EVALUATION**
**CDCR 7386 (06/06)**
Confidential Client / Patient Information
Page 13 of 14

Inmate's Name (Last, First, MI), CDCR Number, DOB

Garcia      Danny

V30568      2-/3-63

*13-142*

FGC A Sgt VAL-
3/W

RECEIVED
MAY 9 2008
AW. COMPLEX

# INMATE APPEAL ROUTE SLIP

## To: CA2    (CA2)

MAY 16 2008  **Date:** May 8, 2008

*13-231*

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-D-08-02109**  By Inmate **GARCIA, V30568**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue: SEGREGATION HEARINGS

Special Needs:

Due Date: **06/12/2008**

DUE  6/15/08

STAFF INSTRUCTIONS: **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted.**  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

MCSP
2008 JUN 25  OH: 22

2008 JUN 19  MCSP  15: 00

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____

2. _____

Log No.

1. _____

2. _____

Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. Sgt Johnson

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Danny Garcia | V-30568 | A1A unasighned | D-1 #202 |

A. Describe Problem I'n the begining of august of 2007 I put in a 602 aledging staff misconduct and feared for my safety, nathing was done about it. On 01-17-08 I went to see a psych tech (Bonila) and told her of my stress and fear of going out to the yard, she suggested I tell the sergeant I said no, that I don't know who I can trust, I insisted that I wanted to talk to the captain or she assured me I would be able to trust this sergeant (Johnnson) so I did and he put me in a cage and stripped me down to my bozers and T-shirt and had me escorted in this condition to AD-SEG where I was treated like all the other inmates there for discipl inary reasons, same restrictions and restraints, this makes no sense, I had done not

If you need more space, attach one additional sheet.

B. Action Requested I want to file charges against Salinas Valley State Prison an employee of CDC for pu tting my life in danger after I came to them for help. For violating my 8th admendment rights and for discrimination. Transfer me imediatly close to home (sacramento)-(mule creek St. Priso and me the proper documents to file a citizen's complaint with the Inspector General & the F.B.I.

Inmate/Parolee Signature: Danny Garcia   Date Submitted: 02-19-08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: ~~BYPASS~~

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

~~BYPASS~~

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed   CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

5-7-08 by svsp HA

First Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 5/1/08    Due Date 6/12/08

Interviewed by: K. Menking ccr

YOU WERE TRANSFERED TO MCSP ON 5/7/08.
YOUR COMPLAINT IS NOTED DUE TO FILING
AN APPEAL WITHIN THE INMATE APPEALS PROCESS

Staff Signature: _____    Title: _____    Date Completed: 6/4/08

Division Head Approved: _____    Returned

Signature: _____ RANKN    Title: MPT    Date to: RETD JUN 0 6 2008

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Salinas Valley State Prison Staff discriminated against me, put my life in danger and I could have been killed, I came out with stitches and bumps & bruises, my head still rings, I want compensation. They put me through a nightmare I can't forget, I still walk around scared, I want to file a 1983 to start Proceeding's

Signature: Danny Garcia    V-30568    Date Submitted: 06-17-08

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____

☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response:

resubmit: See above ; Partialy granted    5/1/08 ; 6/12/08

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

CDC 602 (12/87)

SVSP INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON

Date: JUN 06 2008

1ST LVL ☑    2ND LVL ☐

wrong, yet here I am in 4D-SEG getting the same diciplinary treatment as the other here, this seems clear to me that this is another form of retaliation for making allegations towards staff. On 01-24-08 I go to committee, they decide to retain me in 4D-SEG. On 02-01-08 I go before sergeant Johnson who's demeanor is very irate, it seems I was wasting his time, he would ask me a question, I would answer and he would keep putting in his own words while writing it down saying Garcia assumed, I said I didn't say I assumed anything, then said, I can see by your demeanor that your not here to help me, he stated, no, I'm not, I'm only here to write down what you say, and I don't investigate CO's, and I said but your not writing down exactly what I'm saying, your putting it in your own words, and he said, your a liar and your making this up as you go along, I'm going to make sure I put you back on my yard, I said, well what if something happens to me? who's going to be responsible? and he said then I'll make sure you stay here in 4D-SEG for a year and then I'll put you back on my yard. On 02-07-08 I went back to committee and they took sergeant Johnson's suggestion and ordered me back to B-yard. The next day (02-08-08) I went to the program office where a Mrs. Ramos took me off of orientation and I left the program office and walked to the laundry to get my clothes and then started to walk across the yard to go back to the building because I knew it wasn't safe for me on the yard when an unknown inmate stopped me and started saying that the reason he did was because I looked like a homeboy of his and the next thing I know someone hit me from behind, apearantly there was four of them who attacked me at the same time, I just remember getting up off the ground and seeing blood gushing out of my head from somewhere and I knew I was hurt bad, so I walked over to the program office where a CO. was and I yelled at him, he went inside, so I walked over to the annex where sergeant Johnson and a few CO.'s were hanging out and yelled sergeant! he looked and asked me what happend?, I said, what do you think happend, I told you I couldn't be on this yard. So they took me to medical, checked me over, ISU officer, Lt. Martinez came in and said he would like to talk to me later in private, I needed stiches so they sent me to CTC where a doctor put in a few staples and gave me a full set of x-ray's to make sure nothing else was wrong. After being there for

when I got there the yard was clear, I felt relieved, then they put me back in a small cage in annex and stripped me down to my boxer's and left me their for hours freezing my tail off. All this seems so wrong, I was just attacked by four inmates who I don't even know, my sticker's are starting to bleed, my nose is also bleeding, I ask for some tissue, I have a splitting headache, I have bumps all over me and they have me locked in this small cage in only my boxer's. These are clearly 8th amendment violations, I should be lying down some where recooperating. All of this couldve been avoided if someone wouldve taken the first 602 back in August seriously, instead this tragedy had to happen, I gave that 602 to lieutenant Kessler who handed it to a sergeant Holland, Lt Kessler told him to give it to the captains secretary, the captain (Muniz) never got it, I talked to him, he stated that it was side stepped, I apologized for going to an outside agency (Inspector General) but I couldn't get ahold of him, he in turn apologized to me for not being able to help me, this was in the month of January of 08, now its 02-16-08 and I'm in AD-SEG. On 02-14-08 I went to committee, they said to retain me here upon investigation, but what are they investigating? they caught the four inmates who attacked me, a friend (Ben Picaso) identified them, their in AD-SEG along with Mr. Picaso who's life is now in danger and shouldn't be allowed back on that yard. They state ~~that they~~ that they don't investigate co's, so whats to investigate? Captain Muniz stated at committee that the decision will most likely be to not put me back on B-yard wich is what shouldve been the decision in the first place. I sit here in AD-SEG reliving what happend to me over and over, no apliances (TV) to take my mind off of what happend. I try to read but keep reading the same paragraph over and over, I can't concentrate, this is a bad situation for me, it feels like the punishment (retaliation) hasn't stopped yet. A number of other inmates are here in AD-SEG for similar reasons, why was I the only one put back on the yard?

STATE OF CALIFORNIA
CDC 22 10182

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 04-28-08 | Sgt. Rameriz  IS4 | Garcia | V-X0568 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | | |
|---|---|---|---|---|---|
| D-1 | 202 | | FROM | | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS | | |
|---|---|---|---|---|
| | | FROM | | TO |

Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Sergeant Ramerig, I am comming to you for help, like sent this 602 into the appeals coordinator and have gotten no response today is 04-28-08 and I'm going to put in another copy to see if they'll eoccept it and respond to it. I'm sending you this copy so at least you will know that

Filed this.

| INTERVIEWED BY | | DATE |
|---|---|---|

DISPOSITION

...written a 602 and have sent thee copies into the appeals coordinator and that I'm trying to do my part in trying to help clear up this place, like I had told you I should don't mind sacrificing myself for a greater good. So I don't want what happened to me to be in vain. Maybe you can send the 602 in from your end if I'm not able to do it from mine. I'm also sending it to you so you can know in detail what really happened to me, you deemed to be genuinely concerned so I thought maybe this can help in the investigation and maybe even help me.

Sincerely, Danny Percia

04-28-08

This is a copy of the envelope stamped June 11, 2008 to show when I recieved these documents, I'm keeping the originals and I've already sent a copy to the Inspector General.



MCSP

SALINAS VALLEY STATE PRISON
INMATE APPEALS OFFICE
P.O. BOX 1020
SOLEDAD, CA 93960

MULE CREEK STATE PRISON
P.O., BOX 409099
IONE, CA 95640
ATTN: INMATE APPEALS OFFICE

alicia

the 602 and my new job seperate, to be professional and she stated that I haven't even given her a chance yet, so I told her she's right, I'm going to take a step back and give her a chance, so let's start with a clean slate and she agreed but clearly she had no intension's of doing so, I'm told she's trying to get me fired, she's trying to take my pay number from me, check to see if she filed papers. After my job was done she called me and started to lecture me again, I mentioned to her that she's singling out, she states that she didn't see the other porter, but we stood at the table at the same time and the other porter took a tray first and I did after him and then followed him approx. 3-4 feet behind him, so how could she not see him, was I being set up again? you need to check previous 602 to know what I'm talking about, so she insist on me telling her who the other porter was, so I told her, again she states she didn't see him so I forget how it was stated but making a mistake came up and she stated even (me) you make mistake's or you wouldn't be in prison and I said I didn't make a mistake to be in here and you shouldn't be bringing up my reason for being here, you don't know what realy happend and she said I'm tired of you, get up against the wall, she kept kicking my inner ankle to spread wider and I couldn't go any wider, again another lecture and mack (co McCellon) steped in and said that we'll start fresh tommorrow after Ramos told me to lock it up, so I locked it up and waited for dayroom, at 1:00pm, the door's opened and I stepped out and Ramos steped me and asked me what my hours were, I told her 7:45 Am to 2:45 pm (porter job) and she said I can't come out until 3rd watch, of course that doesn't make any sense but as you can see this has gotten out of hand, mainly because I've sent a citizen's complaint to the Inspector General and the F.B.I. and I've gotten no response so I believe there not letting my legal mail out, this gives them a false sense of power/power that they abuse.

win

11-18-07

7:30 Am, porter's let out for job, 8:20 I'm let out only and put on cleaning creveses on floor, approx 11:50 sitting in cell, Mack in tower on the intercom saying if 214 (Garcia) doesn't check in in 5 minutes were going out to get him, at approx 4:30 Dave (porter) come's by for phone sign up, tell's me Mack said not to sign me up, after working in the morning at approx. 8:50am I went to talk to Mack to eleviate this abuse, he say's, I don't Know why you would accuse me of setting you up, this is what happen's because you want to be an asshole. 11-23-07 I asked for the phone and DAve (Porter) said that I need to talk to Mack first, why?, I'm AIA I get the phone everyday, I shouldn't have to beg.

STATE OF CALIFORNIA
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Danny Garcia | Danny Garcia | 04-01-08 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Danny Garcia | Danny Garcia | V-30568 | 04-01-08 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12-87)

| | Location   Institution/Parole - Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBE |
|---|---|---|---|
| Danny R. Garcia | V-30568 | AIA unasigned | D-1 #209 |

A. Describe Problem In the begining of august of 2007 I put in a 602 eledging staff misconduct and feared for my safety, nothing was done about it. On 01-17-08 I went to see a psych tech (Bonilla) and told her of my stress and fear of going out to the yard, she suggested I tell the seargent, I said no, that I don't know who I can trust, I insisted that I wanted to talk to the captain only, she assured me I would be able to trust this seargent (Johnson), so I did and he put me in a cage and stripped me down to my boxers and t-shirt and had me escorted in this condition to AD. SEG. where I was treated like all the other inmates there for diciplinary reason's, same restriction's and restraints, this makes no sense, I had done nothing wrong, yet

over to extra sheet of paper →

If you need more space, attach one additional sheet.

B. Action Requested I want to file charges against Salinas Valley State Prison, an employee of CDC, for putting my life endanger after I came to them for help. For violating my 8th admendment rights and for discrimination. Transfer me imediatly close to home (sacramento) - (mule creek). Send me the proper documents to file a citizen's complaint with the Inspector General & F.B.I. (F.B.I.)

Inmate/Parolee Signature: Danny R. Garcia                    Date Submitted: 02-19-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                          Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

here I am, in ad seg, getting the same disciplinary treatment as the other's here, this seem
clear to me that this is another form of retaliation for making alegations toward staff.

On 01-24-08 I go to committee, they decide to retain me in ad seg. On 01-31-08 I
go to committee again, again they decide to retain me in ad seg. On 02-04-08 I go before
Seargent Johnson whos demeanor is very irate, it seem'd I was wasting his time, he
would ask me a question, I would answer, and he would keep puting in his own words
while writing it down saying Garcia assumed, I said I didn't say I assumed anything
then I said, I can see by your demeanor that your not here to help me, he stated, no
I'm not, I'm only here to write down what you say, and I don't investigate C.O.'s, and
I said but your not writing down exactly what I'm saying, your puting in your own
words, and he said, you're a liar and you're making this up as you go along, I'm
going to make sure I put you back on my yard, I said well what if something
happen's to me, who's going to be responsible, and he said then I'll make sure you
stay here in ad seg for a year and then I'll put you back on my yard. On 02-07-08
I went back to committee and they took seargent Johnson's suggestion and orderd
me back to B-yard. The next day 02-08-08 I went to the program office where
- mrs Ramos took me off of orientation and I left the program office and walked to
laundry to get my clothes and then started to walk across the field to go back to
the building because I knew it was'nt safe for me on the yard when an unknown
inmate stoped me and started saying that the reason he did was because I looked like
homeboy of his and the next thing I know someone hit me from behind, apperantly
there was four of them who all attacked me at the same time, I just remember getting
up off the ground and seeing blood gushing out of my head from somewhere and
I knew I was hurt bad, so I walked over to the program office wher a C.O. was and
I yelled at him, he went inside so I turned and walked to Annex where seargent
Johnson and a few co's where hanging out and yelled Seargent! he looked and
ashed me what happend, I said what you think, I told you I couldn't be on this yard.

So they took me to medical, checked me over, ISU officer, Lieutenant Martinez
came in and said he would like to talk to me later in private, I needed stitches so
they sent me to CTC where a doctor put in a few staples and gave me a full set

of X-Ray's to make sure nothing else was wrong. After being there for awhile they decide to take me back to B-yard, now I'm scared again but when I get there the yard is clear, I felt relieved, then they put me back in a small cage in annex and strip me down to my boxers and leave me there for hour's freezing my tail off. All of this seem's so wrong, I was just attacked by four inmates who I don't even know, my stitches are starting to bleed, my nose is also bleeding, I ask for some tissue, I have a splitting headache, I have bumps and bruises all over me and they have me locked in this small cage in only my boxers. These are clearly 8th admendme violations, I should be lying down somewhere recooperating. All of this could have been voided if someone would have taken the first 602 back in August seriously. I noted this tragedy was to happen, I gave that 602 to lieutenant Kessler who handed to a seargent Holland, Lt. Kess told him to give it to the captain's secretary, the captain never got it (Muniz) I talked to him, he stated that it was side stepped, I appologised for going to an outside agency but I couldn't get ahold of him (out-side agency Inspector General) he in turn appologized to me for not being able to help me, this was in the month of January of 08, now its 02-16-08 and I'm in ad.seg. On 02-14-08 I went to committee, they say retain me here in ad.seg. apon investigation but what are they investigating? they caught the four inmates who attacked me, a friend Ben Picaso identified them, there in ad.seg. along with Mr. Picaso who life is now in danger and shouldn't be allowed back on that yard. They state that they don't investigate CDC's, so whats to investigate? Captain Muniz stated at committee tha the decision will most likely to be to not put me back on B-yard wich is what should have been the decision in the first place. I sit here in ad.seg. reliving what happened to me over and over, no appliance's (T.V.) to take my mind off of what happend. I try to read but keep reading the same paragraph over and over, I can't concentrate, this is a bad situation for me, it feels like the punishment (retaliation) hasn't stopped yet.

Action requested:
continued

To whom it may concern, I, Danny Enos am writing to you to let you know what's been happening, I wrote you a letter before to inform you of crimes against inmates, I had recieved your letter aknoledging that you had recieved my letter and an ISU officer did come to the building although I don't know if it was because of the letter I sent in to you. Enclosed is a copy of a 602 I've sent in to the appeals coordinator that will let you know what's happend so you'll understand why I had come to you in the first place for help hoping to avoid this kind of tragedy. The date today is 04-06-08 and I still haven't recieved a response, I remember from a previous letter you stated for me to go through the appeals process first wich as of now you'll be able to see that that doesn't always work. Back in august the 602 I had given to Lt. Kessler who handed it to Sergeant Holland to give to the captains secretary had never reached its destination so nothing was ever done about it until I had talked to Dr. Bonilla (Psych.Tech) on 01-17-08.

I've sighned up for the law library to make some more copies of the 602 so I'm able to send you a copy and for me to keep the original wich should be sometime next week wich will also give them a few more days to respond. I went to committee after I sent in the 602(copy) and they've had a change of heart about sending me to Mule Creek State Prison wich is where it was suggested to send me (close to home-Sacramento) at a previous committee in January, now they want to send me to James Town, naturaly I'm going to 602 that decision, I have not had a visit yet because it's always been to far and my Dad has a bad back, he's already had surgery but it went bad again, one of his legs goes numb, and my mom has had surgery twice on her hips. I put in a 602 on this subject and it was sent back stating that it was incomplete, that I had to send the paper work with the 602, what paper work? were they supposed to give me some form's that state they are sending me to James Town? If so I

never recieved it so I don't know what my next move is, at the top of the 602 sent back to me someone had writin hardship wich I guess maybe they want me to go about it with that reason, again I'm not sure what to do. At this same commitee I had asked them to give me the legal form's needed to file charges against the inmates who attacked me, they said no that I didn't even see them wich is true but there was a witness wich is why they've been caught and why they're in AD-SEG. I don't know if this is true but at yard here my cellie had spoken to someone who just happen's to be in the same building as them and the word is that nothing's going to happen to them, if this is true I would still like to file charges on them, what they did to me I wouldn't want that to happen to anyone, something need's to happen to them so they'll never want to do that again to anyone, not only that but what if the same CO's sent them after me? you think that may be the reason nothing's going to happen to them? could this have been done to me for telling on them by notifying you? I had a visit from an ISU officer here in AD-SEG and he seemed to be asking more question's about what I told you than asking about what had happened to me, I thought that was kind of odd, why were they so concerned about what I had told you? I also have enclosed copies of my package being sent back and the legal document that states I could've had it put in my personal property. At another commitee they had made the decision to keep me here in AD-SEG, I had asked them to place me in T.P.U. (Temporary Placement Unit) and they said no, that reminded me of what Sergeant Johnson had said about him making sure I stay here in AD-SEG for a year, all of this seem's like retaliation & discrimination violating my 8th admendment rights by keeping me in AD-SEG where were not allowed to recieve our

packages for the first year unless it was ordered before we entered AD-SEG with of course is what I had done, I had ordered it the last week of December so I would recieve it as early as possible in January, were handcuffed anytime we leave the cell even to go take a shower, the yard is a dog kenel cage, they give us a bar of soap with the diameter of a quarter and if we want (need) more we have to give up a shower to recieve one more. The first three weeks I was in here I was sleeping on a mattress wich was not a mattress, it was dark grey, no material on it, straight foam approx. 2 inches thick, maybe, and the one I had was stained a yellowish brown and smelled like urine, I covered it with a sheet but to no avail, I couldn't sleep all night, I'd wake up every night and could not go back to sleep, I have cronos for a new mattress but the C.O.'s didn't care, after I came back after the attack, medical came and brought me a new mattress, there's more but I just wanted to give you a general idea of what it's like to be in AD-SEG, these conditions and restrictions are to extreme even for someone who is in here for diciplinary reasons, but to put me in here with these conditions when I'm not in here for diciplinary reasons is a violation of my rights, the package, sending me to James Town instead of Mule Creek, nothing happening to the inmates who attacked me, not answering the 602 I sent in or wanting to file charges on Salinas Valley State prison, not giving me forms wich one of those 602's had told me I need in order to fight the transfer to James Town, are all these bad things just coincidence? or is this what happens when we try to exert our rights? as you can see things have gotten real bad for me and I'm trying to do my best to stop it from getting worse but as you can see I need your help again and this time it's much

much worse. There are other inmates in here who have been telling events that have happend to them and the reason they are in here (AD-SEG). There are some mini yards here that have been closed because of abuse to inmates where no one can see, no witnesses, one day I got up to use the sink and I saw two CO's escorting an inmate out of that yard, I thought it kind of strange since those yards are not to be used so when we went to yard (our kenel cage's) I asked him and he told me they held him while another wraped a towel around his neck and started to choke him, there is still alot of cleaning up to do here and to be honest I don't mind sacrificing myself for a greater good so please don't let whats happening go in vein, don't let the inmates or these CO's or this committee get away with this, I hope what has happened to me is what you or the F.I.T. has been waiting for to be able to finish cleaning up this place or being able to take over (FBI)

Please send me a letter of aknoledgement and maybe some information on what to do about these different area's of wich I'm having problems with, help me to elivate these problems before they get out of hand. I would feel safer if you can send a representative to come and speak to me personaly. I'm also still fighting the mutual combat decision wich time constraints have been exceeded but Ass. Dept. Warden R. Grounds suggest that I still try. Some things here are getting a little better, it may be because of my presence here but of course that wouldn't matter except for the fact that they know I convey with you, so please send a representative to see me. Sincerely Danny Garcia

be entertainment appliances, applies to all inmates based upon the following definition.

NOTE: For purposes of this article, an appliance is defined as:

1) Any electrical appliance (excluding prescribed medical appliances and battery rechargers) that relies on institution/facility power resources to operate.

2) Any audio/visual entertainment appliances such as radios, televisions, cassette/disk players, etc. (In Level I, Level II and women's facilities, personal audio entertainment appliances that are operated exclusively by battery power (no-adapter or power cord) are exempt from the three-appliance limit. In Level III and Level IV facilities, all personal audio entertainment appliances are subject to the three-appliance limit, regardless of electric or battery operated power source. Televisions in all levels of housing are subject to the three-appliance limit).

3) Battery operated, non-entertainment appliances that do not rely on institution/facility power resources (Battery operated, non-entertainment appliances are not subject to the three-appliance limit).

Items shall be shipped to the inmate's respective institution/facility by the approved vendor in a factory sealed container.

It is the responsibility of the inmate and/or the third party to ensure that packages are ordered in advance to ensure adequate delivery time.

The year shall begin January 1 and end on December 31. The quarters are:

1st - January 1 through March 31.

2nd - April 1 through June 30.

3rd - July 1 through September 30.

4th - October 1 through December 31.

Privilege Group A/Privilege Group B

Inmates in Privilege Group A and B shall be allowed four packages per year (one per quarter) not to exceed 30 pounds each.

Privilege Group C

Inmates in Privilege Group C shall not be allowed an inmate package. Inmates prohibited from receiving a package resulting from recent placement into Privilege Group C, shall not be issued a package which was ordered prior to Privilege Group C placement. Disallowed packages shall be disposed of pursuant to Section 54030.12.2.

Privilege Group D

Inmates in Privilege Group D, including those inmates housed in ASU/Security Housing Unit (SHU) and Psychiatric Services Unit (PSU), shall be permitted to acquire one inmate package per year not to exceed 30 pounds each. Eligibility to acquire an inmate package commences one year after the date of Privilege Group D assignment.

Inmates in ASU/SHU/PSU may also purchase an entertainment appliance via the Special Purchase Process. Eligibility to acquire an entertainment appliance commences

Inmates prohibited from receiving a package as a result of ASU placement shall be allowed to retain the package in their stored personal property if the package was ordered prior to ASU placement and the inmate was otherwise qualified to receive it.

Privilege Group U

Inmates in Privilege Group U shall not be allowed an inmate package.

*Note:* The local Inter-Disciplinary Treatment Team (IDTT) may further restrict or allow additional authorized personal property on a case-by-case basis, above that allowed by the inmate's assigned Privilege Group.

54030.9 Inmate Package Vendor Approval

Vendors for Inmate Packages, except those vendors approved locally for special religious foods as provided for in Section 54030.7.1, must receive Department approval prior to providing services to institutions/facilities.

The Deputy Director, DAI, has the authority to establish vendor approval guidelines for Inmate Packages, and to add or remove vendors from the approved list.

Vendors must submit a completed vendor application package to the designated unit within the DAI. Requests for approval must include all additional materials and catalogs of items provided with prices. The vendor name and contact information will be provided to the institutions/facilities upon approval.

It is the intent of the Department to ensure Inmate Package Program catalog items are priced in a fair manner when compared with common retailers in major markets. Consideration for additional operating expenses shall be given to inmate package vendors due to the requirement to meet all vendor criteria (DOM 54030.9.1, Criterion Number 1).

CDCR reserves the right to withdraw any vendor approval subject to 30 calendar days written notice to the vendor. However, any agreement can be immediately terminated for cause. The term "for cause" shall mean that the vendor fails to meet any terms, conditions, and/or responsibilities of an agreement. In this instance, the agreement termination shall be effective as of the date indicated on the State's notification to the vendor.

54030.9.1 Inmate Package Vendor Criteria

Vendors submitting requests for Department approval shall meet the following minimum requirements:

1. All merchandise offered for sale by the vendor is subject to price comparison. Price comparison shall be conducted by CDC during initial vendor approval and throughout the length of any agreement or contract based upon advertised catalog prices.

    Vendor prices will be compared with non-sale prices on an identical product for product basis at major nondiscount retailers in the following major California markets:

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code #832.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Danny Garcia | Danny Garcia | 09-28-07 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Danny Garcia | Danny Garcia | V-30568 | 09-28-07 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**

CDC 602 (12/87)

| | Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|---|
| | 1. _____ | | 1. _____ | | |
| | 2. _____ | | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Danny Garcia | V-30568 | | B-5 # 214 |

A. Describe Problem: On 08-03-07 my Celli Rodea started calling me out to fight, Kept calling me names with threats, came at me wich of course left me no choice but to defend myself, he was blocking the doorway so when he came at me I pushed him all the way back and slammed him against the door so that the CO's on duty would hear and come but they did not, I finaly let him go after approx 7-8 minutes thinking he might stop and help should be here by now but help did not come and he came after me again, this we fought for a long time for approx 12-13 minutes, I tried holding him down for as long as I could wich is when

If you need more space, attach one additional sheet.

B. Action Requested: Involve outside agencies for my safety to investigate allegations of me being set up by the cos (FBI, Inspector General) Suspend the cos that left their post and failed to do their Job, Call cos that wher were on duty In #5 building at the time f the Incident) transfer to another facility for my safety.

Inmate/Parolee Signature: Danny R. Garcia                 Date Submitted: 08-12-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: DENIED, THE CONTROL BOOTH OFFICER NOTIFIED B5 FLOOR STAFF WHO WHERE LOCKING UP B2 FOR CHOW THAT HE HEARD A LOUD NOISE. APPROXIMATELY 5 MINUTES LATER AFTER THE COMPLETION OF LOCKING UP B2. WE PERFORMED A C/O Mela SECURITY CHECK & AN ALARM WAS ACTIVATED. YOUR CELLMATE WAS NOT RETURNED, HE WAS MOVED TO B2 TO SEPARATE YOU TWO.                 CO D. Ramos

Staff Signature: _____                 C/O D. RAMOS                 Date Returned to Inmate: 8-28-07

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____                 Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

08-12-07 | he started biting me, I couldn't take this anymore so I grabed his hair for my safety and got off of him and pulled him with me to the door where I started kicking the door for help, I kicked over and over again, I finaly let him go and he backed off to the desk and I glanced at C0 lopez in the tower who shruged his shoulders so I kept kicking the door, I would only glance at Co Lopez to see what was taking so long and I only glanced for my safety for I didn't want to take my eyes of Rodea, approx. 3-4 times Co Lopez just shrugged his shoulders, finaly after approx. 13-15 minutes CO. McMellan (AKA MACK) showed up and seen that we had faught and then he finaly hit the Alarm, CO. McMellan stated he was in another building wich was why it took him so long but shouldn't there be another CO on the floor, and co Lopez was in here, why did it take approx. 30 minutes for help to come?, this incompetance put my life at risk, I could've been seriously hurt in that amount of time.

Rodea was sentenced to an indetermanent shoe, why is he here with us level three says? I've been approched by one of his homeboys after the fight with an indirect threat and now this 602 is going to make the building co's mad at me so I fear retaliation from them or other co's, taking appliances just to check if one owns it, cell searches wich they tear up the cell, withholding packages and alot of other 8th admendment violation's I know about, I've been told I was set up by the Co's, what proof? 30 minutes to come to help and Rodea was rewarded by being put in building #2 and in the cell he had been trying to get into for approx a month. So I want to involve the FBI and the Inspector General to investigate this and other atrosities I know about, from this point on I fear for my safety from the Co's and some of Rodea's Friends.

B-5 #214                                    Danny Garcia V-30568

Danny Garcia
V-30858
10-08-07

To whom it concerns, I Danny Garcia am writing you to inform you of crimes against inmates by CO's. I've written a letter to you before with evidence inside, 602's that had been denied in several different areas, notes from inmates to me asking me for help with detailed descriptions of what has or is happening to them and I believe it was intercepted by the CO's here and this is why I believe this to be true, one I never got my response from you, two, I was moved out of building ten and into building five and everyone knows that you're not moved to five unless you've done something wrong.

When me and my celli arrived to five, we were approached by CO Stahler, why are you here!?! I don't know? what did you do wrong!?! nothing, are you having problems with an inmate, ah one of the 60's!?! no, this third degree we got when we arrived proves the point that you don't come to five building unless you've done something wrong, the next day, my celli was approached by some inmates from two building who told him that the CO. (Maldonado) said that he'd move him back in that they just wanted me out or should I say in five building. Now he was part of the transfer (celli) to Corcoran to be put on the bunks in the dayroom so I got a different celli, Juan Badea, straight from the shoe, now let me get to what was in the large legal envelope I had tried to send you, I'll start with the incident and the sergeant I believe is behind all of this. An inmate was being escorted to annex by a Sgt. McVay, the inmate was handcuffed and as they passed by laundry Sgt. McVay reached behind the inmates neck and slammed his face on the ground and it just so happened to have been done right in front of Francis Alvar (inmate) who was working in laundry and as you can imagine, seeing something like that right in front of you would scare you or anger you or both, so Mr. Alvar wrote a letter to the Warden, next thing you know

Danny Garcia
V-30568

10-08-07

Sgts Mcray and a number of CO's stormed Mr. Alias cell and pulled him out, now before that happend Mr. Alias had asked for my help with the proper authorities but after they pulled him out of his cell they threatend him, asked him if he had an out date, (yes) and told him if he wants to see it to stop telling on them, they told him they would stick a shank in his cell and charge him with it, Sgt Mcray had put his face into Mr. Alias face and told him you never tell on me, Mr. Alias was scared and came to me again and told me not to notify the authorities, not to do anything because he wanted to be able to get out of prison eventualy so I did as he asked me too, but when he was transferd to Corksin I figure now they can't follow through with their threats so I put every letter he had given one, (name of viction, threats towards him, asking for help, asking me to stop) and some other important documents and sent them to the Inspector General, next thing you know him moved to B-6, nothing realy happens on this yard without pretty much everyone knowing, B-5, a gay guy moved in and everyone knows B-5 does not except gays, they (CO's payed an inmate (his name I can get for you if you need it but you have to keep me safe) a Tv to beat up this gay guy and yes he did it, the yard went down) him at the handball court, and I see the CO's escorting the gay guy to annex, never ever seen him again, so now him in B-5, I get this new celli, (Rodea) he's trying to move in B-2 with his homies, B-2 CO's say ok and try but B-5 CO's keep stopping it, next thing I know Rodea attacking me, I restrain him both times etc. please read the 602 for detail and realize that I filing a 602 on the CO's McMellon, Ramos, and Lopez, I'm in the program office talking to Lovtenant Hessler who I hand the 602 too and he hands it to Sgt Holland and Hessler tells Holland to give it to the captains secretary, but as you can see there's no captains signiture on it, no luitenants or even a Sergents signiture on it, somehow it made it all the way

over

Denny Garcia

V-30568

10-08-07

back to C.O. Ramón who happens to be implicated in these crimes who naturally denies it but also admits in being in B-2 the day of the incident who tried lying about helping B-2 to lock up but their was no lockdown that day and it seems only on lockdown days do they go to other buildings to help in locking up so what were they doing, talking about making the arrangements to move Rodea to to where he had been trying to move too while he did these duty work all for Sgt. McVay, these C.O's had told Rodea to do it, because of my charges because after he was moved to B-2 a number of inmates (friend & foe) had told me they heard alot of bad things about me and of course it came from Rodea who was informed by the C.O's who have no business in my file or telling inmates why I'm here, now I get alot of negativity and even two threats, who do I tell? the C.O's, yeah right, that's going to do me good, so now it's unsafe for me to be here because the C.O's are after me and their using the inmate to do their duty work so theirs no place for me to go for help except to notify the proper authorities and hope that these letters gets through to someone before something happens to me again and the (next) time it could be worse.

    I was found guilty for mutual combat, with insanity, I restrained in heat so I could for as long as I could until help could come, of course I didn't know at the time I was being set up and their was no help available, but still it was not mutual combat, these people (C.O's) are out to get me any way they can because I dared too stand up for our rights, please come and help as soon as possible. There are only a few crimes being committed against inmates and you can see how your not being notified of these crimes, they are threats, stop mail, pay inmates to go after you. God knows what else and how long this has been going on. Notifying, Inspector General, F.B.I., Internal affairs, and maybe the Warden (Evans). Sincerely, Danny Garcia V-30568    10-08-07

COPY INFORMATION ONTO PAGE 1 AFT. . MENTAL HEALTH EVALUATION IS COMPL.

| Institution: U C S P | Clinician: | Staff Psychologist | Date: 5-22 08 |
|---|---|---|---|

## I. PATIENT INFORMATION / PRESENTING PROBLEM / SUMMARY OF EVALUATION

A. Current Setting: ☑ GP ☐ ASU ☐ SHU ☐ RC ☑ CCCMS ☐ EOP ☐ PSU ☐ MHCB ☐ Other: _____

Classification Score: _____ Data Source(s) for this Evaluation: ☑ Interview ☐ C-File ☐ UHR ☐ Other _____

I/M Ethnicity: i ] Dexican Non-English Language: _____ Level: I / II / III / IV 46 CDCR Arrival Date: 3 - 04

CDCR Release Date: L. Fer | Inmate Interviewed On: 5 / 22 / 08 | Level of Cooperation: _____

Consent for Release of Information on File: ☐ Yes ☐ No    ☐ Records Requested    Date: _____
     ☐ Records obtained from: _____

B. Reason for Evaluation: Intake

☐ MH Screening Indicates Possible: ☐ Thought Disorder   ☐ Mood Disorder   ☐ Suicidality   ☐ Other _____

☐ Staff Referral Indicates: ☐ MH History ☐ Medication Review ☐ Danger to Self ☐ Danger to Others ☐ Other _____

☐ Patient Self Referral Describe: _____

C. Current Diagnosis   Axis I: 3 11.0 Mepressive Disorder nor

Axis II: 20 3 Narcissistic PD

Axis III: _____

Axis V: Current GAF: 65   AIMS Score: _____ AIMS Date: _____ ☐ Keyhea   Keyhea Expires: _____

D. Behavioral Alert: ☐ Suicidal ☐ Self Injurious ☐ Assaultive ☐ Gravely Disabled ☐ Other: _____
Other Relevant Information:      DD Category: _____

E. List Medications, Dose, Route, Frequency:    Target Symptoms, Compliance, Duration:
Benddryl,

Allergies:

F. Clinical Summary and Recommendation: _____

| G. ☐ New Level of Care: ☐ CCCMS | ☐ EOP | ☐ MHCB | DMH: ☐ APP | ☐ ICF | ☐ DTP |
|---|---|---|---|---|---|
| H. Parole Date: | | Region/Office: | | | |
| Parole Agent: | | Phone Number: | | Fax Number: | |

I. Evaluation Follow Up Time Frame: _____ Medication Follow-up Time Frame: _____

Inmate's Name (Last, First, MI), CDCR Number, DOB

Gurcia   Dunny

**MENTAL HEALTH EVALUATION**
CDCR 7386 (06/06)
Confidential Client / Patient Information
Page 1 of 14

V30568   2-13.63

| Institution: ᵀᴵᶜᵍᵖ | Clinician: | Robert Landry, Ph.D. Staff Psychologist | Date: 5-22-08 |

## II. DEVELOPMENTAL AND SOCIAL HISTORY

A. Family of Origin: Raised by: _Parents Divorces age 7, split between Parents_ Siblings: _2 brothers (12, -5) sister +1_

Family Problems: ☐ Mental Health    ☐ Alcohol    ☐ Drug    ☐ Criminal

Describe: _Poor growup in the country. Parents did Pietliwork (drape trackters) mother worked for state._

Childhood Trauma: ☑ Denied; No evidence

Describe: _____

B. Education: ☐ Standard    Highest Grade Completed: _12ᵗʰ grade d. dnt graduate._

☐ Behavior Problems    ☐ Special Education/Learning Disability    ☐ Developmental Disability
Comments: _School disrupted by transfers between parents residences, No GED good student. Electronics school graduate._

C. Marital: S / M /(D)/ W _____ Number of Marriages: _1_    Longest Marriage: _11 years_ Children: _____ F _4_    M
Comments: _24, 13, 22, 17. All 30 oldest attended college._

D. Work History: ☑ Always    ☐ Periodic    ☐ Rarely    Veteran: ☐ Reported ☐ Verified
Income Source: ☐ Work    ☐ Disability    ☐ SSI    ☐ Homeless Issues    Adult Years Employed: _____
Occupation(s): _Burglar alarm instillation._    Longest Period of Employement _13 years_
Comments: _____

E. Criminal History: ☐ No Priors    ☐ Juvenile History    ☐ Gang Affiliation    ☐ Adult Arrests/Convictions
Describe: _Prior D.V. arrest no conviction._    _Molested 11 year old daughter of GF & 1 year 21_
_Molested 3 year old girl 2001_
Current Offense(s): _288_    _SNY in county_    _Molested step sister 1981 when he was 18_
_she was 10 resume when shows 13_

F. History of Violence: ☐ None    Describe: _DV_

G. Adjustment to Incarceration: ☑ Adequate    ☐ Poor    ☐ 115's    ☐ SHU Term    ☐ Gangs    ☐ Safety Concerns
Describe: _____

**MENTAL HEALTH EVALUATION**
**CDCR 7386 (06/06)**
Confidential Client / Patient Information
Page 3 of 14

Inmate's Name (Last, First, MI), CDCR Number, DOB

Garcia            Bunny

V30563        2-13-63

**ADDENDUM: Add-a-Page; Insert-a-Page   N / C / S  Region,  Service Area = _____, Institution = _____**

Additional Page and/or Update Page Use with Assessments, Data Base, Treatment Plan

☐ Insert as Additional Information:  Behind Page # ____, Form ____ Date: __/__/__ completed.

☑ Add toTop as Update or Correction:  Top Form ____, Regarding Page # ____, Date: __/__/__ completed.

| Page | Section | Narrative: | Sign, Name Stamp, Date |
|------|---------|------------|------------------------|
| 1/3/05 | | _Update of MH1 dated 1/26/04._ | |
| | | _Regui made written by Dr. Marks —_ | |
| | | _little changes —_ | |
| | | _I/M continues to suffer Rx. D/O c_ | |
| | | _depressive & anx SXL stable c_ | |
| | | _Case Mgr. Wensel to current psych meds —_ | |
| | | _X/M complains of insomnia & changes_ | |
| | | _hard going, appeal —_ | |
| | | | |
| | | DAVID SANDLER, Ph.D. | |
| | | STAFF PSYCHOLOGIST, PVSP | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| MENTAL HEALTH ASSESSMENT: | LEVEL OF | Last Name:                    First Name:              MI: |
|---|---|---|
| MENTAL HEALTH DATA BASE | CARE | GARCIA, D. |
| Part One - History Section | | |
| Part Two - Diagnostic Section + Placement | | |
| Addendum: Add-a-Page / Insert-a-Page | | |
| MH 1 [3/19/96] | Inpatient | V30568    2-13-68 |
| Confidential Client/Patient Information | | |
| See W & I Code, Section 5328 | Outpatient | CDC # __-__ __ __ __ __    DOB __/__/__ |

**IV. CURRENT MENTAL STATUS**: ("Within- Normal-Limits" = WNL; Describe Deviations)   Critical ✓

A. Appearance........☑ WNL   ☐

B. Behavior ........☑ WNL                    Speech ☑ WNL   ☐

C.. Mood ...........☐ WNL   *expressed   numeration*   ☐

  1. Sleep.........☐ WNL   *ok taken on antidepressant taking*

  2. Appetite.....☐ WNL   *↓ & said wt loss ~ 5th per I/m* ↓ appetite

  3. Affect ........☑ WNL

D. Cognition:   ☐

  1. Fund of Information.........☑ WNL

  2. Intellectual Functioning ..☑ WNL

  3. Organization of Thought..☑ WNL

  4. Association of Thought....☐ WNL

  5. Reality Contact...............☑ WNL

  6 Thought Quality...............☐ WNL   *OK abstraction*

E. Perception Disturbance   ☐
  (Hallucination) ...................☑ None   *per inmate*

F. Thought Content                 *Keep near diverse really sailor*   ☐
  (Delusions, Preoccupation)..☐ None   *what a messed up world is this "*

G. Sensorium (Orientation, Memory,                     *2 of 3 words*   ☐
  Attention, Concentration)......☐ WNL   *alert & oriented X 4*   *after 5 min*

H. Insight and Judgment .........☐ WNL *inmate views that others*   ☐
*on nothing against him / being*

I. Interview Attitude................☐ WNL *needing & have his needs*   ☐ *it's*
*understood & wanted his rate*

J. Current Suicidality..............☐ None *states some ideations but*   ☐ *to of each say*
*denies intent* *Butte CO* *distant*
*other*

K. Current Violence Risk.......☑ None   ☐

Discussion: *Inmate currently on antidepressant 2° depression arising from.*
*life sentence. This is the 1st time he has received MH services. Signific-*
*consequences in this statement. Tends to minimize / entirely*
*Abuse — Likely Significant — others levels*
Is Substance Abuse an issue? ☑ No  ☐ Yes

| MENTAL HEALTH ASSESSMENT: RECEPTION CENTER MENTAL HEALTH EVALUATION | LEVEL OF CARE | Last Name: GARCIA   First Name: DANIEL   MI: |
|---|---|---|
| MH 7 [3/22/96] | CCCMS Inpatient | |
| Page 2 of 3 | Outpatient | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | | CDC # V.305.65   DOB 2/131 63 |

| V.  DSM IV  Numerical  - | (Diagnosis, including provisional diagnosis and degree of uncertainty.) | |
|---|---|---|

**Axis I.**  # 311   *depressive disorder NOS*  ☐
# 
# 

**Axis II.**  # 799.9   *diagnosis deferred*
# 

**Axis III.**  *refer to med records for specifics*

**Axis IV.**  (current)  *incarc - life sentence*

**VI. NEED FOR TREATMENT/LEVEL OF CARE:**

**Axis V.**   GAF= 60  Score based on:  *clinical interview*   ☐
**Treatment Motivation:**  *fair*

☐ DOES NOT MEET CRITERIA FOR INCLUSION IN THE
MH TREATMENT POPULATION

☒ MEETS CRITERIA FOR INCLUSION IN THE MH
TREATMENT POPULATION (SEE LOC BELOW)

**Evaluations:**   ☐Crisis Eval.   ☐Medication Eval.   ☐Psychological Testing   ☐Other, describe below
*on 4 meds → psych eval*

**Recommended CDC Setting:** ☐GP  ☒CCCMS  ☐EOP   ☐MHCB  ☐DMH   *DDPS #*   -
*med rec.*

**Rationale:**  *least restrictive setting to address
mental health problems*

**Initial Treatment Plan (Include medication(s) target symptom & dose prescribed):**

*Psychiatry consult to address + issues & med needs
case to case manage monitor mood
+ psychiatric adverse effects review & stop + clouds
Evaluation Follow up: (Who and When)  seen x 2 weeks  diagnosis
Medication Follow up: (Who and When)  to be det.*

**Reception Center Mental Health Evaluation Completed by:**  **Date:**  5/19/04

**Clinician Name:**  , Miller, Ph.D.  Staf Psychologist

**Clinician Title:**

**Clinician Signature:**  Miller Ph.D   **Telephone:** (209)835-4141  Ext.: 4412

| MENTAL HEALTH ASSESSMENT:<br>RECEPTION CENTER<br>MENTAL HEALTH EVALUATION<br><br>MH 7 [3/22/96]<br><br>Page 3 of 3<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF<br>CARE<br><br>CCCMS<br><br>Inpatient<br><br>Outpatient | Last Name:  First Name:  MI:<br><br>GARCIA  DANNY<br><br><br><br>CDC # V30542  DOB 2/31/63 |
|---|---|---|

# Symptom Checklist

DATE: 05-22-08    #: C-13    Cell: 231

Name: Garcia    Danny
         Last              First

Symptom Checklist - Are you seeking services for any of the following reasons:

☒ Buzzing in Head ~~Headache~~    ☐ Stomach trouble    ☐ Flashbacks    ☐ Can't make decisions

☐ Dizziness    ☐ Trouble sleeping    ☐ Isolating yourself    ☐ Thoughts of suicide

☐ Nightmares    ☐ Ready to explode    ☐ Lack of motivation    ☐ Self-inflicted wounds

☐ Weight change    ☐ Panicky feelings    ☐ Can't get interested    ☐ Nervous around strangers

☐ Bowel trouble    ☐ Tremors or tics    ☐ Can't make friends    ☒ Fear things you shouldn't

☐ Choking feeling    ☐ Trouble concentrating    ☐ Can't keep friends    ☒ Loss/increase of appetite

☐ Blurred vision    ☐ Strange experiences    ☐ Sexual problems    ☐ Conflict within family

☐ Drug cravings    ☒ Distrustful of others    ☐ Feel like crying    ☐ Trouble with memory

☐ Muscular aches    ☐ Fear of losing control    ☐ Mind racing    ☐ Thoughts of harming others

☐ Feel worthless    ☐ Problems with anger    ☐ Intrusive or senseless thoughts or impulses

☐ Feeling tense    ☐ Always tired    ☐ Excessive checking, list making, washing, etc.

☐ Hearing voices    ☒ Feeling depressed    ☐ Bad smells others don't smell

☐ Can't keep jobs    ☐ Unusual thoughts    ☐ Psych meds aren't working right

Enterd DVI on 04-14-04, on 05-24-04 I was threatnd
by IGI and then Placed in K-wing, Mainline AD-SEG, stayed
approx. 1 week before being returned to east hall. Transferd
to pleasant valley in the middle of July of 04, A-yard orientation
enterd AD-SEG & approx. 1 week later because of enemy concerns,
I was being moved to D-yard for my safety, seen committe
approx. a week later for placement, I should've been put on the
yard instead chief dept. warden Malfie called me a liar
about what had happend at DVI and had his staff Place
me in AD-SEG, the building is split in half, 101 to 125 ~~and~~
~~~~ 201 to 225 is AD-SEG, 126 to 150 and 226 to 250 is orientation,
when I was first Placed in D-4 (AD-SEG) I was in the orientation
Side wich was correct but after committee, Ass.Dep.warden
Malfie discriminated against me and had his staff Put
me in the AD-SEG side. I had lost 17 lbs. in the first 28
day's because of stress of being mistreated. Orientation, wich
is what I should've been doesn't get hand cuffed to go to shower
or anywhere else and can recieve appliances, I was handcuffed
and did not recieve any personal property, AD-SEG get's yard,
small enclosed cement area, I didn't get yard either, so
what was I, orientation or AD-SEG and why. An inmate had
been observing that inmate's were comming Into the building
and leaving to & D-yard and had mentioned to me that
I should've gone out to regular yard (D-Yard) before them
and told me they were messing with me and explained
to me about the title 15 and how to fill out a 602, so
I did and the very next day Co. Mendenhall (Personal
Property officer) came to me and appologized to me

and stated that my name must have slipped through the cracks and gave me my personal property, the same day Sergeant Scott came to me and appologized to me stating that my name was misplaced and that she will get me out as soon as they send my crono here that it's in the program office, she said maybe a few more days, I said why don't you just walk over there and get it, she said it doesn't work that way. I was finaly put in D-yard 5 building, orientation again, I was given a slip stating no more than 10 day's on orientation that I'll see committee in that time, 16 day's I was in orientation, I was told by inmate clerk that my name was switched with a Garcia on C-yard, that's a mainline yard not an SNY yard, I don't see how that could've happened. I was hurrassed by C.O. Gonzales in 3 building on D-yard, refer to document's pertaining to 602 on this matter. I was transferd to Salinas Valley in October of 06 with a promise of better program and Vocation, another lie just to get inmate's to transfer so they can get rid of the extra bunk's inside of the building dayroom's wich they are shuffling around to other facilities.

chief Dep. Ass. Warden Malfie

C.O. Hoffman (Tower)

Sergeant Scott

P. Mendenhall (Property officer)

Counseler Stout

Dr. Mullan (pshyc)

Dr. Martin (M.D.)



CDC 128-0 (Rev. 12/02)

Name _____    Number # _____

I, the undersigned inmate, hereby acknowledge receipt of the following document and item:

☐  K-WING INFORMATION PACKET
   Containing visiting and law library
   Information (CDC 193 and law book request)

_____    _____    cc:   Original to C-File
      Inmates Signature              Date              Copy to 114-A File
                                                       Copy to Inmate

_____    _____
      Staff Signature               Date

Date: _____    **DEUEL VOCATIONAL INSTITUTION GENERAL CHRONO**
                                                              (CDC 128-B)

Name _____    Number # _____

1.  Subject was placed in Administrative Segregation on _____ in the following status:
                                                              Date

☑ Single Celled          ☐ Involuntary Double Celled

    Ad/Seg placement ordered by _____ (Print Name)

    If Double Celled, Double Celling authorized by _____.

2.  Subject was involuntarily Double Celled for a total of _____ days (above lockup).

        On _____ (date) subjects housing status changed to the following:

        ☐ Voluntary Double Celled      ☐ Released to General Population
        ☐ Single Celled                ☐ Transferred _____ (Institution)

3.  In response to the subjects Revocation Request to be Double Celled, he was Single Celled on

    _____
        Date

        SIGNATURE: _____    DATE: _____

I, Inmate _____ prefer to be on yard group _____ while in Administrative
Segregation.
        Name and Number
I understand that this is *pending the review* and approval of I.C.C. and may be changed by I.C.C.

| Name | Number | Staff Witness, Signature |
|------|--------|--------------------------|

| Controlled Compatible Group I | Reintegrated Mixed Group II | Reintegrated Mixed Group III | Controlled Compatible Group IV | WALK ALONE |
|-------------------------------|------------------------------|-------------------------------|--------------------------------|------------|
| Whites | Nonaffiliated | Walk Alone Group | Northern Mexicans | Own Request |
| Others | | | Blacks | |
| Southern Mexicans | | | | |

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GARCIA | V-30568 |

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY          [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

**On Monday, May 24, 2004, you informed supervising staff that an enemy situation has developed in East Hall, Special Processing Unit. You claim that an inmate in East Hall is attempting to pressure you out of your medications. You request to be moved from the Special Processing Unit based on this situation. Your continued presence in this program would pose a threat to the safety and security of the institution. Per the aforementioned you are being placed in AD/SEG pending review/evaluation of case factors.**

| [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | | [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: | / / |
|---|---|---|---|
| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | | CDC NUMBER |

## ADMINISTRATIVE REVIEW (PART B)
***The following to be completed during the initial administrative review by Captain or higher by the first working day following placement***

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | | | | |
|---|---|---|---|---|
| LITERATE? | [ ] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] YES [ ] NO |
| FLUENT IN ENGLISH? | [ ] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [ ] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES [X] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | |
| | Any "NO" requires SA assignment | | Any "NO" may require IE assignment |
| [ ] NOT ASSIGNED | | [ ] NOT ASSIGNED | |

## INMATE WAIVERS

| [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER | [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME | |
|---|---|---|
| [ ] NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [ ] RETAIN PENDING ICC REVIEW   [ ] DOUBLE CELL   [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

HighNotoriety

**See Chronological Classification Review document (CDC 128-G) for specific hearing information**

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR. |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GARCIA | V-30568 |

## REASON(S) FOR PLACEMENT (PART A)

☐ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☐ ENDANGERS INSTITUTION SECURITY    ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

You arrived at D.V.I. on Wednesday April 14, 2004, from Butte County, as a N/C.
During your initial interview, you requested protective housing due to your commitment
offense. Per the aforementioned, your presence in general population would present a
threat to the safety and security of this institution. You are housed in Administrative
Segregation pending an administrative review of your case factors.

| ☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | | ☐ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: | | / / |
|---|---|---|---|---|
| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | | TITLE |
| DATE NOTICE SERVED    TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | | STAFF'S TITLE |
| ☐ INMATE REFUSED TO SIGN | INMATE SIGNATURE | | CDC NUMBER | |

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

LITERATE?    ☐ YES ☐ NO    EVIDENCE COLLECTION BY IE UNNECESSARY    ☐ YES ☐ NO

FLUENT IN ENGLISH?    ☐ YES ☐ NO    DECLINED ANY INVESTIGATIVE EMPLOYEE    ☐ YES ☐ NO

ABLE TO COMPREHEND ISSUES?    ☐ YES ☐ NO    ASU PLACEMENT IS FOR DISCIPLINARY REASONS    ☐ YES ☐ NO

FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? ☐ YES ☐ NO    DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED    ☐ YES

DECLINING FIRST STAFF ASSISTANT ASSIGNED?    ☐ YES

Any "NO" requires SA assignment    Any "NO" may require IE assignment

☐ NOT ASSIGNED    ☐ NOT ASSIGNED

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| ☐ NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |
|---|---|---|

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY_____    ☐ RETAIN PENDING ICC REVIEW    ☐ DOUBLE CELL    ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

**See Chronological Classification Review document (CDC 128-G) for specific hearing information**

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

| NAME Garcia | CDC NUMBER V 30568 |
|---|---|
| INSTITUTION PVSP | HOUSING D1-115L |
| TYPE OF TEST Chest XRay | DATE OF TEST 9-22-5 |

### YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☑ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

_____
NAME / TITLE

_____
PHYSICIAN SIGNATURE

10/3/5
DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**PLEASANT VALLEY STATE PRISON**

P. O. BOX 8500
COALINGA, CA 93210



July 28, 2005                                              **CONFIDENTIAL**


Inmate **Garcia**
CDC **V30568**
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA  93210


Inmate Garcia:

STAFF COMPLAINT LOG NO: **05-01527**

The Pleasant Valley State Prison Investigative Services Unit (ISU) has completed its investigation
of your allegations.  The findings of your allegations are as follows:

   1. The   investigation   disclosed   sufficient   information   to   support   a   finding   of:
      **Not Sustained**.

This concludes the Investigative Services Unit's interest in this matter.


E. FISHER, JR.
Investigative Lieutenant
Investigative Services Unit
Pleasant Valley State Prison


c:     Investigative Case File
       Appeals

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE T 'NVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| M. Gonzales | M. Gonzales | 8/17/05 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Danny R. Garcia | Danny R. Garcia | V-30568 | 8-17-05 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |
| K. Scott Sgt | | 8·17·05 | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

# INMATE PROPERTY INVENTORY
CDC 1083 (7/87)

| INMATE'S NAME: Garcia | CDC NUMBER: V-30568 | INSTITUTION: PoSP | QUAD: A1 | ROOM NUMBER: 120 | DATE: 7-21-04 |

PROPERTY INVENTORED BY: S/O P. Arredondo, E. Zamora   TITLE: C/O   REASON FOR INVENTORY: Ad-Seg Placement

## CANTEEN ITEMS

- [X] DEODORANT – 1
- HAIR:
  - [ ] GREASE
  - [ ] SHAMPOO
  - [ ] PERM KIT
  - [ ] NET
  - [ ] SPRAY
  - [ ] CONDITIONER
- LOTION:
  - [ ] TANNING
  - [ ] HAND
  - [ ] BABY OIL
  - [ ] NOXEMA
- POWDER:
  - [ ] TALC
  - [ ] FOOT
- RAZOR:
  - [ ] BLADES
  - [X] DISPOSABLE 2
- [ ] SHAVING CREAM
- [ ] AFTER SHAVE
- [ ] SHOE POLISH
- SOAP: [X] BARS – 2   [ ] LIQUID
- [ ] SOAP DISH   [ ] MOUTHWASH
- TEETH: [X] PASTE – 2   [ ] BRUSH
  - [ ] HOLDER   [ ] O-CLEAN

## FOOD ITEMS

- CANDIES: [ ] BAGS   [ ] BARS
- [ ] CANNED MEATS
- CHEESE: [ ] SPREAD   [ ] VELVEETA
- [ ] CHIPS   [X] CRACKERS – 1
- [X] COFFEE   [ ] COCOA
- [ ] COOKIES   [ ] PASTRIES
- [X] HOTSAUCE – 1   [ ] PEPPERS
- [ ] INSTANT DRINKS   [X] SOUPS – 5
- [ ] JAM/JELLY   [ ] HONEY
- [ ] PEANUT BUTTER   [ ] NUTS
- [ ] POPCORN   [ ] PORK RINDS
- [ ] SUGAR CUBES
- TEA: [ ] BAGS   [X] INSTANT Creamer
  - [ ] VITAMINS   [ ] PROTEIN

## PERSONAL PROPERTY

- [ ] ADDRESS BOOK
- [ ] BATTERIES: SIZE: _____
- [ ] BINDERS
- BOOKS: (see below)
  - [ ] SOFTBACKS   [ ] MAGAZINES
  - [ ] HARDBACKS
- BRUSH: [ ] HAIR   [ ] SHOE
- CLIPPERS: [X] NAIL – 1   [ ] TOE
- COMBS: [ ] AFRO   [X] REGULAR – 1
- GLASSES: [ ] SUN   [ ] RX
- [ ] LEGAL MATERIALS
- [X] PERSONAL PAPERS –   [X] LETTERS
- [X] MIRROR: CONDITION
- [X] PENS 2   [ ] PENCILS
- PHOTOS: [ ] ALBUM   [ ] LOOSE
- [X] ENVELOPES – 50   [ ] STAMPS
- [ ] SEWING KIT
- [ ] STATIONERY   [ ] TABLETS
- [ ] TUMBLER   [ ] CUP
- [X] BOWL – 2   [ ] TUB
- [ ] WALLET
- TAPES/RECORDS – Total of 12 or less
  - [ ] CASSETTE TAPES
  - [ ] EIGHT TRACK TAPES
  - [ ] RECORDS - 45's
  - [ ] RECORDS - LP's

## CLOTHING

- [ ] BANDANAS   [ ] HEADBANDS
- [ ] BELT   [ ] BUCKLE
- CAPS: [ ] B/BALL   [ ] W/CAP   [ ] VIS
- [ ] JACKETS
- [ ] PANTS
- [ ] PAJAMAS   [ ] ROBE
- [ ] RUG
- SHIRTS: [ ] TANK TOP   [ ] DRESS SHIRT
- T-SHIRTS: [ ] WHITE   [ ] COLORED
- SHOES: [ ] DRESS SHOES   [ ] SANDALS
- [ ] BOOTS   [ ] TENNIS
- [X] THONGS 1
- SHORTS: [ ] UNDER   [ ] ATHLETIC
- [ ] SWEATER
- [ ] SWEATPANTS
- [ ] SWEATSHIRT
- [ ] THERMO TOP   [ ] THERMO PANTS

## GAMES

- [ ] CHESS   [ ] PINOCHLE CARDS
- [ ] CHECKERS   [ ] OTHER
- [ ] DOMINOES

## TOBACCO ITEMS

- CIGARETTES: [ ] CARTONS   [ ] PACKS
- [ ] CIGARETTE CASE   [ ] LIGHTER
- CIGARS: [ ] BOX   [ ] PACK   [ ] EACH
- [ ] PIPES   [ ] ROLLER
- SNUFF: [ ] POUCH   [ ] TINS
- TOBACCO: [ ] POUCH   [ ] CAN

## OTHER ITEMS:

Pills: 4 Nifedipine 60mg
30 Nifedipine
23 Nifedipine
29 Hydrochlorothiazide
23 Hydrochlorothiazide

## MAIL OUTS:

## NON-EXPEND ITEMS

- [ ] A/C ADAPTER
  - Make: _____
  - SR/N: _____
- [ ] CALCULATOR
  - Make: _____
  - SR/N: _____
- [ ] CASSETTE/8-TRACK
  - Make: _____
  - SR/N: _____
- [ ] CLOCK
- [ ] ELECTRIC RAZOR
  - Make: _____
  - SR/N: _____
- [ ] HEADPHONES
  - Make: _____
  - SR/N: _____
- [ ] LAMP
  - Make: _____
  - SR/N: _____
- [ ] MUSICAL INSTRUMENT
  - Type: _____   Model: _____
  - SR/N: _____
- RELIGIOUS MEDAL
  - Medal: [ ] GOLD COLOR   [ ] SILVER COLOR
  - CHAIN: [ ] GOLD COLOR   [ ] SILVER COLOR
- [ ] RECORD PLAYER
  - Make: _____
  - SR/N: _____
- RADIO
  - [ ] AM/FM   [ ] CLOCK
  - [ ] CASSETTE   [ ] 8-TRACK
  - Make: _____
  - SR/N: _____
- TELEVISION
  - [ ] BLACK & WHITE   [ ] COLOR
  - [ ] TV & RADIO COMBINATION
  - Make: _____
  - SR/N: _____
  - [ ] TELEVISION TESTED
  - [ ] TV WORKS   [ ] NOT WORKING
  - [ ] TYPEWRITER
  - Make: _____
  - SR/N: _____
- [ ] RING   [ ] GOLD   [ ] SILVER
- [ ] WATCH   [ ] WRIST   [ ] POCKET
  - Make: _____
  - Color: [ ] GOLD   [ ] SILVER

_____ NUMBER OF BOXES

_____ NUMBER OF BAGS

FOOTLOCKER [ ] YES   [ ] NO

DITTY BAG [ ] YES   [ ] NO

## CONFISCATED ITEMS:

BELOW TO BE SIGNED UPON RETURN OF PROPERTY TO INMATE:

The above listed items constitute all my personal property.
INMATE'S SIGNATURE: Garry R. Garcia   DATE: 07-21-04

I have received all the above listed personal property or have noted any discrepancies below:
INMATE'S SIGNATURE: _____   DATE: _____

| RECEIVED IN R&R BY: | INST. | DATE: | INSTITUTION | QUAD | ROOM NUMBER |

DIST: Original to R&R
Copy to Inventory Officer
Copy to Inmate

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

230L

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

FROM: AFB1-120U    TO: AFB4-202L

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GARCIA | V-30568 |

## REASON(S) FOR PLACEMENT *(PART A)*

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS.

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On Wednesday, July 21, 2004, at approximately 2000 hours, you, Inmate GARCIA, V-30568, AFB1-120U, were interviewed and stated that you had Enemy Concerns on A-Yard. You stated that you and your Enemy, listed on your C-File, could not Program together on the same Facility, and that signing a Compatibility Chrono was not a possibility. As a result, you are deemed a threat to the safety and security of the Institution, and are being placed in Administrative Segregation pending Administrative Review to determine appropriate housing and program needs. As a result of this placement, your credit earning status, custody level, privilege group, and visiting status are subject to change.

| [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: | / / | |
|---|---|---|---|
| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
| 07/21/04 | T. Harris | | Lieutenant |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | TITLE | |
| 07/21/04 | 1930 | C. GONZA | | C. O. |
| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE    Jimmy Garcia | | CDC NUMBER    X V30568 | |

## ADMINISTRATIVE REVIEW *(PART B)*

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
| Wallace | CCI | N/A | N/A |

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | [ ] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [ ] |
| FLUENT IN ENGLISH? | [X] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] | [ ] |
| ABLE TO COMPREHEND ISSUES? | [X] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] | [X] | | | |

| Any "NO" requires SA assignment | Any "NO" may require IE assignment |
|---|---|
| [ ] NOT ASSIGNED | [ ] NOT ASSIGNED |

## INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| [ ] NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE 7/22/04 |
|---|---|---|

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY____    [X] RETAIN PENDING ICC REVIEW    [X] DOUBLE CELL    [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

Retain ASU pending ICC review. Inmate presents an immediate threat to the safety of self or others. Double cell clear w/ SA.

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| E. Beels | Fac Capt | 7/22/04 | 0855 | |
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S SIGNATURE (if necessary) | | DATE OF REVIEW |

**See chronological Classification Review document (CDC 128 - G) for specific hearing information**

flames, car backwards.
both arms

21   22   23   24   25   26   27   28
wed Thurs Fri sat sun mon tues wed
29   30   31
Thurs Fri Sat

STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev. 10/98)

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

**FROM: AFB1-120U**    **TO: BFB4-201L**

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GARCIA | V-30568 |

## REASON(S) FOR PLACEMENT (PART A)

☐ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY     ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On Wednesday, July 21, 2004, at approximately 2000 hours, you, Inmate GARCIA, V-30568, AFB1-120U, were interviewed and stated that you had Enemy Concerns on A-Yard. You stated that you and your Enemy, listed on your C-File, could not Program together on the same Facility, and that signing a Compatibility Chrono was not a possibility. As a result, you are deemed a threat to the safety and security of the Institution, and are being placed in Administrative Segregation pending Administrative Review to determine appropriate housing and program needs. As a result of this placement, your credit earning status, custody level, privilege group, and visiting status are subject to change.

☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)   ☐ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:   /   /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 07/21/04 | T. Harris | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 07/21/04 | 1930 | | | |

☐ INMATE REFUSED TO SIGN    INMATE SIGNATURE     CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | | | EVIDENCE COLLECTION BY IE UNNECESSARY | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | ☐ YES | ☐ NO | EVIDENCE COLLECTION BY IE UNNECESSARY | ☐ YES | ☐ NO |
| FLUENT IN ENGLISH? | ☐ YES | ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☐ YES | ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☐ YES | ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES | ☐ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ YES | ☐ NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | | | |

Any "NO" requires SA assignment      Any "NO" may require IE assignment

☐ NOT ASSIGNED       ☐ NOT ASSIGNED

### INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| ☐ NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |
|---|---|---|

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY    ☐ RETAIN PENDING ICC REVIEW   ☐ DOUBLE CELL    ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

**See chronological Classification Review document (CDC 128 - G) for specific hearing information**

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE GARCIA, V30568                    Date: September 16, 2004
Current Housing: DFB4T200000021̲5U̲

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: PVSP-S-04-02513

ASSIGNED STAFF REVIEWER: A&B
DUE DATE: 10/01/2004          APPEAL ISSUE: SEGREGATION HEARINGS

Inmate GARCIA, this acts as a notice to you that your appeal has been sent to the above
staff for FIRST level response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.


M. C. DAVIS/D. SYLVESTER
CCII
PVSP


Response to 602 to get out of AD-SEG and recieve property


sphy^c                                        psych

# INMATE APPEAL ROUTE SLIP

**To: CTC**                    Date: January 28, 2008

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-D-08-00403**  By Inmate **GARCIA, V30568**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue:  MEDICAL

Due Date:  **03/11/2008**

Special Needs:

STAFF INSTRUCTIONS: **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted**.  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.


T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

STATE OF CALIFORNIA                                                                  DEPARTMENT OF CORRECTI

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location Institution/Parole Region _____ _____ Log No. _____ Category _____

2. _____

2. _____

You may appeal any policy, action or decision which has significant adverse affect upon you. With the exception of Serious 115s, classifi committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supp documents and not more than one additional page of comments to the Appeal Coordinator within 15 days of the action taken. No reprisals will be for using the appeals procedure responsibly.

_Medical Appliance - new_

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMB |
|------|--------|------------|----------------|
| Danny Garcia | V-30568 | N/A | D-1 #201 |

A. Discuss Problem: I need my orthopedic shoe's with it's 1½ inch lift insert, plus a new matteress and pillow for my neck and back I have crono's for all three, I got here at 01-17-08 and today is 01-24-08 and I have not slept a full night, I wake up in pain and connot go back to sleep, my neck will lock up and this condition will not go away for weeks, without my shoe's, it put's a curve in my spine wich give's me lower back ache's and headache's wich I have had since I got here, this is an 8th admendment violation, I am not here for disiplinary reason's, even so I should not be denied these Item's.

If you need more space, attach on additional sheet.

RECD JAN 2 5 2008

A. Action requested: Bring me my orthopedic shoe's with 1½ inch lift insert there in this building on a shelf, I seen them, and send me a matteress and pillow imediatly

Inmate/Parolee Signature: _Danny Garcia_                Date Submitted: 01-24-08

B. INFORMAL LEVEL (Date Received _____
Staff Response: _____

_____

BYPASS

Staff Signature: _____                          Date Returned to Inmate: _____

C. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, et and submit to the institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature _____                                        Date Submitted _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control Form BC-1E, Inmate Claim

RECEIVED COMPLETED RESPONSE ON

SVSP MEDICAL APPEALS
First Level  ☒ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
JAN 28 2008
07 2008
E. REVIEWER'S ACTION (Complete within 15 working days) Date assigned: 1/28/08   Due Date 3/11/08

Interviewed by: _____ 1ST LVL ☐   2ND LVL ☐
RECEIVED

Inmate states appeal is taken care — has received mats a left and mattress + pillow _____ No further concerns with two appeal.

Staff Signature: TABruino   Title: PN   Date Completed 3.11.08
Division Head Approved:
Signature: _____   Title: SRVSIA   RETURNED MAR 07 2008

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 or days of receipt of response.

_____

Signature: _____   Date Submitted: _____

Second Level  ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____   Due Date: _____
☐ See Attached Letter

Signature: _____   Date Completed: _____

Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt or response.

_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
Date: _____
CDC 602 (12/87)

**394665**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME *Garcia* | CDC NUMBER *V-30568* | HOUSING *C-13  #142* |
|---|---|---|
| PATIENT SIGNATURE *Danny Garcia* | | DATE *07-17-08* |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *On 02-08-08 at Salinas Valley State Prison I was attacked by 4 inmates, The buzzing in my head and headache's here still not gone away, I do not wish to see Nurse Todd or any other nurse, I want to see a real doctor, it's been to long with this condition, I want these condition's fixed ASAP.                          Thank you*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate



**CFMG** **SICK SLIP**

about 8-28
Chart in 44p pillow for 6-26

BOOKING NO. __11592 S__
NUMERO DE ARCHIVO

LOCATION __G, pod__          DATE __9-06-02__
LOCALIDAD                        FECHA

NAME __Danny R. Garcia__      DOB __2-13-63__
NOMBRE                          FECHA DE NACIMIENTO

COMPLAINT __I need my heel lift, my right side__
PROBLEMA __of my back goes nym every now & then__
__and it seem's to be getting worse, plus I__
__crushed my right foot and most of my weight__
__is on it now and it really hurts. I need pain__
                                    __medication__

CFMG-SS1

---

**MESSAGE**

Message For __Garcia Danny__

from __med unit__        date __9/9/02__

number _____   time _____  AM/PM

message __You need to provide__
__your own heel lift—__
__med unit will ok it if__
__OK @ custody__      taken by __JB__

best call back time _____ date _____   SC1153WS

```
                    SUPERIOR  COURT OF CALIFORNIA, COUNTY  F BUTTE
   SORT: K                   MARSDEN MOTION/HEARING
                    HON. ROBERT A GLUSMAN; JUDGE                    PAGE:   1

   Reporter:K. BECKWITH        Clerk:A. MACKEY        Bailiff:_____

   For: 12/17/02 Tuesday     Dept: B12

   1a  1:31 PM Case: CM017813   [M] PEOPLE              v GARCIA, DANNY RAY
     Type: ◄█████████████        Date Filed: 08/30/02  Degree: F
     Event: MARSDEN HEARING

     Related cases on this calendar:      SCR36207  , CM017973  ,
     Related cases NOT on this calendar: CM017917  ,
   DEFNDT: GARCIA, DANNY RAY                 ATTY: SHORT, WILLIAM
         DOB: 02/13/63
         Custody: Y(JAIL ) Bail:$  75000

       *Charges*------------------------  Doc  Pri Dgr Plea & Date
       Ct  1: 288.5(a)          PC         COM      F  NG 09/03/02
       ████████████████

     * ON CT PROB IN SCR36207 - ATTY: W. SHORT
```

D.A. ⊠ Present {} Absent: _L · ASSMORE_____ {} Deputy
=========================================================================CR6
⊠ Court advises defendant of the nature of these proceedings.
[] Court has read and considered [] Motion filed_____
   [] Response filed_____
⊠ Court clears the courtroom except for the Court's personnel, defendant
   and defense counsel.
⊠ Defendant [] sworn ⊠ heard.
⊠ Defense counsel [] sworn ⊠ heard.
   [] Exhibits (see exhibit list attached)
⊠ Matter is submitted.
[] The Motion To Discharge Attorney (Marsden) is [] granted []~denied ~for~
   ~the~following~reason~(s):_____
     Px Resetting
⊠ Hearing is][]set ⊠ continued: 8 : 30 /a.m./p.m.  Dec, 24 2002.
              _____,1999 at request of [] Court [] People [] Defendant
⊠ Defendant is remanded into the custody of the Sheriff []without bail
   []subject to $75,000 bail. [] Defendant ordered to be present.
[] Defendant remains at liberty on []bail previously posed [] O.R.
⊠ The clerk's minutes are ordered sealed and the Court Reporter
   is not to prepare a transcript of these proceedings without order
   of this Court or some other reviewing court.

=/= = = = = = = = = = = = = = = = = = = =/= = =
⊠ Court orders letters received by defendant at this hearing to
  be sealed

000053





## CITIZEN'S COMPLAINT

You have the right to make a complaint against a peace officer for any improper police conduct. California law requires this agency to have a procedure to investigate citizens' complaints. You have a right to a written description of this procedure. This agency may find that after the investigation is concluded there may not be enough evidence to warrant action on your complaint. Even if that is the case, you have the right to make the complaint and have it investigated if you believe an officer behaved improperly. Citizen complaints and any reports or findings relating to complaints must be retained by this agency for at least five (5) years.

It is against the law to make a complaint that you know to be false. If you make a complaint against an officer knowing that it is false, you can be prosecuted on a misdemeanor charge.

I have read and understood the above statement.

_Danny R. Garcia_
**Complainant**

_9-16-02_
**Date**

**CITIZEN COMPLAINT FORM**
**(Narrative Continued)**

Officer Ponce brought me in and placed me in an interview room instead of booking me, he went on to ask questions of a nature I knew nothing of. He got angry-when I did not agree with his questioning, so he took me down to be booked. When I got their a nurse checked me and stated that I was under the influence. I told them that I wasn't, that I do not indulge. He knew that I did not for when I was arrested his first question was, do I have any glass pipes on my pocket. I said of course not in a firm voice for I was offended that he would insinuate such a thing. He proceded to have the nurse put me in a drunk tank, her reason was that my pupils were dialating to slow. That's contradictive to his insinuation of a glass pipe. Slow-dialattion would mean a downer and a glass pipe with officer Ponce's insinuation pertains to meth wich is speedy an upper. They put me in a cement room with no where to sit or lay. I had no shirt or shoes or sox, just pants. I layed on the cold cement floor for two days and a night before Ponce came back and took me back to the interview room. On the wall their, he asked me how I liked it so far, I stated I didn't, he said then you better cooperate, I got you, their no way out. Then said something about an uncomfortable visit after mentioning that he has a daughter. So it seems that he is taking this personally. I know what he meant, I've heard stories from Eva and my step brother about beatings that they had recieved under officers care, so I was affraid for my safety and told him what he wanted me too. In the first interview I told him to have the girl checked, that, that would be all the proof I need. He had that delayed. He went to my dads house & told him to stay out of it, not to help me in a threataning manner. He intimidated my dad & put a block on the phone so he could not communicate with me. Also threatend my stepmother with charges if she did not let him do what he wants. After hearing my time for the charges I decided that I would rather take a beating from him and expose him.

_Danny R. Garcia_      _9-16-02_
**Signature of Reporting Person**      **Date**

I have other complaints and proof but would rather not say for I know they read even the legale mail and would counter the evidence. come and see me personally please.

**BUTTE COUNTY SHERIFF'S OFFICE**
**33 COUNTY CENTER DRIVE**
**OROVILLE, CA 95965**
**(530) 538-7321**

# CITIZEN COMPLAINT FORM

| 1. Name of Reporting Person: Danny Ray Garcia | | | | Age: 39 | Race: N/A |
|---|---|---|---|---|---|
| Address: 1712 1/2 Sweem St, | City: Oroville | | State: Ca, | Telephone # None | |
| 2. Name of Victim of Misconduct: Guadalupe Garcia | | | | Age: | Race: N/A |
| Address: 1360 12th St | City: Oroville | | State: Ca | Telephone # 532-4490 | |
| 3. Date and Time of Incident: 8-27-02 | 8-30-02 | Location of Incident: Butte Co Jail | | | |

4. Witnesses (If unknown, give description, car license number, badge number, etc.)

| Name | Address | Telephone # |
|---|---|---|
| | | |
| | | |

| 5. Name of Employee | Car Number | Badge Number | Description |
|---|---|---|---|
| Robert Ponce | ? | ? | Hair-Brwn /eye's-Brwn |
| | | | Height/ Weight approx 5-11 /weight-200lb |

| 6. Name of Persons Arrested | Address | Telephone # |
|---|---|---|
| Danny R. Garcia | 1712 1/2 Sweem St | None |

| 7. Name of Attorney | Address | Telephone # |
|---|---|---|
| William Short | N/A | (530) 532-0608 |

Was any party to the complaint or any witness detained or interviewed by the police? If so, whom?
NO.

May the investigator interview the complainant at his/her place of work or at home?

~~Give a narrative description of the events giving rise to the complaint.~~ Complaint starts on other sheet
~~Use the attached sheet if additional space is required.~~

I am in custody. My dad & stepmother live at 1360 12th St. Oroville Ca.
Yes you may question them about the threats that were made by officer
ponce, the threats from officer Ponce to my dad & stepmother, and the
imediate block on the phone to restrict my dad from helping me. He
told my stepmother that he will press charges on her if we didn't
let him do what he wants.

I certify these statements to be true and accurate to the best of my knowledge and belief.
Signature of reporting person: Danny R. Garcia

Date: 9-16-02

Signature of parent or guardian if complainant is under 18 years:     Date:

Signature of employee receiving complaint:     Date/Time:

EXHIBIT
Marsden
CM01 1417

1.

Hi, my name is Danny Ray Davis, I am writing to you because I need your help. There is a lot of injustice going on and no one seems to be helping me. In court I am not allowed to speak so it seems that I am being judged by whats on paper, it's the same old scenario about judging a book by it's cover, so I am going to give a brief summary of who I am, please be patient. I was married at nineteen and started out with temporary agencies until I attended Career com college of business for electronics, I had graduated highest in my class. After school I started working for Brink's home security. After one year my one year review stated that I had a perfect year of installations, no rework, no mistakes, no one in all of Brinks home security has ever done this before or after me.

I became senior service technician after that, The standard time before becoming a service technician is three years, I did it in one. I also install and service telephone systems, intercom systems, surround sound systems, cable systems, and even electrical (maui, Daisneses). During all of this I have been raising four healthy, good looking, intelligent boys. I was married for ten years and then a single parent for over ten years. Susie has two of the boys and I have two. Till this day I still get up every morning and peel potatoes and make breakfast, lunch (if I'm not working-weekends) and also prepare dinner. I make everything home made, nothing out of a box or can. I cook Italian, mexican, asian, and American.

I had taught my ex-wife, ex-girlfriends, and even my boy's how to cook. I've taught my ex-wife and my boy's how to install stereo systems for automobiles. I am a very good teacher and I am old fashion and very strict. I moved to Oroville and sold my house in Sacramento because my boy's did not want to reside in Del Paso Heights and attend Grant High School, (a violent High School). Here is where I made the mistake of letting someone like Eva Ray in my life.

2.

Eva Ray was just an aquaintance. She had been in prison before, is violent from the stories that she tells me, apparently she thought it would impress me, but soon realized that I looked down on things like that, has tatoos wich I don't approve of. Me and my boys will never have tatoos. Shortly after meeting her she was arrested for meth. and was returned to prison. Eva and her ex husband never worked. They manufactured and sold meth, along with other family members. She always talked about it and was proud of it, until we started to have more indepth conversation. I am a leader and people tend to listen to me.

I am morally and rules inclined wich means to me that I cannot make any mistakes because to many people look up to me for my intelligence, my education, my skills and my persistance not to get involved in anything unhealthy or illegal. I am very strick. I had a car accident and was unable to work so I went to get help from the welfare dept. to be able to pay rent wich was not enough but my son's girlfriend was collecting unemployment wich made it just enough to survive. Strangly by coincidence Joy's unemployment ran out and in the same month Eva was released from prison. Eva came out and got her kids back from CPS. and was collecting welfare and SSI. Eva had always wanted to be with me and promised that she had changed her ways. (violence, meth use). I have a four bedroom house with a television and stereo in every room plus a game room wich included a pool table, dart board, dinning table for card or, and board games, remember I have four boys and I had created this world for them to keep them off the streets and out of trouble and it has worked. Eva and her six kids had never had a life like mine and she needed the room for all of her kids. So I agreed to let them in. Eva helped keep up the rent and bills. Eva has been their for approx. 4-5 months before I realized she still has a meth problem.

3.

Eva would make excuses to go places and be gone for hours at a time, sometimes at night till 3-4 am and when she returns she always takes a bath first. Sometimes her prison buddy's would come over and she would make excuses to go to the store and then be gone for hours. I know she has sex with the people she gets her meth from.

I never told her anything when she came back, I just stopped having sex with her. In the morning I would get up early like usual and peel potatoes to make breakfast, my excuse not to have sex with her. I believe that if I have sex with her, I'm having sex with all the people she's been having sex with. Plus I've seen some of the people, and they are, how would I say this, not proper.

One day my stepbrother needed a place to stay. I let him stay until I found out that he was bringing her meth & having sex with her, so I removed him from my house, not saying why, no need to argue or fight, it's not my way. On the day before the day in question I went to visit a friend, I returned before eleven, when I returned she was so mad she acused me of sleeping with someone and started an argument. I noticed the boy's bedroom door jam was broke, so I asked about it, she said she got into an argument with Josh her son and he ran into the room and locked the door so she kicked it in. The kids are afraid of her because she hits them. I have never hit my kids, I don't believe in it. I've written down a grounding list for her, to teach her a better way to raise her kids. In the argument with me and her she said she was moving out the next day, I did not disagree, even though I couldn't pay for the rent and would lose my place. I just couldn't take it anymore, it's not worth it.

So the next day came and she started the argument again. I believe she wanted me to tell her to stay but I could not take it anymore so I didn't, then she started to get physical so I decided to leave the house until she moved out but I guess she had other ideas. I was at my friends

4.

house when the police came and arrested me. I figured it was for domestic violence but when I was brought in the officer (Robert Royce) started to ask me questions of another nature. I got upset with him for not listening to my statement and asking questions of something I knew nothing about. So he got upset with me and took me to be booked. Their a nurse checked me and stated that I was under the influence and suggested that I be put in the drunk tank. I was put in a cement room with no place to sit or lay.

I had no shirt or socks or shoes. I had to lie on the floor for two days and a night, and the worse part is that I was not under the influence. I don't indulge. I'm an electronic tech, and a father, I have responsibilities. I am on call for Bulldog Security and Jack Long's Electric, I have to be ready. After two days and a night on the cold cement floor, Officer Ponce came and escorted me back to the interview room and on the way he asked me if I had liked being in that room, I stated, of course not, then he stated then you better cooperate or next time I'll give you an uncomfortable visit. Now I know that beatings do happen, Eva and my step brother had told me about experiences that they have had. Both had been beatin more than once so I was scared and this time when he asked me questions I told him what he wanted me to tell him. One of his statements was that Eva seen me having sex with her daughter so at first I told him to have her checked.

I know that is proof of her lying and my innocence so I figured even though I had to agree with these accusations under duress that the truth would come out after the doctors reports came back, but I had no idea that the officer would go to such extremes. He had the doctor visit delayed. He went to my dad's house and threatened my dad, he told him to stay out of it, not to help me. He put a block on my dad's phone so he could not talk to me and had another officer tell my dad to stay away from my house so he can't get my

5.

property out of my house. Apparently he got to my
lawyer too for when I asked about how to get my
property out he stated he does not do civil law and
when I told him about the time in the drunk tank, the threats,
the threats to my dad, and the block on my dads phone he stated
I don't see where he has done anything wrong. (The officer Robert Pence) So I told him
that another lawyer came too see me and I told him the same
thing, he stated that anything I had said under duress was
inadmirable, in short said then go hire him. I know that
they listen on phone conversations and my mom told me my
dad could not afford the other lawyer. Mr. Shoot had recieved
the doctors report and never told me, I had to ask repeatedly
if it came in. He finally gave up and said I'll check. Mr.
Shoot had it and it stated that the girl was perfectly —
normal. Mr. Shoot had not presented this to me or the
court before I had to ask repeatedly, before he would
bring it forth and I asked if the truth is out, what am I
doing here. He stated that just because the doctor says that
nothing happend doesn't mean that nothing happened.

He also refuses to give some documents I gave to him
for Paul J. Persenbett, for consent Decree. These documents
pertain to me being injected with bad T.B. medication. The first shot
came out positive, a large bump & bruise. The nurse came back and
said they have too inject me again because the first batch was
left out and got warm so it was bad. (I have a fear of needles).

I wrote down the incident and the statement the nurse said
and asked her to sign it, she said no, I wrote a request for some
documentation, the reciept came back saying no but we will
tell you verbally, so I wrote down everything on a piece of

6.

paper in detail and I had people in the pod who witnessed everything sign it. I noticed that when Mr. Short was flicking through the papers looking for the doctor report that he still had them. I also contacted Mr. Persons who never recieved the documents. I am filing a civil complaint, a habias corpus, and a petition for another lawyer. I am writing this too Judge Illsgman, the FBI, Ca Deparment of Justice and the Bar association for help. I would like the documents returned to me so I can give them to Mr. Persons and a continuance, and O.R. .

I need O.R. because while I've been in here Eva had been arrested for something and was here in jail. She is on parole and maybe out on O.R. I was told by one of my son's that she is going back to prison and is selling all of my property, including my car which I don't see how she can do that, its in my name - I was told she had sold some of my things when I was first arrested and I figure its for her meth habbit and now selling my property to party before she goes back to prison. I have over 18 years of nice things I worked for.

On the day in question I was assaulted, its in her statment and my statement and proof in the pictures. I tried to press charges but the officer & the lawyer both refuse to do it so I'm asking again please. I want to press charges for assault & assault with a weapon with intent to do bodily harm. And I need to be out incase one of my bosses calls me for work. And the FBI told my mom to tell me to write this letter to them. And a young man in Click told me to write to those other places & the Judge for help. I appreciate that and Thank Them.

Your Honor, I do not want any one else to read this. I have other papers in the letter to the F.B.I. Its a citizen's complaint. I need copies of them and to be put in all four Invilopes and one set sent back to me. I could not get into CLIK on time to copy them, plus I am filing a Habeus Corpus, and I need more time for the authorites to respond. I know they read even the legal mail so I can't take a chance that they can counter it. I need a diffent Lawyer, all me and Mr. Short do is argue. I would like you to mail the letters for me please, I am in fear for my safety in here. I really need help.

000047

**PERSONAL HISTORY**

Full Legal Name **Danny Ray Garcia**                                    Social Security Number **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**

Other names used **None**                     Age **41**                    Date of Birth **02-13-63**

Place of Birth (City, ST.) **San Luis Obispo, CA**          Mailing Address **35 County Center Drive, Oroville, CA 95965**

Current Address **35 County Center Drive, Oroville, CA 95965 (Butte County Jail)**          Telephone **None**

How long at this address? **580 days**                     With whom (names) **Butte County Jail inmates**

Relationship **None**          How long in Butte County **Three years**          California **41 years**

Legal Address **Butte County**          Verified by **Butte County Sheriff's Office Report #C02-14361,**

**#C02-14678, #C02-14822.**

Physical description: Ht. **5'6"** Wt. **160** Hair **Black** Eyes **Brown** Sex **Male** Race **Hispanic**

Distinguishing marks (tattoos, scars) **None**

Driver's license number **C0572816**          Status ☐valid ☒suspended ☐revoked ☐expired

If license other than valid, explain **Prior DUI conviction**

Health (current physical condition) ☐good ☒fair ☐poor. If other than good, explain **The defendant reported he**

**suffers from high blood pressure.**

Are you currently taking prescription medication? **Yes.**          If so, list name of medication and prescribing physician.

**Procardia; Butte County Jail Medical Unit.**

Have you ever been examined/treated for mental or emotional problems? **No.**  Have you ever participated in counseling?

**No.**    If yes, explain (when, by whom and diagnosis): **N/A**


**FAMILY:**

Father's name (☒natural ☐adoptive) **Guadalupe Garcia**                                    Age **61**

Father's address **1360 12ᵗʰ Street, Oroville, CA 95965**          Occupation **Retired**

Mother's maiden name (☒natural ☐adoptive) **Teresa Moreno**                              Age **60**

Mother's address **Unknown in Sacramento, CA**          Occupation **State worker**

Names of step-parents **None**

Number of brothers **3**  sisters **1**.  Have any family members had criminal convictions? **No**  If so, explain (include

name, relationship and offense) **N/A**          Additional information **None**


**EDUCATION:**

Highest grade completed **12ᵗʰ** Where **Santa Maria High School, Santa Maria, CA** When **1981**

Are you presently attending school? **No** Where **N/A**

Diploma ☒high school ☐ GED ☐ college ☒ trade school **Career Community College of Business, "Electronic**

**Tech," "Alarm installer 14 years strong."**

Further educational interests **None**


People vs. <u>Danny Ray Garcia</u>                     2                     CM-017813

**ORGANIZATIONS AND PERSONAL HABITS:**

Religious preference **Christian**; Fraternal, professional associations **None**

Spare time activities **Customizing cars, "teaching stereo installation, surround sound, and telephone"**

Alcohol use: What kind(s) **Beer**

How much **"A couple" cans once** per ☐ day ☐ week ☒ month ☒ present ☐ past    From **1993** To **Present**

Drug use: What kind(s) **None**

How much **Denies use** per ☐ day ☐ week ☐ present ☐ past    From **N/A** To **N/A**

Additional information **None**.

**MARITAL:**

☐Never married  ☐Married/intact  ☐Common-law  ☐Separated  ☒Divorced

Maiden name/spouse **Susie Errecalde**

Place of marriage **Sacramento, CA**  Date of marriage **06-26-82**  Number of children **4**  Ages **21, 20, 18, 14**

Supported by **Susie Errecalde and the defendant (however the defendant initially reported, "I am sole supporter.")**.

If separated or divorced, when? **Not provided**  Prior marriages **0**  Name of previous spouse(s) **N/A**

Number of children **0**    Living with **Susie Errecalde (except for the 18-year-old who resides with his girlfriend)**

Supported by **N/A**

**MILITARY HISTORY:**

☐ Yes  ☒ No    Branch of **N/A**                                        Service number **N/A**

Date inducted **N/A**                    Where **N/A**                    Date discharged **N/A**

Type of discharge **N/A**            Final rank **N/A**            If less than honorable, explain **N/A**

**EMPLOYMENT:**

Are you presently working? ☐ Yes  ☒ No. If yes, for whom? **N/A**

Address **N/A**                    Telephone **N/A**                How long? **N/A**

Job title/function **N/A**  Earnings $ **N/A** per ☐ hour ☐ week ☐ month

If unemployed, for how long? **Five to six months (prior to incarceration)** Why? **Injured in automobile accident**

Job skills **Alarm installer (residential, business, auto), telephone installer, intercom installer, surround sound installer, electrician**

Name of last employer **Jack Long Electric/Bulldog Security**        From **2000**        To **2001 ("sporadic")**

Longest job held **Brink's Home Security**                From **October 1989**        To **October 1992**

Additional information: **The defendant reported Jack Long Electric and Bulldog Security were holding his job while he was recovering from his automobile accident.**

**FINANCIAL:**

Source of income: ☒ Employment (prior to accident) ☒ Public assistance (while recovering from automobile accident)

☐ Other (specify) _____

Monthly income **$3,360.00 (when employed)**        List assets: Cash **$0**   Real property (where)**$0**

Personal property (value) **$20,000.00**            DEBTS: Total Owed $**Unknown**

Types of debt: Mortgage(s) **$0**                Credit cards **$0**  Loans (auto/personal) **$0**

Average monthly living expenses **$2,100.00 to $2,300.00**        Have you ever been sued for debts? **No**

Have you ever filed bankruptcy? **No**            If so, when **N/A**

Additional information  **The defendant reported he owes approximately $13,000.00 in back child support and $800.00 in criminal fines to Sacramento County.**

People vs. Danny Ray Garcia                    3                    CM-017813

**PRESENTENCE CREDITS,** PEOPLE vs. <u>Danny Ray Garcia</u>                    # <u>CM-017813</u>

The defendant was in custody as follows exclusively because of the conduct for which convicted in this case.

|    |    | Dates | | Total |
|----|----|-------|-----|------|
|    |    | **From** | **To** | **Days** |
| A. | **Local Time** |  |  |  |
|    | Butte County Jail | 08-28-02 | 03-29-04 | 580 |
|    |    |    |    |    |
|    | Other (Specify) |    |    |    |
|    |    |    |    |    |

|    |    | **TOTAL LOCAL TIME:** | 580 | **DAYS** |
|----|----|----|----|----|

B.   §1203.03 PC

C. R. C

Other (Specify)

|    | **TOTAL STATE TIME:** | 0 | **DAYS** |
|----|----|----|----|
|    | **TOTAL ACTUAL TIME:** | 580 | **DAYS** |
|    | §2933.1 PC Credits: | 87 | **DAYS** |
|    | §4019 PC Credits Lost: (see attached) | 0 | **DAYS** |
|    | **NET TOTAL TIME PLUS CREDITS:** | 667 | **DAYS** |

(Time computed through <u>March 29, 2004</u>)

Anna Kuhn, Deputy Probation Officer III

Calculated at 15%

Pursuant to §1191.3(b) PC, the Probation Officer estimates that as many as **1,049** days conduct and work-time credits may be earned by the defendant if (s)he is committed to prison for the recommended **21 year determinate** term.

AP-26-97

000520

**STATE OF CALIFORNIA**
**COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, _Danny Ray Garcia_____ declare under penalty of perjury that: I am
the _plntff_____ in the above entitled action; I have read the foregoing documents
and know the contents thereof and the same is true of my own knowledge, except as to matters
stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this _5th_ day of _December_____, 20 _06___, at Salinas Valley State
Prison, Soledad, California 93960-1050.

(Signature) _Danny R. Garcia_____
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _Danny R. Garcia_____, am a resident of California State Prison, in the County of
Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of
the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-
1050.

On _12 - 05___, 20 _06___, I served the foregoing: _Legal Documents and_
_letter to the Innocence Project/San Francisco Innocence Project, office of Public_
_Defender, 555 7th Street, 2nd floor, & Northern California Innocence Project 874 Lafayette_
_Street, Santa Clara,_

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with
postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas
Valley State Prison, Soledad, California 93960-1050.

_Detailed letter of case, Citizen's complaint as evidence, 18 page's of_
_letter and 9 page's of Citizen's complaint and 1 page, form from the_
_Innocence Project required by them_

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular
communication by mail between the place of mailing and the place so addressed.

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _12-05___, 20 _06___,

_Danny R. Garcia_____
DECLARANT/PRISONER

11-03-06

Page 1

To whom it may concern, I, Danny Garcia have been put in prison by Butte Co. whose public defenders have conspired with the D.A.'s to make this possible. I am going to tell you everything that has happened from the first event to the actual trial so that maybe you can find other illegal acts that I might have missed. First you need to know who I am. I had attended Career Com College of Business for electronics in Sacramento after half a dozen jobs from temporary agencies, graduated highest in my class and started working for Brinks Home Security and had stayed in the alarm business for approx 13 years bonded and licensed with consumers affair. Married for 11 years then a single parent. I have 7 boys, have never been in trouble and I was proud of my clean record, I'll explain the other situations on my record at the end. I had lived in Sacramento for 16 years as a model citizen and a father. My first and biggest mistake was committing adultery with Verena Rangel (Sandra) in Sacramento at my house on 32nd st. wich was part of the reason for my divorce, she was 16 at the time and as you can see I admit it just like I did in court, I don't lie as you'll find out. The second event was that Marlene (or Dad's Girlfriend) had called me to the house to tell me that she was giving Karlene (her 4 year old daughter) a bath and Karlene told her not to put her finger in there so she asked her who had done that and she had told her me, I got upset of course and told Marlene in a lecturing manner that thats not funny or something to make up and she said well thats what she said so I told her to take her and get her checked to see if someone had and she said no, she said she was going to call the police, I knew that they would have her checked wether Marlene wanted it or not. I went home and told Eva (a girlfriend) and Eva told me she knew why Marlene said that and started to tell me that it was a play to keep her away from my dad because of what happend during easter. Apparently, my dad had grabbed Eva's breast wich started this big comotion, all I know is that san Marlene storm off, I was in the back yard cooking, (this incident happend in the front Yard) and Eva had told me that my dad had grabbed someone but didn't tell me it was her. Marlene didn't confront Eva because Eva is one of those kind of women that even

1-C 5-C6

2    men are afraid of, she has a reputation for beating up men so
women are just to afraid to confront her. Eva & kids, never worked
a day in her life, whole family's were/are cooks (methamphedine) so
that may be reasons why they never worked, no education, in and
out of prison, not someone I would normaly associate with but I
had gotten into a bad car accident wich left me in a wheelchair
and cruches for awhile, & Eva and her husband (Ex) were friends of
my dad (Tyrone blaum) wich is how I know her, she had just gotten
out of prison and was collecting money from the State for herself
& kids, I was in a big four bedroom mobile home with two
living rooms, I had alot of furniture (pool table, fish tanks etc)
so I needed something big but after the car accident I couldn't
afford it, she said she could help and I had plenty of room and
she had promised me that she wouldn't drink or use (meth) wich
of course she lied, lots of problems like this one, Eva the kind of
woman that got possesive even after I told her this not my lady
just a friend, I had even told my son to call the police on her
before because she had been drinking even after I had told her
not to (she was on parole) and had stated to hit me so I went into
Lisa's room (Eva's voice) and Eva had to punch her, then she left and
the police caught her at norma's (her sisters) who in turn had put
her back in prison so as you can see it wasn't to smart to let her
back in the house after she had gotten out but like I said I was in a
bad situation, anyway since I kept going to my Dads house to do
work or just visit I would keep bringing Eva with me, I didn't know
Marlene didn't want Eva there, nobody had told what had really
happened so this was a way for Marlene to keep me away so
Eva would stay away, this is what Eva had told me, it turns out
that of course the police had Marlene checked and of course nothing
and I believe Marlene changed her story, Marlene says it was
Marlene who after she checked says that she dreamed it, that it
wasn't real, it doesn't sound to me what a 4year old would say, so
it was all droped of course never to be brought up until shawn
(step brother) real name Jason Rangel had, let explain, I should've never
let him in my life, he had been exiled from our family for alot of
reasons but the last straw was he was scoring Marlene

11-05-06

3

meth and whatever else they were doing but got caught when my Dad had thousands of dollars missing from his account, but I had made another bad decision and was letting him in my house, let me start, I had gone over to Debbie's for a visit, she's just a friend she had her boyfriend there, me and Shawn left at approx. 10:00 pm, when I got home Eva was throwing a fit accusing me of having relations with Debbie and said her and the kids were leaving with I hadn't realized till later that that's not Eva, she's possessive, she had said once that if she couldn't have me no-one could, but at that moment I said nothing, I couldn't take her no more, I didn't care what happens, if I couldn't work then I'll just put my belongings in storage and go back home to Sacramento, plenty of jobs and no discrimination like in Butte Co., So the next morning the yelling and screaming started again, believe me it makes them mad when you don't argue back so since I don't deal with this I went to the bedroom to get my shit and leave, I figured I'll stay away until she left but as I tried to leave she came at me with a butcher knife but I made it to the door and left and went to Debbie's where I was arrested, I figured for domestic violence but I never touched her, anyway a officer once had taken me to a small room with two chairs and had asked me what had happened and I had told him and then he began to tell me that I had been arrested for statutory rape, that Eva had walked to Carmel's bedroom door and opened it and saw me on top of Carmel having intercourse and that she had stood there for a few minutes watching and Eva said that Carmel verifies it and said it wasn't the first time so I said that's impossible go have her checked and he said I am and I'm going to have a DNA test done and I said good I want that done too, apparently, I sounded convincing enough for him to go back and question them so he took me to the booking area but didn't book me, instead he took me to a nurse who looked at my eyes and said he's under the influence, I said no I'm not and they just looked at each other and then person spoke and said if that's what she says that's what he has to go by, so I said then take a blood test, again they looked at each other then he walked away and another Co. came and walked me to a cell where

11-23-06

4/

there was no where to sit or lay down, I had only my pants, no socks, shoes, or shirt and they left me there over night freezing laying on the cement floor while they had the air conditioner blowing cold air in, I had asked a C.O. for a shirt and socks but he just kept walking by, it seemed in the middle of the night when a C.O. came and gave me a shirt then transfered over a couple of cells to one that had a bench and gave me cold cereal and milk which I found out was breakfast usualy given at approx 4:00-4:30 am, later on Ponce came back and escorted me back to the same room, during the walk he asked me how I liked being locked up in there, I said I didn't, he said then you better tell me what I want to hear or I'll put you back, so of course I was scared, I didn't want to go back in there and I was also afraid of more abuse (physicle) both Eva and Shawn had told me of beatings they had recieved from Butte Co. sheriff's so this is the second interview which of course was made under duress so I tried to tell him whatever I could without admitting to something I didn't do so we were having problems with carmel so I used some of those incidents, I knew that once the doctor's report came back that they would know that Eva was lying and I would go home and I would be able to tell of the treatment and threats and that the second interview was made under duress so I found out later why he had the nurse say I was under the influence, it wasn't just to mistreat me into submission it was also to keep me in his custody which I had figured out later after another incident, well a few days later Mr. Short came to see me (public defender) and this is what was read to me that Eva heard some strange noises and got up and went to carmels door opened it up and found me and carmel engaged in intercourse and she watched for a few moments before she had kicked me off of her and yes she had chased me with a butcher knife, that carmel had said yes we were having intercourse and that it wasn't the first time, she said the first time we had intercourse that I had made her bleed which was basically what Ponce had told me in the first interview, all I wanted to know was what the doctors report had said he said that he hadn't received it yet, so he came back again to see me and began to read the same statements to me, I interupted him to ask about the

11-C 5-C6

5

doctors report and he told me to be quiet and listen and after he was done had said that he doesn't have it because the doctors appointment was canceled because they were waiting for a woman doctor, and the third time Mr. Short came to see me he started to read to me the exact same thing I didn't want to hear this again so I interupted him to ask about the doctor report he got mad and said he didn't have it that I need to shut up and listen because I was in alot of trouble, he had mentioned before that I shouldn't have talked to officer Ponce but nobody told me not to or I wouldn't of but that was the main reason he was mad but I'm not used to people yelling and or talking to me like that so I told him I don't want to hear this anymore where's the doctor's report and he grabbed his folder (other) and slammed it on the table and started flinging the pages until he came to the doctor's report and then started reading it to me real fast so as to not let me comprehend what he was reading and yes he had lied to me about not having the doctors report, anyway he was reading and I had caught the part where he had said the hyman was still intacked but like I said he was reading real fast so I said hey— wait a minute if the hyman is still intacked doesn't that mean she's still a virgin? he said yes, then I said well then if you— know they lied then get me out of here, he said just because the doctor says nothing happened doesn't mean nothing happened so I said if she's still a virgin then they lied get me out of here and he said you don't understand you see this wall, just because it's painted doesn't mean it's painted (?) till this day I still don't know what he meant by that so my next step was to see if I could get another lawyer, my family couldn't afford one so I started going to CLIC, it's a room where law-students from chico state come help us out with law and this is where I learned of most of the illegal acts Butte Co. were commiting, they showed me how to try and get another lawyer (Marsin Motion) and during that marsin motion Mr Shorts demeanor was totally different, he acted like he was my friend and that he was doing everything he could to help me, he's a good lier (sorry) and he had told them that I had changed lawyers over and over on phone cw he even told them that I had laughed

11-cv 505

6    about it but as you can see I had never filed a main
motion before, he knew that (in sus) I had told him what
had happend in place (or) and that the students at the CLTC
office are the ones that introduced me to it, this is what happend
and what I told him, I live in Sacramento, I have a girlfriend
Jenell who wanted to visit her daughter in roseville so I dropped
her off, it didn't last, she called and was crying, her family was
giving her a hard time and she wanted me to go and pick her up
so another friend Dora was there and we went to get Jenell and
parked a block away in an open area and waited for Jenell but
Trailing her was her mother and a cousin and they imediatly
went to the driver's side where Dora sat (was Trailing) and started
punching Dora I tried to grab the cousins hands to stop her but
she is one of those big brute types so I got up and reached in
back of my seat (was my) to grab whatever I could out of my
tool bag, I carry my tool bag all the time because I'm on
24hr service call (security Alarms) I grabed a sheet rock cutter
and went to the back of the car to go around to the driver's side
to see if I could chase them away and the cousin had met me
at the back of the car, she was actualy comming after me so I
just stood there and when she seen the sheet rock cutter in my hand
she stoped and backed up so I went by her to the driver's side
window and yelled at the mother to get away from the car, she
stopped punching Dora long enough to glance at me and saw
the sheet rock cutter and backed away, I told Dora to roll up
the window and ran to the other side to get in and grabbed
Jenell and she said she didn't want to go I so I jumped in
and we left while they were throwing rocks at the car, Roseville
detectives came to my house but I had missed them, I went to
pay a ticket for my dog and was arrested, then, 14 days in jail
for attempted kidnapping and asault with a deadly weapon will
intent to do bodily harm, anyway the puplic defenders were trying
to get me to plead guilty to a misdemeanor asault but I didn't
asault anyone, I didn't do anything wrong I didn't know why they
kept giving me different lawyers till after everything was
over with is sad that it took me that long because I

1-05-06

7   never would be givin in but #5 lawyer said her investigator
found Don and Dora's version of what had happend was
exactly the same, of coarse it only happend one way, me and
Dora had parted as friends because I came home one day and
found her, her step sister and a friend and some guy in the
house and I'm not dumb I know what they were doing so I
told them all to leave and not to come back, I'm real strick
when it comes to my house and my kids, ya and other things
to wich does make it hard to keep friends but oh well, my way
or the highway, rules are meant to prevent caos, even Eva calls
me a cop caller, its not my job to controll people like her, I
have my job (forher, head of houshhel, Nermi etc) I dont need nor want
another one, anyway #5 lawyer was named Lisa? I cant remember
her last name but she said dont worry she'll get me off and
the next thing I know I have another lawyer and he tells me
to plead guilty to a midemeanor asault I said no and proceded
to tell him what Lisa had tell me and he says he uses his
own investigator that he cant use what other lawyers investigators
have and that his investigater cant find Dora so I'm looking
at 8 years in prison if I dont plead guilty to a midemeanor
asault so ive went back into the courtroom and the judge asked me
and I looked around for a moment and said yes and started to
cry, I have never felt so betrayed in my life as I looked around
with tears running down my face everyone looked down
nobody would look at my face wich started a domino effect
for my future, like when I told Jenell that I was going to tell
the police about her antics and she through a fit and started
biting + yelling go ahead call them, anyway when I tried to stop
her she bit me and I hit the top of her head to get her to let go
at court the Public Defender tells me just to plead guilty because
I have a prior domestic, I said no I dont its just a misdemeanor
asault he said its an asault on Jenell I told him that must be a
clerical error but there was nothing he could do so I had to plead
guilty again and it was self defense, but these people just like
placen us, now I was inocent, Placed for 8 years in prison
compared to a misdemeanor asault, time served no fine.

11-c 5-cc

8    just leave, and Sacramento who charged me with another
misdemeanor domestic gave me 12 anger management classes
there's no such thing its either 12 or 52, when I went to
Chico to sign up she told me no that there's no way to
complete the course but signed me up anyway and I had seen
that if you miss one class you get violated, 2 guys in the class
were violated and by not having money to pay for a class I
didn't show up for a class and she called Sacramento and tried
to get me violated but nothing, Why is why would Sacramento
tell them just to leave me alone, because they knew I was innocent,
I apologize for getting carried away but I've been to these
committees and they read everything to you and whoever else
is in the room at the time and on paper it makes me sound like
I'm the worst person in court, I'm not guilty of anything, but
association, they ask me how come I got so much time because
there's other's with the same charge that didn't I got half of what
I got, its how Butte co. keep other's from wanting to help, they take
one look at my file and decide not to help, I'm telling you I fought
them myself with the help from the students from chico state and
they hate me for making them work harder than they had to, I
kept saying things out loud in court so the judge could hear
me while the public defender tried to keep me quiet. So as you
can see Mr. Short had lied during the marsin motion and tried
to make me look bad so that the judge wouldn't grant the marsin
motion and he didn't so I tried again and lost so the third time
I tried for a furretta motion and the judge suggested I try for another
marsin motion and I reminded him that I had tried twice before
and he said try again and he granted the marsin motion and assigned
Mr. Forland, now somewhere around this time Dr. Flanagan had
quit my case and had quit altogether from what I understand, it
was said that he was tired of the corruption but I think it was that
and the fact that I kept bringing my issues in court out loud so the
judge could hear me and whoever else that was in the courtroom
in hopes of getting some help. I had writin letters to the F.B.I. and
the Justice Dept. and no response so I sent formal complaints
(Citizen's Complaint) to both agencies plus the judge and the state

11-05-06

9

bar and no response so I asked my mom to call and ask and she said they never recieved anything, the state bar sent me the same forms I had sent them before and since the jail wasn't letting my legal mail go through I decided not to try anymore and decided to focus on learning as much as I could about law so that maybe I could get myself out but those people there have been putting away people illegaly for awhile, its like routine to them except for someone like me who gave them a hard time and I'm not done fighting, these people need to be stoped. One day I was called out for a visitor, it was during the week so I thought it might be a lawyer but when I stepped out into the hall I froze, there down the hall stood Ponce, I was scared so I didn't move and the cor had to shove me to get going and I was directed to a small interview room where I noticed the cor stood on the outside of the door and kept the door open and Ponce stood over me with his back to the open door and proceded to tell me that I have another charge, Verenna, he asked me to tell him about it and I said nothing, he gave me dirty looks just standing there over me, you know the kind if looks could kill, but no threats, his whole attitude was as one who was being restrained and that's when I had realized that I was in the custody of the jail (COs) and he couldn't hurt me so I told him to put me back in the Pod, this is when I had understood why he had the nurse say I was under the influence to keep me in a drunk tank to keep me in his custody while he went back to question them and they must have told him the truth, first let me tell you what Forland had read to me about Verenna, that I had drove from Sacramento to Oroville in my red chevy Baretta and picked her up at Nelson Jr. High when she was thirteen and went and parked in the middle of nowhere and did the wild thing and drove her back and I went back to Sacramento now I told Forland (wich I should not have) that one if this had happened that it would have to be during the week, I was working for Brinks Home Security and I have never missed a day, its on my yearly reviews no no work and perfect attendance just my records and I didn't even own the Baretta in those years, it was a 88 chevy

11-05-06
1C

purchased in 72, it was four years old and had previously been a rent a car.
Barretta, I told him to get my file from AVCO finance Co, and
from cal worthington Chevrolet on Florin Rd. and my D.M.V.
records, he states that Brinks doesn't hold employee records
that long and AVCO finance Co. had moved to Texas and
said he'll get my DMV records after the trial, he said he'll be
able to get these charges droped after, I told him keeping the
charge makes me look bad to get rid of it first, I even said it
out loud in court so the judge would hear me and he said
maybe Forland has a plan that's why he says he'll do it after
so I don't know if the judge was involved in all of this but you can
see why I'd have my suspicions, anyway I just could not believe
that Verenna would make this up I mean that's not Verenna
believe me their nothing negative between us and she's just not
that kind of person so Shawn must have told her too but there's
still somthing missing so back to CII and the student told me
that there's a jurisdiction issue that what had happend in Sacramento
can't be brought to Butte Co. wich now made sense and it had to
be Ponce to convince Shawn into telling Verenna into lying but
the story would have to start with Ponce and the knowledge of
jurisdiction, officer Ponce, and my stepbrother Shawn, Verenna's
brother, Shawn had moved into my house with Eva the moment
I was in jail, Shawn told Ponce about me being with his sister
and about the incident with Marlene that was droped, approx a
month after being in jail my Dad came to visit me and told
me Eva was three month pregnant with shawn's baby and
she wouldn't let my Dad get my property wich everything in
that house was mine except for one twin bed, well over $20,000 oo
in my belongings, that I earned working in the alarm business
alot of years accumilating, all lost to Eva who never worked a
day in her life, I dont think she could ever realize what she had
in her ponsesion, well over $7000 oo just in the stereo, u t 600 oo
pooltable, what she sell my stereo for? a $50 bag of dope that's what
I heard she was doing, she lied to the police and said my Dad
threatned her so the cops told I my Dad to stay away and he
couldn't get my property, a month late she's violated, kids
taken away and she's back in prison for dope again, this

11-05-06

11

happend a couple of times while I was in jail (Butte Co.) wich is why I was in there for 19 months, Forland kept postponing court dates while she was in prison so that she could be present for court, you see I didn't know why he kept postponing court dates for such long periods of time until my Dad would come and tell me Eva's back in prison wich is another reason why I know Forland was conspiring with the DA and Ponce, all of this is because of Ponce, he's the one who started this, he talked Shawn and Verenna into making up their story, I admit being with Verenna, but it was in Sac and Ponce gets more out of Marlene and Karlene, somthing that didn't exist before, he went to my Dads house and told him to stay out of it, not to help me wich actualy scared my Dad, and get this I got mad at Forland in court because he wouldn't read the doctors report so again I said it out loud and he was pissed so he stood up and acted like he was going to read it but then just said the findings are compatible with the complaint I gasped I stood up and said that's impossible then the judge said court adjorned and I was escorted out but you know the next time I saw Forland I was mad and asked him how is it possible that it can be compatible, her hymans still intacked, she's still a virgin and he said I don't know where your getting these accusations of intercourse their nothing in here that says that, so I had repeated to him what Ponce and Shoot had told me and he said that I was making it up, I was so furious oh my god if you only knew how I felt, the things going on in my mind, he talked to me as if I was crazy I mean for real crazy wich is where I tried another marsin motion trying to think of how to bring the truth out, things were looking bad and I had no help and I'm no lawyer but I had to think and think and I thought of somthing the first interview with ponce, he had told me what Eva had said, by now I had figured out that the original report had been altered and now understood why Shoot and Forland had refused to ever give me copies, so just incase I kept comming up with proof they can alter it, but in the first interview it would all be there, how he told me she witnessed the intercourse and he'll have carmel tested and how I responded by saying good I want you too and the D.N.A test and how I

1-05-06

12    responded with I want that too, so I requested to see it and
I told his investigator to take the video and have it authenticated
first and that's when Forland postponed the court date for months and
never brought the tape and yes Eva was back in prison with is why.
Forland postponed it for so many months. All of a suden Jim told
that the trial's gonna start and I did the same thing again, I spoke
up in court about the tape and Forland told Judge Ellesman that
he would show me the tape in the jail but that's not what I wanted
I wanted the Judge to see it, on the way to the interview room to
view the tape Forland said I dont know why you want to see it
police officer's are alowed to lie to get people to say what they
want, he's just mad because he had tried so hard to not show
me the tape and he had showed me the second interview, the one
made under duress so I said where the first one and he said this
is, so if they want to play that game then officer ponce never read
me my rights with would only exist on the first tape they pretend
doesn't exist. So now we come to the trial, there was one guy that all
he did was threw me dirty looks (Juror) and I told Forland not to pick
or should I say pick him to be ~~used~~ excused and Forland said no, he was
now trying harder than ever to make sure I was found guilty,
but the next day that same juror stood up and said that he
could not be bias that he would find me guilty, so the Judge excused
him and Forland was mad, Forland said that I will not be allowed
to ask the witnesses any questions I found out later that it was
my right to but he didn't want me to because he knew I would
ask the right questions and when I had told him to subena my
character witnesses, Jenell, Susie, Patrick, Reggie & Clyde who work
for the Department of Justice, Richard Frost who's an ex Highway
patrolman who had also took me back and forth from Sac to Auburn
to those 13 court dates where they gave me 6 different public defenders,
and Susie (Ex wife) because she would know everything about the 58
Chevy Barretta and what had happend in Sac with Verenna but
he said nobody wants to come but they made sure they subena'd
everybody against me, they even brought Susie, but used her
against me, Forland never asked her about if we had owned
the car in 1990, when I bought it, it was four years old it had

-05-06

13    been a rentacar previously, Forland helped them), Eva opened the
door, there was no door, those kids had broken it off the hinges
he didn't mention that, and they showed pictures of her vagina and
said their was redness where I rubbed my penis on her, so where's
the DNA test, guess what, at the end of my sentencing Forland
handed me an envelope and when I got back to the jail (I'm in shackles)
I opened it and it was the DNA test and of course it was negative
and get this, during the trial I looked at a paper in front of him and
I started to read it and I said out loud there it is, its right there
and he and he started to shush me to keep it down and he said
yea I just noticed that, I'm going to call up officer Collins to
ask him and I handed him a piece of paper that I guess had
slipped through their fingers to me, it said that my charge was
rape (curious?) and what I had read in front of Forland was the
original police report from an officer Collins which stated that Eva
had seen me having intercourse with Carmel so he took both
documents and put them in his folder and when he called up
officer Collins he never asked about the report or what was Eva's
complaint, he had lied to me again, and now they had come up
with me putting my penis in Harlene's mouth, that would be impossible
which is what I told Forland and how to use it during trial, I'm well
enough, I'm large down there, Dora couldn't give oral sex because she
said her jaw popped and Eva had a hard time trying, these are full
grown women, do you realy think a four year old could put it in
her mouth, and during trial he asked Eva if I was large and if
you knew Eva you can just imagine how she answerd you, she use
to brag to her friends and relatives, it was embarasing, it always
was with her, and you need to understand that alot of what I heard
during trial I was hearing for the first time, remember I had never
recieved any of the complaints, like Carmel masterbating me forty times
where? when? in a house with 4 to 6 adults and 6 to 7 kids at all times
that's a minumum of ten people and here I am again trying to think
of how to help myself and then it came to me, if you remember I
had mentioned that we were having problems with Carmel well I
had caught Carmel in bed with her brother Josh with their hands
under the covers and it wasn't the first time and Jasmine had

11-25-06

14    found a adult magazine in the room she shared with Carmel wich she
had to of stolen from the master bathroom wich you have to go through the
master bedroom to get to and wich nobody is allowed in except me
and Eva and there kind of hiden under the sink, and Carmel was
grounded at the time for trying to get the 6 year old neighbor kid to or
should I say got the little boy to lay on her and how they put it hump
her, I had to argue with Eva to ground her, Eva thought it was cute,
she said, she started having sex when she was eleven and didn't see
anything wrong with the things she was doing, so I eventualy won but
when we let her off her grounding she went right back over to the
neighbors and pulled her pants down in front of all the boys wich included
her brother so we grounded her again, what I'm trying to show you is
that she wasn't so innocent that she had seen what a penis looks like, as
a matter of fact she's seen more than one but she's never seen mine,
let me explain, all that she has seen wether it be the neighbor or the
magaziner or her brother's penis are all basically white wich would
mean that they would be circumsized, it seems to be a custom but
most mexican's don't believe in that, wich would mean she wouldn't
know what I look like even though she says she masterbated me forty
times so I drew two penises on one piece of paper and in court during
Trial I stood up and told the judge I have something that would help
me something important and that I don't trust Forland with it and
the judge said that I couldn't present it, that only Forland could
so I was just going to have to trust him, so I didn't have a
choice and when I was in the back in a cell Forland came in and
asked me what I had and I told him that I don't trust him, what
good is it going to do me if your helping the DA and he replied, well
you don't have a choice so I asked him, look, I know your trying
to put me away but if I can prove to you that I'm innocent
will you help me, he said let me see what you got and I showed
him and explained to him why I drew these pitchures and how he
should use them and elaborate on them and he said he would
show Carmel the pitchures and told me to hold on to them until
he was ready and of course he lied again, he asked Carmel questions
that made me look bad and never asked me for the pitchure so
he never showed it to her or the jury and after he was done

11-05-06

15 asking her questions he walked away then stopped and turned around and said oh, by the way what does Danny look like? she said what? he said did he look like a helmet or a turtle neck sweater and she said a helmet but like I said he didn't elaborate on it even after when he was doing closing arguments nothing on the 88 Chevy Berretta, no door on the bedroom, me being to large for the accusation from Marlene (Bric) or about Carmel who obviously didn't know what I look like and so much more its rediculas, After I was found guilty I said to him ok you said you would go to the DMV after the trial and get the proof and have Verenna's charges dropped and he said well the DA never brought it up in court so I cant, thats just how it works, I should have figured he was up to something and it made sense why he refused to let me ask the witness questions because I would've asked about that and a dozen other issues.

As you can see its obvious that Forland conspired with DA Messberger for how would she know not to mention the red chevy Beretta or for that matter they never even mentioned Verenna's charges at all they just made up some story of her when she was little and even then Forland didn't try to defend me, how could anything happen when Susie was with me at that time, Forland knew, I had told him, we even had an arguement (argument's) and he had told me he thinks I'm guilty, what a lier, he knew these reports were altered, Mr. Short had read me what was on their, he never did, all he ever did was tell the court it was compatible with the complaint with my response was thats impossible! At the or before should I say, the sentencing a probation officer came to talk to me and I had told her what was happening and she suggested that I write the judge a letter and tell him so I did, at the sentencing he proceded to give me my sentence and I interupted him and asked if he had gotten the letter I had sent him, he said yes, I replied well did you read it he said yes, I replied and your gonna let them get away with this and he got mad and started saying I had no remoris, for what! this whole situation is insane, I've been betrayed by the system I've always believed in, I so mean

`'1-05-06`

16

I even believe in the three strikes rule, my boys used to call me seargent Dad, I don't know if the judge was involved but it sure seemed like it, I'm the one that said (out loud in court) there was a statute of limitation on Verennas charges, Forland got mad at me and he brought up an issue where another judge had overturned it and presented it to the judge and the judge overturned it for Forland and let the charge stand, long before the ~~total~~ trial when I sent those letters to the FBI, Justice Dept. and State Bar, I had sent the judge a copy, both times first in a letter, then in a citizen's complaint and he had ignored them, and there was a Keven Horton who was going to trial also and his uncle overheard judge Blucman say to the other judge who told me I was found guilty, that he had to leave, that he couldn't take it no more, that son of a bitch deserves what he gets, he's not reposed to call me names and he supposed to be bias, I think it was just an act for the other judge incase I tried to speak up in court like I had done dozens of times before so the judge could hear me, at the same time Forland would also be trying to keep me quiet. This is how I think you should go about this, first don't notify Butte co. of an investigation and go get my DMV records first and present them to Verenna and ask her why she lied and at the same time let her know she can get in trouble for making things up and that you know she's not the one who made up the story, that you know Shawn (her brother) had told her to Verenna say this, but its gonce, you'r after that you realy don't want her or her brother, Verenna will try to protect her brother but neither of them have legal ~~nolege~~ nolidge of jurisdiction so you know it would have to come from someone who has that noledge, once you get her to tell you the truth go to D.A. Flanagan with this info and the original police report from officer collins and the authenticated first video interview with pence and hopefully, immunity from prosecution and see if he'll step up and tell the truth, ask officer collins about his original police report, look, I'm tired and frustrated again, when I write these letters I go through the motions of trying to do this alone, I believe that finding some legal flaw and setting me free is not the way the Lord

11-05-06

17

meant this to be, I believe he chose me because he knew I'd be strong enough and smart enough to expose Butte Co. for all the crimes they are commiting, wich is why I thought of filing a Federal Habeus corpus so that the investigation won't realy be focused on me but on Ponce, Shoot, Forland, Mossburger, Glusman, Flannagan, and even Co. Hariasis who worked in the mail room who didn't let my mail go through to the F.B.I., Justice Dept, & the State Bar, I had writin a to the FBI, Justice Dept, & Judge Glusman with no response so I figured they wanted it in a legal form so I filed a citizen's complaint with I am sending you a copy of wich had the address of the FBI and Justice dept and internal affairs for Butte Co wich I didn't trust so I never sent them anything.

After months of no response I called my mom in Sacramento who worked for the state at the time and asked her to call these organizations and see why they haven't responded and they told her they have never recieved and letters from me, so you can see I've been trying to get help for a long time and if these people went to Vienna and got her to lie and had Eva change her story of saing me have intercoarse with her daughter how far will they go now to stop this investigation, they outwitted Mrs. Goodwin, I'm sure they'll prepare for this and Forland is considered one of the best so good luck. My Celli asked me why they had it in for me? I replied with the only info I had, Butte Co. was Bankrupt because of a lawsuit by Dean McCameron and the only other thing was that the lawyers were upset that I had talked to the arresting officer but I had nothing to hide. Why would Forland withold the DNA results? Officer Ponce had told Eva to keep my property, that I was never getting out, this at the time of arrest. I want this Co. investigated, I know to them and to maybe others that it might be easier to keep one in here compared to alot of charges being filed against alot of people but please don't let them do that, right these wrongs and prevent them from doing this to anyone else. Be careful and Please help me the best way you know how, Sincerly Danny R. Garcia.            P.S. Please excuse the spelling

10-5-06

18      I have enclosed a rough draft of the Habeus-Corpus
as you can see I need help and I didn't want to file it
because I believe then Butte co. would have to be notified
and I believe they would go to officer Collins and convince
him to maybe change his report by ~~convicing~~ convincing him I was really
guilty or and Verenna and maybe even Flannagan if they
haun't already, I say this only because I sent Mr. Goodwin
a 26 page letter with all of this info in it, even about going
to Verenna ~~to~~ and Mr. Goodwin states he never received it,
it was sent from pleasant Valley State prison and god knows
where it is and where it ended up at, I hope to god they didn't
intercept it and send it to Butte co., but even if they did things
like not getting rid of a charge by ~~just~~ simply going to the
D.A.? and presenting to the court that Verenna had lied and
Forland withholding the D.N.A test and other evidence like the
original (First interview With Ponce) video at the first interview with
officer ponce, they can't change those things, but as you can see
this case is mostly based on investigating them in order to set
me free so again good luck and never give up until I'm free.
    you may want to ask my Dad and Marlene if, Eva went
to the house and told them that officer Ponce had told her (right
around my arrest) that she might us well keep my property
because I'm never getting out and I believe is where all this started.
    Let me apologize for repeating myself, there's more but I'm
frustrated again, it's becomming unsafe for me in here, this is a bad
prison Council and and they have leaked out my charges to some inmate
and I'm being harrased, so pray for my safety until help comes to get
me out, I'm going to see about being transfered but as I said this
is a bad prison so I don't know if that will happen, please come and
help end this nightmare for me, try to get the highest organization
to get involved to investigate Butte Co. (my case) without them knowing.
    Good luck, God Bless, Danny)

I'm sending this to San Francisco Innocence Project for D.N.A and sending
a copy to Northern California Innocence Project for the rest

Danny Garcia VH 30508
MCSP CHB-142 P.O. Box 409060
Ione Ca 95640

"Legal-Mail"



PRIORITY
MAIL
WWW.USPS.COM



RECEIVED

AUG 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern District of California
450 Golden Gate Ave Box 36060
San Francisco Ca 94102

U.S. POSTAGE
PAID
IONE CA
95640
AMOUNT
AUG 20 08
$0.00
00021249-05



8/18/08