FILED
DEC 18 20[..]
RICHARD W. W[...]
[...]U.S. DIS[...]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 08-4039 SI (pr) |
| DANNY GARCIA, | **ORDER OF DISMISSAL** |
| Plaintiff. | |

This <u>pro se</u> civil action was filed on August 25, 2008, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved <u>in forma pauperis</u> application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file an <u>in forma pauperis</u> application, and the deadline by which to do so has passed. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed <u>in forma pauperis</u> application. Plaintiff may file a new action, but should include a filing fee or an <u>in forma pauperis</u> application with a new complaint to commence that new action. The clerk shall close the file.

IT IS SO ORDERED.

Dated: December 18, 2008

_____
SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANNY GARCIA,

        Plaintiff,

v.

// et al,

        Defendant.
_____/

Case Number: CV08-04039 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Garcia V-30568
Mule Creek State Prison
P.O. Box 409060
C-13-142
Ione, CA 95640

Dated: December 19, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk